# EXHIBIT P

# In The Matter Of:

*TRAMONTANO, et als. vs*

*NEW JERSEY TRANSIT RAIL OPERATIONS, et als.*

---

*November 30, 2020*

---

*J.H. Buehrer & Associates*

*884 Breezy Oaks Drive*

*Toms River, NJ 08732*

*732-295-1975*

Min-U-Script® with Word Index

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 3 of 54 PageID: 3685

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

## Page 1

```
1              UNITED STATES DISTRICT COURT
2                  DISTRICT OF NEW JERSEY
3          CIVIL ACTION NO. 2:14-cv-05706 ES-MAH
4
5        -------------------------------
6     DANIELLE M. TRAMONTANO and DANIEL
      GILMARTIN and ANTHONY PASCALE,
7
                      Plaintiffs,
8
            -v-
9     NEW JERSEY TRANSIT RAIL
      OPERATIONS, INC.,
10
                      Defendant/Third
11                    Party Plaintiff,
12          -v-
13    ISADLAS TAVERAS, GUSTAVO
      VILLATORO, JOHN DOES 1-10
14    fictitiously named),
15                  Third Party
                    Defendants.
16       -------------------------------
17
18        DEPOSITION OF: CARL BERKOWITZ
19      DATE:  MONDAY, NOVEMBER 30, 2020
20
21
22          J.H. BUEHRER & ASSOCIATES
23            884 Breezy Oaks Drive
24        Toms River, New Jersey  08753
25              (732) 295-1975
```

## Page 2

```
1
2
3
4
5               TRANSCRIPT of the deposition of CARL
6     BERKOWITZ, called for Oral Examination in the
7     above-entitled matter, said deposition being
8     taken pursuant to Superior Court Rules of Civil
9     Practice and Procedure, by and before MARIBEL
10    SYPNIEWSKI, a Certified Court Reporter and
11    Notary Public of the State of New Jersey,
12    License No. 30XI00203200 VIA ZOOM, on Monday,
13    November 30, 2020, commencing at 9:11 in the
14    morning.
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1     A P P E A R A N C E S :
2
3           COFFEY, KAYE, MYERS & OLLEY
            BY:  ROBERT E. MYERS, ESQ.
4           Two Bala Plaza, Suite 718
            Bala Cynwyd, Pennsylvania  19004-1514
5           Attorney for Plaintiff.
6           RUPRECHT, HART, RICCIARDULLI &
            SHERMAN, LLP
7           BY:  ALEXANDER B. STOCKDALE, ESQ.
            53 Cardinal Drive, Suite 1
8           Westfield, New Jersey  07090
            Attorney for Defendant/Third Party
9           Plaintiff, New Jersey Transit Rail
            Operations, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
1               I N D E X
2     WITNESS        DIRECT  CROSS  REDIRECT  RECROSS
3     CARL BERKOWITZ
4     By Mr. Stockdale  5              136
5     By Mr. Myers            121
6
7               E X H I B I T S
8     NUMBER            DESCRIPTION            PAGE
9     Exhibit-A   Dr. Berkowitz' report        31
10    Exhibit-B   New Jersey CAD Blotter       31
11    Exhibit-C   Excerpt from Lieutenant      50
                  Kevin Mooney's deposition
12
13    Exhibit-D   Excerpt from the TRO-5       77
14    Exhibit-E   Dr. Berkowitz' C.V.          132
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 4 of 54 PageID: 3686

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 5

1    C A R L  B E R K O W I T Z,
2  residing at 239 Lands End Court, Moriches, New
3  York, 11955, having been duly sworn by the
4  Notary, was examined and testified as follows:
5
6    DIRECT EXAMINATION BY MR. STOCKDALE:
7  Q.  Dr. Berkowitz, good morning.  My
8  name is Alexander Stockdale.  I represent the
9  Defendant, New Jersey Transit, in this matter.  I
10  understand that you've been identified as an
11  expert on behalf of the Plaintiffs; is that
12  correct?
13  A.  Yes.
14  Q.  Okay.  I'm here today to take your
15  deposition.  Have you ever had your deposition
16  taken before?
17  A.  Yes.
18  Q.  Approximately, how many times?
19  A.  Maybe 50.
20  Q.  Okay.  Are you okay if I dispense
21  with some of the ordinary instructions?
22  A.  It's up to you.
23  Q.  Okay.  I'll just give you a couple
24  of quick ones.  Because this is being done by
25  Zoom, it's just extra important that you take a

Page 6

1  half second to pause in between my question and
2  your answer.  My questions are sometimes
3  longwinded.  And if we step on each other's
4  answers and questions, then the court reporter is
5  going to have a hard time typing it down, okay?
6  A.  Yes.
7  Q.  And the only thing I ask is that,
8  if you don't understand one of my questions for
9  any reason, just please let me know.  I'll be
10  happy to rephrase it in a way that's easily --
11  more easily understood, okay?
12  A.  Yes.
13  Q.  Okay.  Are you ready to begin?
14  A.  Yes.
15  Q.  Okay.  Dr. Berkowitz, could you
16  just briefly tell me what you currently do for
17  employment?
18  A.  Part-time consultant.
19  Q.  And how long have you been doing
20  that?
21  A.  Consulting?
22  A.  Yes.
23  A.  Since 1987, somewhere around
24  there.
25  Q.  Okay.  And has that been your --

Page 7

1  part-time consultant, has that been your title
2  forever or did you previously hold other jobs?
3  A.  Yes, other jobs.
4  Q.  And what was the last job that you
5  held other than part-time consultant?
6  A.   Visiting distinguished professor,
7  Florida Atlantic University.
8  Q.  And what did you teach at Florida
9  Atlantic?
10  A.  I didn't actually teach.  I was
11  like an administrator of the -- for Homeland
12  Security project and safety and security and
13  public transportation.
14  Q.  Okay.  Have you ever worked for
15  New Jersey Transit?
16  A.  Not directly, but indirectly.
17  Q.  Okay.  And what do you mean by
18  indirectly?
19  A.  I've done work through the New
20  Jersey Attorney General and I've worked for law
21  firms that worked for New Jersey Transit.
22  Q.  Okay.  First, what did you do for
23  the Attorney General's Office?
24  A.  I did New Jersey Transit accident
25  cases that I was assigned.

Page 8

1  Q.  And was that as an expert witness
2  on behalf of the defense?
3  A.  Yes.
4  Q.  Okay.  When's the last time that
5  you did that?
6  A.  For the Attorney General --
7  Q.  Right.
8  A.  -- or for a law firm?
9  Q.  Well, let me ask you generally,
10  when was the last time that you acted on -- as an
11  expert on behalf of New Jersey Transit?
12  A.  I would say like March, April,
13  May, something like that.  March, April, May,
14  somewhere around there.
15  Q.  Of 2020?
16  A.  Yes.
17  Q.  And is that case still ongoing?
18  A.  I haven't heard, you know -- since
19  the pandemic, I haven't heard from the attorney,
20  so I don't know.
21  Q.  Okay.  Do you know if that case is
22  in suit?
23  A.  I couldn't tell you.  I don't
24  know.
25  Q.  Do you know any facts about the

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 9

1 case or just that you were --
2 A. Yeah, I know the case. It
3 involved a slip and fall at the Penn Station, New
4 York Penn Station.
5 Q. Okay. Have you ever held a title
6 as police officer?
7 A. No.
8 Q. Have you ever worked for any law
9 enforcement agency?
10 A. Yes.
11 Q. Which ones?
12 A. FBI, CIA, Homeland Security.
13 Maybe I'm not suppose to tell you all that.
14 Q. Well, if it's privileged or
15 confidential information, you could tell me that,
16 but I'm just generally asking --
17 A. I'm not sure. I've never asked
18 for what I had permission from the three letter
19 agencies.
20 Q. Well, did you ever sign a
21 nondisclosure agreement with any of those jobs?
22 A. No, I haven't.
23 Q. Okay. And the FBI, CIA and
24 Homeland security, you acted as a consultant,
25 correct?

Page 10

1 A. Yes.
2 Q. Okay. You said you've never been
3 a police officer. Did you ever go to the police
4 -- like a police academy or done any police
5 training?
6 A. I did -- I was a speaker at the
7 New York City Police Academy.
8 Q. And what did you speak about?
9 A. Crew members. I don't remember.
10 The one in Manhattan. I think it was on 23rd
11 Street in Manhattan, something like that.
12 Q. Okay. The incident that this case
13 is about took place in July of 2013. What were
14 you doing at that time?
15 A. On July of 2013?
16 Q. Right. What were you doing for
17 work?
18 A. I couldn't tell you, but I
19 probably in the morning I was swimming.
20 Q. Okay.
21 A. That's all I know for sure. And
22 then probably the rest of the day speaking to all
23 my grandchildren and children.
24 Q. So just so I'm clear, as we sit
25 here today, you're not able to recall what you

Page 11

1 were doing for work in 2013; is that right?
2 A. Oh, no, I was doing consulting
3 work.
4 Q. Okay.
5 A. But I don't remember what
6 particular consulting job I was working on at
7 that time.
8 Q. Understood. Outside of the --
9 reviewing the case materials for this case,
10 involving Mr. Gilmartin and Ms. Tramontano, did
11 you do any independent research or review any
12 articles, publications, those types of things?
13 A. Yes.
14 Q. And let's start with the research.
15 What research did you do?
16 A. Well, whatever I did would be
17 contained in the report and the Table of
18 Contents. There would be a section on
19 references. And there was a specific interest,
20 that would be probably in the appendix of the
21 report. But I usually have a -- or footnoted.
22 So there's three places where the documents I
23 looked at, either in the footnote, references at
24 the end of the body of the report and then the
25 items that are listed in the appendix. Sometimes

Page 12

1 there's overlap and sometimes there is not.
2 Q. Okay. What I -- so just so we're
3 clear, your report you're referencing is the
4 report dated November 30th, 2017, correct?
5 A. Yes.
6 Q. Okay. And is that the only report
7 that you issued in this case?
8 A. I did a two-page rebuttal on the
9 expert -- on the defense expert.
10 Q. Okay. And we'll get to that.
11 Other than that, those are your only two reports?
12 A. Yes.
13 Q. Okay. I didn't see anything
14 referenced in the November 30th, 2017 report
15 involving any investigation you did about the
16 Columbian Day Parade near the Elizabeth Station.
17 Do you recall whether or not you did any research
18 on that subject?
19 A. Other than I went online to see
20 what there was online. There was a lot of
21 vignettes on Google.
22 Q. Okay. Did any of those -- did any
23 -- did that search -- I'm sorry. Are you guys
24 hearing that noise that comes across?
25 A. Yes.

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 13

1  Q.  Give me one second.
2  A.  It's like a bell.
3  Q.  Yeah.  I'm going to have to close
4  my exhibits and then reopen them.  Okay.
5    What information did you get from
6  your search about the Columbian Day Parade?
7  A.  That it was an ongoing annual
8  event for maybe a dozen years at that time.  I'm
9  not exactly sure.  But I do remember that it
10  was -- you know, it was a repetitive event.
11  Q.  Do you know how many people
12  attended the parade or the festival in 2013?
13  A.  I tried to find that information.
14  I couldn't find that.
15  Q.  And why would that be important to
16  know?
17  A.  Well, I'm -- I was just
18  interested.  Out of curiosity.
19  Q.  Well, I mean, is that something
20  that you look for?  You look for the size of the
21  event?
22  A.  Well, you know, the size of event
23  would determine the amount of public
24  transportation that would be required to serve
25  the event; buses, trains.  In a normal planning

Page 14

1  process -- I never operated a train system, but I
2  did operate a public transportation system and I
3  always wanted to make sure that I had, you know,
4  sufficient equipment to accommodate the, you
5  know, the crowds that I could expect on any
6  particular day, and especially on weekends when
7  we have reduced service.  So I was involved a lot
8  with the interface between what I was in charge
9  of the Staten Island Ferry and the buses and
10  trains on either side that provided the feed into
11  my system.  We worked very closely, you know, to
12  make sure that we provided the right amount of
13  equipment for the number of people that are
14  coming to a particular event.
15  Q.  And what was your title when you
16  worked for the Staten Island Ferry?
17  A.  System Commissioner Executive
18  Director.
19  Q.  And did the Staten Island Ferry
20  have its own police force?
21  A.  Yes.
22  Q.  Did you have like a commander or
23  somebody that was responsible for running the
24  police force when you were there?
25  A.  Sergeant.  I think sergeant was a

Page 15

1  rank.
2  Q.  Okay.  And was it that sergeant's
3  responsibility to deploy the Staten Island Ferry
4  police resources the best that he saw fit?
5  A.  Yes.  In consultation with -- we
6  used to have a weekly meeting and we would put in
7  any special events or activities that we expected
8  in the following week at that weekly meeting.
9  And then at some point in time while I was
10  working there, the city of New York decided they
11  wanted to take over all the police departments.
12  So they took over our police.  Took over our
13  police force.  And then we had New York City
14  Police Department forces.  And then they had -- I
15  think -- I don't remember if it was a lieutenant
16  or a captain who was in charge and he would come
17  to our weekly meetings.
18  Q.  Okay.  Do you recall about when
19  that changed over from the ferry having their own
20  police officers to when the New York City took
21  over?
22  A.  No, I don't remember exactly.
23  Q.  Okay.  When were you there at
24  Staten Island Ferry?  What was your tenure?
25  A.  I don't remember exactly.  It's in

Page 16

1  my C.V.  I'm guessing maybe from 1975 to early
2  '80s.  I don't have my C.V. in front of me.
3  Q.  And that's fine.  If I ever ask
4  you a question like that again that you're not
5  sure about, but you could give me an
6  approximation like you just did, that's fine,
7  just let me know that you're doing so, okay?
8  A.  Okay.
9  Q.  Did your review of the Columbian
10  Day Parade at Elizabeth Station uncover what the
11  attendance was for any years before 2013?
12  A.  I didn't notice.  It was all
13  little vignettes.  I only did a Google search.  I
14  didn't do a local newspaper search, which might
15  have yielded additional information.  Because
16  there was a portion of information that was
17  provided by New Jersey Transit Police and all
18  other discovery didn't show really much
19  information.
20  Q.  Through your online search of the
21  Columbian Day Parade, did you uncover any
22  incidents where assaults or crimes were linked to
23  the Columbian Day Parade?
24  A.  It was all vignettes and, you
25  know, just that it was held on July 13.  You

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 7 of 54 PageID: 3689

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 17

1  know, only really talked about the day and where
2  it was taking place.  There was very little
3  information that I found on the internet.
4  Q.  Okay.  So just so we're clear, you
5  didn't see like, you know, assaults, Columbian
6  Day Parade, you didn't see any references like
7  that when you did your search?
8  A.  No.
9  Q.  Okay.  You mentioned the police
10  documents that you received in discovery in this
11  case.  Could you just sort of give me an overview
12  of what documents you used and what import they
13  had to your opinions?
14  A.  Well, there was, you know,
15  sequence of events, you know, when calls are made
16  and things of that nature.  I guess they call it
17  -- I don't know.  When I was working, we used it
18  call it the police perada (Phonetic).  So I don't
19  know exactly what New Jersey Transit uses, but we
20  used to call it -- anytime there was a call it
21  was entered into as a police perada.  I don't
22  know why it was called, but that's what they
23  called it.
24  Q.  I call it the CAD Blotter or the
25  CAD report, do you know what I'm talking about?

Page 18

1  A.  Yeah, I remember CAD.  Yes, I
2  remember that.
3  Q.  Okay.  So that's one of the pieces
4  of information that you used, correct?
5  A.  Yes.
6  Q.  Okay.  What else?
7  A.  Whatever I looked at is listed in
8  my report.  I'd have to go into my report and I
9  could tell you what I looked at.  It's all in the
10  report.
11  Q.  Do you have it in front of you?
12  A.  Yes, sir.  It's in two places.
13  You want me to look for that?
14  Q.  Yes, please.  And if you could
15  just tell me where it is in your report, that
16  might help.
17  A.  As soon as I find it, I certainly
18  will.
19  Q.  I'm looking at Page 2 of your
20  report under Section Roman Numeral 8?
21  A.  That would have been a good idea
22  for me to start with, right.  Thank you.  Yeah,
23  it says Page 26, "Documents reviewed."  Thank
24  you.
25  Q.  Okay.  Sir, just give me one

Page 19

1  moment.
2  A.  Twenty-six and 27.
3  Q.  Okay.  Thank you.  Dr. Berkowitz,
4  am I correct that the only document you utilized
5  to write your report from the New Jersey Transit
6  police is that CAD Blotter that we just talked
7  about?
8  A.  Well, if that's what's listed
9  here, yes, that would be it.
10  Q.  Okay.
11  A.  There's one item that's not listed
12  here, which I received after my report, and that
13  was Mr. Cone's report and then I received his
14  deposition just recently.
15  Q.  Okay.  Thank you for letting me
16  know that.  Did you ever have any discussions
17  with Mr. Cone about this report about this case?
18  A.  No, I don't know Mr. Cone.
19  Q.  Okay.  I'd like to draw your
20  attention to Page 5 of your report.
21  A.  Sure.
22  Q.  The first paragraph --
23  A.  Hold on a second.  Hold on.
24  Q.  Sure.  Let you get there.
25  A.  Okay.

Page 20

1  Q.  So the first paragraph, the --
2  looks like second to last sentence where it says,
3  "As it will be shown later in this report", do
4  you see that?
5  A.  Yeah.
6  Q.  Okay.  The rest of that sentence
7  says, quote, "The unruly crowd at the Elizabeth
8  Station were first reported at 8:30 p.m. and
9  train 7273 did not receive assistance at Perth
10  Amboy until almost 9:30 p.m."  Did I read that
11  correctly?
12  A.  Yes.
13  Q.  Where did that information in your
14  report come from?
15  A.  Well, it comes from depositions
16  and other documents which indicated that the -- I
17  forget the name of the train operator.  I think
18  his name begins with a "Z".
19  Q.  Right.
20  A.  He indicated that he reported the
21  -- he was bypassing the station and he reported
22  the unruly crowd to Amtrak.  Well, they had very
23  archaic system where I guess because of this
24  territory was under the control of Amtrak's
25  control center.  So you had to go to Amtrak and

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 8 of 54 PageID: 3690
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 21

1 then Amtrak went to Transit and then Transit went
2 to police or something like that. Very archaic
3 system as far as I'm concerned. And that's where
4 that information came from, the 8:30.
5 Q. Okay. And that information is
6 important because it says that New Jersey Transit
7 was notified about an unruly crowd at the station
8 at about 8:30, correct?
9 A. Well, I don't know exactly what
10 the train control center for this stretch of
11 track was notified at 8:30. And apparently that
12 was managed by Amtrak and then Amtrak then
13 notifies New Jersey Transit.
14 Q. Okay. Understood. And we can
15 look at the CAD Blotter in a moment. But first I
16 want to focus on the testimony of Chris Zappille
17 Phonetic), who was the engineer who was the
18 train ahead of the Plaintiffs, the one with the
19 "Z" name you just mentioned, okay?
20 A. Right. What did you say, Zapel?
21 Q. I think it's Z-a-p-p-i-l-l-e.
22 A. I got the "Z" right.
23 Q. So that's how I'm pronouncing it.
24 I don't know if that's correct.
25      MR. MYERS: I think it's Zappelli.

Page 22

1      MR. STOCKDALE: Zappelli, okay.
2 Q. So you read the testimony of
3 Christopher Zappelli, correct?
4 A. Yes.
5 Q. Okay. I think there's a summary
6 of deposition testimony contained in your
7 report.
8 A. Yes.
9 Q. And we could look for -- yeah,
10 okay. And that starts on Page 33, do you see
11 that?
12 A. Yes.
13 Q. Okay. I read Mr. Zappelli's
14 deposition several times and I'll represent to
15 you that nowhere did I see that he says the crowd
16 is unruly in any way. So I'm wondering where you
17 got that information from.
18 A. I don't recall.
19 Q. Well, if you looked to your
20 report, would that help you refresh your
21 recollection?
22 A. Well, I see in my notes here that
23 the people -- okay, it says here, "I called
24 Amtrak CETC-9," which is Central Electronic
25 Traffic Control, "let them know that there is a

Page 23

1 lot of people there and that the amount of people
2 was getting out of hand and they needed to get
3 somebody there. My concern is somebody getting
4 hurt. Somebody getting hurt -- getting hit." To
5 me that's unruly.
6      If I was to take the definition
7 for unruly, that would be the definition for
8 unruly. So instead of repeating all these words,
9 I used the term unruly.
10 Q. Right. But all that Mr. Zappelli
11 talked about in his deposition is that there's
12 too many people on the platform, correct?
13 A. No. He's saying that they're
14 getting out of hand.
15 Q. The amount of people was getting
16 out of hand is what he said.
17 A. No, he says the word getting out
18 of hand and they need to get somebody there. And
19 if that isn't a concern, I don't know what is.
20 To me, you know, that's -- a short form for that
21 is unruly.
22 Q. Right. But if you look at his
23 testimony, you have it on Page 33 of your report,
24 it says, "There were a lot of people there and
25 that the amount of people were getting out of

Page 24

1 hand." It doesn't say anything about the actions
2 of those people.
3 A. He says, "My concern is somebody
4 getting hurt, somebody getting hit." That's more
5 than just a simple crowd. These are people that
6 are acting in less than a basic decorum. These
7 are -- his words are very clear. I'll repeat
8 them again. "Let them know that there were a lot
9 of people there and that the amount of people was
10 getting out of hand and they needed to get
11 somebody there. My concern is somebody getting
12 hurt, somebody getting hit." I mean, hit is not,
13 you know -- that's a major concern. Hit. You
14 know, he could have used the word punch, but he
15 used the word hit.
16 Q. Yeah. But, Dr. Berkowitz, he's
17 talking about getting hit by a train. If you
18 read all of his testimony, he was concerned that
19 there were people crowding the platform near the
20 yellow line and that somebody could have been hit
21 by the train, do you dispute that?
22 A. No.
23      MR. MYERS: Objection. Hold it.
24 Hold it. I'm objecting. This has been asked and
25 answered now four times and you're arguing with

Case 2:14-cv-05706-ES-MAH   Document 124-17   Filed 02/26/21   Page 9 of 54 PageID: 3691

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 25

1 the witness is what you're doing. That's not
2 questioning. So I'm going to allow him to answer
3 this once more and then I'm going to instruct him
4 not to answer this question again. You're
5 arguing with the witness, sir, that's all.
6 　　MR. STOCKDALE: There's things in
7 his report that are not factual, that are not in
8 evidence that he's now -- it's his interpretation
9 of what this means and I'm entitled to explore
10 that. So --
11 　　MR. MYERS: You asked him the
12 question. Mr. Stockdale, let me finish. Thank
13 you. You're asking him the question the fourth
14 time. You're not entitled to do that. You could
15 ask the question once. If you're going to keep
16 repeating questions, the judge will have to
17 decide that after this deposition and I'll tell
18 you, I'm going to allow you to do it one more
19 time, but I'm not going sit there and listen to
20 an argument. So let him --
21 　　MR. STOCKDALE: I never repeated a
22 single question. And the court reporter could
23 read all of them if we need be. I don't
24 think that's necessary.
25 Q.　So, Dr. Berkowitz, just so the

Page 26

1 record is clear -- well, let's back up for a
2 minute. At about 8:30 p.m. on, I believe it was
3 July 23rd, 2013, Engineer Zappelli was the first
4 person to call anybody and report an issue on the
5 platform, correct?
6 A.　Yes.
7 Q.　Okay. And Mr. Zapel does not use
8 the word unruly in any of his testimony, correct?
9 A.　I don't recall.
10 Q.　Okay. Do you recall that Mr.
11 Zappelli was asked questions about the crowd on
12 the platform and he said that he couldn't really
13 tell because he was driving through the platform
14 and didn't stop, do you recall that part of his
15 testimony?
16 A.　No, I don't recall. It's not in
17 my notes. I don't recall.
18 Q.　Okay. Why is the fact that the
19 crowd was unruly on the platform, why is that
20 important to your analysis?
21 A.　Just that there's a large crowd
22 and he goes on in another sentence here, he says,
23 "We called CETC-9. We were at Elizabeth 11
24 minutes ahead of 7263. One of the things was
25 getting out of control on the platform. As you

Page 27

1 see, they did nothing with advance warning.
2 Absolutely pathetic." So I had to take these
3 comments that there was something going on on the
4 platform that was not normal behavior. Unruly
5 behavior. And it was a typical situation and a
6 typical day, a typical situation, he would have
7 to have to call it in. But it was -- it was a
8 unique situation. And he said that what was
9 going on was absolutely pathetic, that's his
10 words, not mine.
11 Q.　Right. But the word unruly,
12 that's your word, correct?
13 A.　Well, I don't -- it could have
14 been.
15 Q.　Well, I mean, I'm asking you about
16 your opinions in this case and I just need to
17 know whether it's your word or whether it shows
18 up anywhere in the source documents.
19 A.　Well, I just told you where it
20 shows up and it's my interpretation of the
21 comments that Mr. Zappelli made that there was an
22 unruly crowd on the platform.
23 Q.　Okay. Do you -- are you critical
24 of New Jersey Transit's response time to that
25 initial call by Mr. Zappelli?

Page 28

1 A.　Yes.
2 Q.　And what would have been an
3 appropriate response time?
4 A.　Well, considering that Officer
5 Giovanni. If I get the names wrong, I apologize.
6 Q.　I think it's Giovanonne. I'm not
7 sure.
8 A.　I'll just call him Officer "G".
9 Officer "G" was at Linden, which is -- somewhere
10 near Linden. So it was between Elizabeth and
11 Linden, which is like -- I think it took --
12 according to one of the engineer's depositions,
13 takes one minute to travel by train between
14 Linden and Elizabeth. So he was somewhere in
15 between in the car and then he probably could
16 have walked to the station from where he was,
17 little time. And he should have been immediately
18 dispatched since he was right there. I mean,
19 literally, he was a stone throw from the
20 Elizabeth Station.
21 Q.　Okay.
22 A.　And he never got to the Elizabeth
23 station nor did he get to any of the stations
24 until he was notified and he then ended up at
25 Perth Amboy station and it took him 15 or so

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 10 of 54
PageID: 3692

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 29

1 minutes to get there from where he was in Linden.
2 Q. Okay. Do you have the CAD Blotter
3 in front of you?
4 A. No, I don't.
5 Q. Okay. So I'm going to show you on
6 the screen. Bear with me a moment.
7 A. Could I just have a minute? I
8 want to get a bottle of water.
9 Q. Yeah, that's fine.
10 A. Be back in a second. Should have
11 done that before.
12     (Whereupon there was a brief
13 break.)
14 A. Sorry about that. Thank you.
15 Q. Okay.
16 A. I'm back.
17 Q. All right.
18     MR. STOCKDALE: Madam court
19 reporter, if you could enable my screen sharing,
20 please.
21 Q. Okay. Dr. Berkowitz, are you able
22 to see what I put on the screen then?
23 A. No. I see it, but it's so tiny, I
24 can't make it out.
25 Q. All right. Well --

Page 30

1 A. I could make the heading, CAD
2 Blotter. A little bit better. Yeah, that's
3 better.
4 Q. Okay. You see the first entry
5 time at 8:32:08?
6 A. Yeah.
7 Q. Okay. And it says, I quote,
8 "Forty office reports that there are heavy crowd
9 conditions at the above station", do you see
10 that?
11 A. Yeah.
12 Q. Okay. And that indicates the call
13 from Amtrak dispatch to New Jersey Transit
14 dispatch about the crowd conditions reported by
15 Mr. Zappelli, correct?
16 A. Correct.
17 Q. Okay. Do you see the next line
18 down where it says, "Officer Giovanonne, NTPD and
19 responding"; do you see that?
20 A. Yes.
21 Q. And that's -- that has the same
22 timestamp on the entry, correct?
23 A. Pardon me?
24 Q. The same -- the timestamp, it was
25 also at 8:32:08, right?

Page 31

1 A. Right.
2 Q. Okay. So according to the New
3 Jersey Transit CAD Blotter, and we'll mark this
4 as Exhibit-B for the record. We'll make your
5 report Exhibit-A.
6     MR. MYERS: Got it. Exhibit what?
7     MR. STOCKDALE: "B".
8     MR. MYERS: What's "A"?
9     MR. STOCKDALE: I'll make his
10 report Exhibit-A.
11     (Dr. Berkowitz' report marked
12 Exhibit-A for Identification.)
13     (New Jersey CAD Blotter marked
14 Exhibit-B for Identification.)
15 Q. According to the CAD Blotter which
16 we marked as Exhibit-B, Officer Giovanonne was
17 dispatched to Elizabeth station due to heavy
18 crowd conditions. New Jersey Transit was
19 appraised of that information, correct?
20 A. That's what it says.
21 Q. Okay. We agree he could have been
22 -- he couldn't have been dispatched any sooner
23 than that?
24 A. No.
25 Q. Well, if you look at the timestamp

Page 32

1 it says that New Jersey Transit 40 office
2 reports, heavy crowd conditions, correct?
3 A. Right.
4 Q. And that's at 8:32:08, right?
5 A. Right.
6 Q. And then also at 8:32:08 Officer
7 Giovanonne is dispatched, correct?
8 A. That's a miracle.
9 Q. What's a miracle?
10 A. That at the instant that they're
11 getting the information that he's dispatched,
12 according to his deposition, he never went to
13 Elizabeth station.
14 Q. Right. We'll get to that in a
15 minute. But I'm talking about the --
16 A. No. I mean, don't you think
17 that's kind of impossible?
18 Q. I'm not asking whether it's
19 possible or impossible.
20 A. I'm just -- then I'll tell you
21 that 20:32:08 and 20:32:08 and 20:32:08 is
22 impossible. Because you receive something and
23 there's a reception and reaction time to do
24 something once you receive something. And,
25 generally speaking, that takes a

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 11 of 54
PageID: 3693
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 33

1 second-and-a-half, two seconds. So it's
2 impossible the things that take place
3 simultaneously. So these entries were made
4 incorrectly. I'm not arguing with the entry, but
5 I'm just saying, 20:32:08, 20:32:08, 20:32:08 is
6 physically and human factor impossible.
7 Q. Can we at least agree that that's
8 what the document says?
9 A. Sure.
10 Q. Okay. Hypothetically speaking, if
11 that process that you just described of relaying
12 the information had taken one minute or even two
13 minutes, would you have any issue with that?
14 A. The only issue I would have is,
15 why did it have to go through so many steps? Why
16 couldn't the information go directly from the
17 train crew directly to the New Jersey Transit
18 Police Department? Why did it have to go through
19 those two intermediate steps, Amtrak and then New
20 Jersey Transit and then New Jersey Transit
21 Police?
22 Q. Right. But my question was, if
23 that process did take two minutes or so, would
24 you have any issue with the response?
25 A. Yeah. I'm just telling you it's

Page 34

1 an archaic process and it doesn't make any bit of
2 sense. If there's an emergency, you know, you
3 have, you know -- you want to get directly, you
4 know -- you don't -- you go call 911 and 911
5 dispatches the ambulance. You don't want to go
6 through two intermediate steps. I don't think
7 those two intermediate steps should have been in
8 the process. So I think that makes it
9 unreasonable. Those two minutes having to go
10 through those intermediate steps, yeah.
11 Q. Are you familiar with what the
12 protocols are? Why the -- Christopher Zappelli's
13 train had to communicate with Amtrak first
14 because it was their territory?
15 A. Well, that's because of train
16 operations. And that is not -- that's only a
17 requirement before train operations, for the
18 movement of the trains on the tracks. And
19 there's nothing that says that a direct
20 communication with the police department cannot
21 be made. This is the relationship between New
22 Jersey Transit and Amtrak is for train operation.
23 The operating the train. The track the train is
24 on. What block it's in with location, so they
25 could track the track -- track the train along

Page 35

1 the track.
2 Q. You take exception to the
3 protocols in place with regards to communication,
4 but is that issue contained anywhere in your
5 report?
6 A. What?
7 Q. The criticism of the reporting
8 protocol, is that anywhere if your report?
9 A. I don't recall.
10 Q. Okay. So the third entry says,
11 "Local PDNTFD and responding", do you see that?
12 A. Yeah.
13 Q. So according -- and this took
14 place at Elizabeth station, correct?
15 A. What took place at Elizabeth
16 Station?
17 Q. The incident -- the crowd
18 conditions that Zappelli reported, that was
19 Elizabeth station, correct?
20 A. Yes, that is correct.
21 Q. So the local law enforcement would
22 be the Elizabeth Police Department, correct?
23 A. In this case, yes.
24 Q. Okay. So according to the New
25 Jersey Transit Police Department CAD Blotter,

Page 36

1 Officer Giovannne and Elizabeth Police
2 Department were both notified and responding to
3 the train platform; is that correct?
4 A. I don't know if that's correct.
5 And I think that this blotter was -- this is not
6 accurate information. The times -- whoever
7 entered these blotter informations foolishly did
8 not use the correct timestamp, which puts it into
9 question all three entries.
10 Q. Sir, in your report do you
11 criticize or bring up the questionable accuracy
12 of the CAD Blotter or any of the other documents?
13 A. I'm sorry. I indicated that Mr.
14 "G", Officer "G" never went to Elizabeth station.
15 So, how could he possibly responded if he never
16 went to the station? He, himself, said in his
17 deposition that he never was informed and never
18 went to the station. So I don't know who entered
19 this blotter information. Obviously, Officer
20 Giovanni, Officer "G", I know I'm pronouncing his
21 name incorrectly, doesn't agree with this blotter
22 and he's the party that's listed on the blotter.
23 Q. Okay. We'll get to that in a
24 moment. But, sir, I'm just asking you, according
25 to the New Jersey Transit CAD Blotter, it says

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 12 of 54
PageID: 3694
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 37

1 that when they received a report of heavy crowd
2 conditions, they dispatched, not only Officer
3 "G", but also local law enforcement was notified
4 as well, correct?
5 A.  Well, that's what they say, but I
6 don't -- there's no evidence that this actually
7 what happened.  If I was asked to do a forensic
8 analysis of this document, I would say that the
9 information has been falsified.
10 Q.  Sir --
11 A.  I'm not doing a forensic analysis,
12 because it's humanly impossible to have these
13 three activities take place in the same second.
14 Q.  Sir, does it say anywhere in your
15 report that you believe this document was
16 falsified in any way?
17 A.  No.  But I do state that Officer
18 "G" did not -- was not asked to respond to
19 Elizabeth station.  He said it himself in his
20 deposition.  This is contradictory to this entry
21 on this CAD Blotter.  And also the local police,
22 there's no indication that they were asked to
23 respond either.
24 Q.  Well, was anybody from the
25 Elizabeth Police Department deposed about that

Page 38

1 issue?
2 A.  I couldn't tell you.  I told --
3 the depositions that I received are listed in my
4 report.
5 Q.  Did you review any records from
6 the Elizabeth Police Department about who may
7 have responded to the Elizabeth station after New
8 Jersey Transit notified them on this day?
9 A.  That's if New Jersey Transit
10 actually notified them.  You're making a
11 hypothetical which may not be correct.
12 Q.  No, sir.  It says here on the CAD
13 Blotter that local PD was notified and
14 responding.
15 A.  Yeah, but we already know that
16 this is totally impossible.  Do you -- you're
17 telling me that 20:32:08 three things happened
18 simultaneously?  That a message was received by
19 New Jersey Transit Police, they then notified
20 Giovanni and then notified the local PD, all
21 within that same second.  You're telling me
22 that's humanly possible?  Come on.  You're giving
23 me -- just because it's printed on the form
24 doesn't make it correct.  And I'm saying it's
25 incorrect.  The information, maybe instead of

Page 39

1      20:32, maybe that should have been 21 -- another
2 time.  Maybe they got the wrong time there.  But
3 that's an impossibility.  And I challenge anybody
4 to show me that these three activities could take
5 place within the same second.
6 Q.  What information do you have from
7 the documents you reviewed in this case that says
8 the local law enforcement did not respond to the
9 station as requested by New Jersey Transit?
10 A.  I have no information to the fact
11 that they did.  Because if that would be
12 something that would have been brought out by --
13 through all the investigations that took place
14 through all the communications that took place,
15 this information would have been revealed by New
16 Jersey Transit themselves.  They never in any of
17 the depositions of the other personnel from New
18 Jersey Transit, they never made reference to
19 that.  The only reference we have is a falsified
20 police blotter.
21 Q.  Dr. Berkowitz, you just testified
22 that you have no information that local law
23 enforcement responded to Elizabeth station.  But
24 we're looking at Exhibit-B, that says just that,
25 local PD notified and responding?

Page 40

1 A.  You think I could give any
2 credibility to what's here again?  In the same
3 second 7/21/2013 at 20:32:08 and at 20:32:08 that
4 these this instantaneous instances in time, that
5 these three activities took place?  Come on.
6 Q.  Dr. Berkowitz, do your opinions in
7 this case presuppose that this CAD Blotter has
8 been falsified?
9 A.  No.  You asked me the comment on
10 this right now and I'm giving you my opinion
11 after reviewing it.  If you look on my Page 25, I
12 did copy out the information from the police
13 blotter.  I'm not denying -- I'm not denying that
14 it's not on the police blotter.  I'm saying that
15 it's impossible for those three activities to
16 take place within the same second.  And Officer
17 "G" indicated he never was asked to respond.
18 Q.  Okay.
19 A.  I'm not saying Officer "G" is a
20 liar.  Why would he not respond?  He was instance
21 away.  Why would he not have responded if he was
22 asked to respond?  He clearly stated that he was
23 never asked to respond.  The first time he found
24 out when he was informed that there was an
25 assault and to go to Perth Amboy station.

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 13 of 54
PageID: 3695

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 41

1  Q.  Okay.  We'll get to that in a
2  minute, but right now I'm focusing on the CAD
3  Blotter.
4  A.  You can't -- you got to take it
5  all in totality.
6  Q.  You got to let me ask the
7  question.
8      MR. MYERS:  Mr. Stockdale, please
9  don't interrupt the witness.
10     MR. STOCKDALE:  No, he interrupted
11 me, Bob.
12 Q.  You have to let me ask the
13 question.  Putting aside the CAD Blotter, putting
14 the timestamp entries aside, it says that local
15 PD was notified and responding, correct?
16 A.  That's what it says.
17 Q.  Okay.  And whether the timestamps
18 are off and whether that occurred simultaneously
19 or a few moments later, you don't dispute that
20 the notification was made to local law
21 enforcement, correct?
22 A.  Well, no, it's not correct.  I'm
23 only reading as an input onto a CAD Blotter.
24 Whether it actually took place, I have a
25 question, because I know that Officer "G" never

Page 42

1  got the information and never responded.  He
2  indicated that.  So how am I to know that the
3  local police also were notified and they were --
4  they responded?  The likelihood, if Officer "G"
5  wasn't informed, that it's unlikely that they
6  informed the local police.
7  Q.  Who from the Elizabeth Police
8  Department was deposed in this case?
9  A.  I have no idea.
10 Q.  What documents did you receive and
11 review from the Elizabeth Police Department about
12 who they dispatched to Elizabeth station?
13 A.  I have no idea.
14 Q.  Okay.
15     MR. MYERS:  Ms. Buehrer, please
16 attach the exhibits to the transcript, okay?
17 Q.  Okay.  Dr. Berkowitz, are you able
18 to see, it's another page, it's Page 4 of
19 Exhibit-B, which is CAD Blotter, do you see that?
20 A.  Yes, I can.
21 Q.  Okay.  Now --
22     MR. MYERS:  Could you move it over
23 to the left a little bit?  My right-hand side on
24 my document is cut off.
25     MR. STOCKDALE:  Yeah, yeah.  Let

Page 43

1  me see if I could extend my screen.
2      MR. MYERS:  I can read that, Alex.
3  I don't know if anybody else can.
4      MR. STOCKDALE:  Let me know if you
5  have trouble reading it.  Because if I do, part
6  of it is going to be cut off, just so you know.
7  A.  I'm having a little difficulty --
8  I guess I can -- that's perfect.
9  Q.  Okay.
10 A.  That's a 20/20 vision.
11 Q.  Okay.  Now, Dr. Berkowitz, the
12 first entry on this -- first entry on this is
13 timed at -- what does it say?
14 A.  21:09:40.
15 Q.  Okay.  Oh, I'm looking at my wrong
16 page.  Okay.
17 A.  That's 9:09.
18 Q.  Got you.  And it says, "NJCL
19 requesting officer", correct?
20 A.  Yes.
21 Q.  And that call came from the
22 Plaintiffs' train; is that right?
23 A.  I don't know.  Did it?
24 Q.  Well, is this something that you
25 reviewed?

Page 44

1  A.  They did make a call, but I don't
2  know if this entry is from the Plaintiffs' train.
3  It doesn't say that.
4  Q.  Okay.  It says, "NJCL" which I
5  believe is New Jersey Coastline.  Do you --
6  A.  I understand what it stands for,
7  but --
8  Q.  Well, let me ask it this way.  Is
9  it your understanding that there were two calls
10 from the Plaintiffs' train for assistance.  One
11 initial call that the fight was sort of brewing
12 and then a second call after the fight started,
13 are you aware of that?
14 A.  I'm aware that a couple of calls
15 are made.  I don't remember if it was one or two
16 or three.
17 Q.  Okay.  So for the purposes of this
18 question, assume that the first entry on this
19 Page 4, "NJCL requesting officer", is the first
20 call from the Plaintiffs' train, okay?
21 A.  Okay.
22 Q.  If, as the CAD Blotter says, that
23 Perth Amboy was notified and they're sending a
24 unit and that New Jersey Transit, Officer 2870,
25 which from his testimony is Officer "G", if they

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 14 of 54
PageID: 3696
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                November 30, 2020

Page 45

1 were both dispatched shortly after receiving that
2 call, what issue do you have with that response
3 time?
4 A.  Well, just to look -- we looked at
5 the previous CAD where everything was in the same
6 second, this makes much more sense, right?  It
7 took between activity one and activity two, took
8 14 seconds.  And between activity two and
9 activity three, took almost two minutes.  A
10 little bit more than two minutes.  Two minutes
11 and 11 seconds, which is kind of the logical
12 progression of things.  And that's why I
13 questioned the previous timestamps.
14 Q.  Understood.  According to this
15 one, as you just stated, it appears that local PD
16 and a Transit Police officer were dispatched in
17 less than two-and-a-half minutes, correct?
18 A.  You broke up, I'm sorry.
19 Q.  Two-and-a-half minutes.
20 A.  Well, 9 -- 12.  So it's 10, 2.
21 Yeah, you're about right.  Between two-and-a-half
22 minutes.
23 Q.  Okay.  In your report, are you
24 critical of that response time in any way?
25 A.  No.

Page 46

1 Q.  Okay.  So then we can agree that
2 New Jersey Transit timely dispatched local PD and
3 one of their own officers after receiving that
4 first call from the Plaintiffs' train?
5 A.  From the Plaintiffs' train,
6 correct.
7 Q.  Okay.  And then the fourth entry
8 says -- it's timed at -- let's see here, 9:15 and
9 19 seconds.  And it says, quote, "NJCL requesting
10 officer for a fight onboard a train at the
11 station", do you see that?
12 A.  Yes.
13 Q.  Okay.  And at that time, according
14 to the CAD Blotter, the -- Perth Amboy was
15 already notified and at least one New Jersey
16 Transit officer was already notified, correct?
17 A.  Yes.
18 Q.  And from the testimony, are you
19 aware that they were dispatched to Perth Amboy
20 station?
21 A.  Yes.
22 Q.  Okay.  Now, according to Ms.
23 Tramontano's testimony, she states that the, I
24 believe, the fight started after the train left
25 Woodbridge and while it was in route to Perth

Page 47

1 Amboy; is that correct?
2 A.  Yes.
3 Q.  Okay.  So my question to you, sir,
4 is that, if New Jersey Transit had already
5 dispatched people to Perth Amboy station, which
6 was the next station, and the fight on the train
7 started in route to Perth Amboy station, what
8 could New Jersey Transit have done in that
9 instance to prevent the fight from happening?
10 A.  That goes back to before the train
11 even arrived.  I mean, this is -- this is after
12 the cat is out of the bag.  They're responding,
13 you know -- the response should have been a long
14 time before that.  The response should have been
15 when train operator "Z" notified them that there
16 was this crowd at the Elizabeth station and that
17 it was -- that it was an -- there was imminent
18 danger there and they failed to do anything.  And
19 they waited -- and that was at 8:30 and they
20 waited until 21:09:40 to do anything.  Okay?  So
21 they waited 39 minutes and 40 seconds.  A lot
22 could have been done before.  And -- or could
23 have been done was solely in the control of New
24 Jersey Transit Police and New Jersey Transit
25 Operating Authority -- Operating Organization.

Page 48

1 Whatever they call it.  New Jersey Transit
2 Operating.
3 Q.  Dr. Berkowitz, you said they
4 waited.
5 A.  You're going to the conclusion and
6 we really didn't get into the meat of the thing.
7 Q.  And --
8 A.  And the conclusion was after the
9 fact situation.  And they had 39 minutes before
10 that after the fact situation to deal with the
11 situation and they chose not do.  That was their
12 decision.
13 Q.  You said that they waited and used
14 the phrase chose not do anything.  But when they
15 got the first report from Chris Zappelli's train,
16 they did dispatch officers, correct?
17 A.  No, incorrect.
18 Q.  And why do you believe that's
19 incorrect?
20 A.  Mr. "G" clearly states that the
21 first time he heard about anything was when he
22 was notified at 9 -- whatever it is, 9:09:40.  Or
23 9 -- 9:12:07.  That's the first he heard of it.
24 And he left from where he was between Linden and
25 Elizabeth and he drove his car to Perth Amboy.  I

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 15 of 54
PageID: 3697

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 49

1 mean, it's very clear that you're totally
2 overlooking what was happening at Elizabeth and
3 what train operator "Z" reported in. That was
4 totally ignored. And that was -- and that was
5 your choice.
6 Q. Did you review Sergeant Mooney's
7 testimony?
8 A. Lieutenant Mooney, yeah.
9 Q. All right. And are you aware that
10 he gave an explanation for what Officer "G" was
11 dispatched to do?
12 A. I don't recall.
13 Q. Okay. Let's take just like two
14 second break, two minute break. I'm just going
15 to have to find the deposition testimony. I'll
16 be --
17    MR. MYERS: I'll be right back.
18 A. How long are we taking the break
19 for?
20 Q. Two or three minutes.
21    (Whereupon there was a brief
22 break.)
23 Q. Dr. Berkowitz, are you able to see
24 what I have on the screen?
25 A. Yes.

Page 50

1 Q. And I'll represent to you this is
2 an excerpt from Lieutenant Kevin Mooney's
3 deposition that we'll mark as "C".
4    (Excerpt from Lieutenant Kevin
5 Mooney's deposition marked Exhibit-C for
6 Identification.)
7 Q. And are you able -- actually, just
8 do this, Dr. Berkowitz, you could just read that
9 to yourself and let me know when you had a chance
10 to look at it.
11 A. I did already.
12 Q. Okay. And it says there, "Officer
13 Giovanonne" -- or excuse me. Lieutenant Mooney
14 discussing Officer Giovanonne and it says he was
15 notified of Respondent and he was asked if did he
16 go to Elizabeth. And Lieutenant Mooney's
17 response is, "I recall he was en route to that
18 location, from wherever location he was, I
19 believe it was Linden, and he was diverted to an
20 assault in progress at Perth Amboy." Did I read
21 that correctly?
22 A. Yes.
23 Q. Okay. So here's Lieutenant Mooney
24 providing an explanation for why Officer "G"
25 never made it to Elizabeth station; is that

Page 51

1 correct?
2 A. No, that's not correct.
3 Q. And why is that not correct?
4 A. Because it's impossible. This is
5 35 or 39 minutes later. And if he was notified
6 at 8:32:08 and he was only three blocks away from
7 Elizabeth or four blocks away from Elizabeth, it
8 would have taken 30 minutes to respond.
9 Q. Well, he was in a patrol car,
10 you're aware of that, correct?
11 A. To go three blocks at 25 miles an
12 hour, that's 40 feet per second, a block is 400
13 feet, so it would take him 10 seconds a block.
14 It would have taken him at least 30 or 40 seconds
15 to where he was parked to the Elizabeth station,
16 not 35, 40 minutes. So apples and oranges seem
17 to be mixed here.
18 Q. Okay. But I'm just asking you, is
19 that Sergeant Mooney's testimony?
20 A. It's -- I don't think we're
21 talking about the same thing. Maybe Officer "G"
22 was being directed to another location, but he
23 definitely wasn't asked to respond, excuse me, to
24 Elizabeth, because he was right there.
25 Q. So just so we're clear, Dr.

Page 52

1 Berkowitz, you're of the opinion that in this
2 case Officer Giovanonne was never actually
3 dispatched to the Elizabeth station and you base
4 that conclusion on thinking that the CAD Blotter
5 is incorrect and that Officer -- or Sergeant
6 Mooney's testimony is incorrect; isn't that --
7 A. No, I don't base it upon either of
8 those. I base it on Officer "G's" own comments
9 that he was never asked to go to the Elizabeth
10 station.
11 Q. Right. So then you're accepting
12 his deposition testimony years after the fact and
13 you're discounting the CAD Blotter and Sergeant
14 Mooney's; is that correct?
15 A. No, I'm not discounting Sergeant
16 Mooney's CAD -- he's -- probably didn't have all
17 the information at his hand. He's referring that
18 Officer "G" was being dispatched to Perth Amboy
19 and he didn't -- he never went to Elizabeth.
20 That's what he said.
21 Q. You --
22 A. Sergeant Mooney is saying he never
23 went to Elizabeth and he was dispatched to Perth
24 Amboy.
25 Q. Right. But Sergeant Mooney is

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 53

1 saying he was dispatched to Elizabeth and then he
2 was rerouted to Perth Amboy, that's --
3 A.  Saying he never got to Elizabeth,
4 right?
5 Q.  Right.  But there's -- there's a
6 difference between never getting to Elizabeth and
7 never being dispatched.
8 A.  Let's do the math.  You know, math
9 doesn't lie.
10 Q.  Sure.  With all do respect, you
11 have to answer my question.  You can't --
12    MR. MYERS: Whoa, whoa, whoa,
13 whoa.  This is getting -- listen, I'm objecting.
14 This is argumentative.
15 Q.  You have to answer the question
16 that I ask.
17    MR. MYERS: Please stop.  It's
18 argumentative.
19    MR. STOCKDALE: Strike as
20 nonresponsive, all of that.
21    MR. MYERS: You're arguing with
22 the witness.  You're not allowing him to respond,
23 whether you like the response or not.  You need
24 to ask your question.  He needs to respond to
25 your question.  Those were the directions you

Page 54

1 gave him.  So, please, everybody, wait until the
2 other person is finished and either ask another
3 question or respond.  Are we okay with that,
4 everybody?
5    MR. STOCKDALE: That's fine.  I'll
6 withdraw the prior question.
7    MR. MYERS: I don't want you to
8 get my blood pressure up here, okay?  I'm an old
9 guy, give me a break.
10 A.  What should I say?
11 Q.  Hold on a second.  Dr. Berkowitz,
12 we can agree that there's a difference between
13 not getting to Elizabeth station and never having
14 have been dispatched there in the first place,
15 correct?
16 A.  Well, they both could be
17 coterminous, because if you were never
18 dispatched, you would never get there.
19 Q.  Are you of the opinion in this
20 case that Officer Giovanonne was never actually
21 dispatched to Elizabeth station?
22 A.  There's no evidence other than a
23 police blotter which appears to be incorrect and
24 that's it.
25 Q.  So is the answer to my question,

Page 55

1 yes, you are of that opinion?
2 A.  I'm of the opinion that Officer
3 "G" was never dispatched to Elizabeth station.
4 Q.  And you base that on his testimony
5 not remembering having been dispatched there,
6 correct?
7 A.  Well, on his testimony, yeah.
8 Q.  Okay.  And you're ignoring the
9 testimony of Lieutenant Mooney and the CAD
10 Blotter that says he was dispatched to Elizabeth
11 station; is that correct?
12 A.  I'm ignoring the CAD Blotter, but
13 I'm not ignoring Sergeant Mooney, because he was
14 probably told by somebody that he was
15 dispatched -- that Officer Giovanni was
16 dispatched at 8:32 to Elizabeth and Officer
17 Giovanni said he never was.  And I'm not calling
18 Sergeant Mooney a liar, but Sergeant Mooney, did
19 say that he -- that Officer "G" was dispatched to
20 Perth Amboy.  He was involved in that dispatch.
21 Q.  Sir, as an expert, is it your job
22 to objectively evaluate the evidence in a case
23 and come up with your analysis and conclusions?
24 A.  Yes.
25 Q.  And in this case, you're making a

Page 56

1 credibility determination about two pieces of
2 information, which are the CAD Blotter and
3 Lieutenant Mooney's testimony, correct?
4 A.  No.  I'm basing it upon a police
5 officer who was asked the questions and he
6 maintains his own record, no book of whatever
7 task he's required to do and they enter that in a
8 notebook or whatever.  I guess today they enter
9 it into a computer, but they make an entry.  And
10 if he was dispatched, he would have been made
11 that entry.  And he's permitted to go back to his
12 notes and determine whether or not he was
13 dispatched.  So he knows whether or not he was
14 dispatched.  And he said he was not dispatched.
15 And when we look at the CAD Blotter, as I
16 mentioned half a dozen time before, it's -- the
17 entries are impossible.  And one could -- you
18 know, I don't want to be -- I'm not going to make
19 my next comment, but I believe that that CAD
20 Blotter is incorrect.  I'll leave it at that and
21 leave it to the inspector general of the New
22 Jersey Transit Police to evaluate the validity or
23 the veracity of that information.
24 Q.  Are you aware that when Lieutenant
25 Mooney gave his testimony he was actually looking

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 17 of 54
PageID: 3699

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 57

1 at the CAD Blotter?
2 A. Well, I would guess that's where
3 he got that information that he thought that
4 Officer -- I don't remember that.
5 Q. Okay.
6 A. That could be where he got that
7 information that he thought Officer "G" was
8 dispatched to Elizabeth.
9 Q. Okay. So under -- on what basis
10 do you accept the testimony of Officer Giovanonne
11 based on the lack of entry on his notes and you
12 refute the testimony of Lieutenant Mooney based
13 on the New Jersey Transit CAD Blotter? How did
14 you make that determination on what source of
15 information --
16 A. You're putting words into my
17 mouth. I never rejected anything that Sergeant
18 Mooney reported on. I'm saying that there's a
19 question of what's on that police blotter, the
20 CAD Blotter is correct. And I would -- and -- or
21 Mr. Mooney said that he dispatched Officer "G" to
22 Perth Amboy. And that he -- 39 minutes after the
23 blotter said that Officer Mooney was on his way
24 to Elizabeth, he never got there. He was -- it
25 was a tough trip. I guess there was heavy

Page 58

1 traffic for the three blocks. And then he was
2 diverted before he got to Elizabeth to Perth
3 Amboy. So he never did get to Elizabeth.
4 Sergeant Mooney said that he never got to
5 Elizabeth. And that's really strange, how he
6 would take so much time -- it took him only about
7 25 minutes to travel the long distance to Perth
8 Amboy, but he couldn't make it in 35 minutes to a
9 place that was right next to where he was parked,
10 practically, Elizabeth. Does that make sense to
11 you? That doesn't make sense to me.
12 Q. So, Dr. Berkowitz, I just want to
13 clear one thing up, though. It's your opinion
14 that New Jersey Transit didn't do anything at
15 around 8:30 when they were first notified of the
16 crowd conditions by Officer Zappelli, correct?
17 A. They didn't do anything until they
18 got the calls from the train crew themselves
19 about 35, 40 minutes later.
20 Q. Okay. And your analysis and your
21 conclusion presupposes that no officers were
22 dispatched at around 8:30, correct?
23 A. 8:32. It's indicated on the
24 blotter, but in reality it never happened.
25 Q. Okay.

Page 59

1 A. That's just taking a simple step.
2 Let's say Officer "G" was dispatched, as soon as
3 he arrived on the scene, he would report. There
4 is no report on the blotter that he reported on
5 his arrival at Elizabeth. And another thing,
6 that's very peculiar, if they're notified at 8:30
7 that there's a problem, why was the train -- I
8 forget the number, 7273 -- 7273, right. Why was
9 7273 not stopped at Newark? Because you had four
10 or five police officers at Newark that could have
11 boarded the train on the trip to Elizabeth. They
12 could have provided additional support for that
13 station. I understand there were four officers
14 at the Newark station.
15 And then before the train arrived
16 at Elizabeth and if Officer "G" was on his way,
17 why was the train not held from Elizabeth station
18 until --
19 (Whereupon there was a technical
20 issue at this time.)
21 MR. MYERS: I lost you.
22 THE WITNESS: You lost me?
23 MR. MYERS: We didn't hear the end
24 of whatever you said.
25 THE WITNESS: Could you read back

Page 60

1 where I left off?
2 ("Answer: And then before the
3 train arrived at Elizabeth and if Officer "G" was
4 on his way, why was the train not held from
5 Elizabeth station until --")
6 A. Why wasn't the train held? If
7 Officer "G" was being dispatched and he was only
8 minutes away, why wasn't that train held before
9 it entered Elizabeth station until they got
10 information from Officer "G" that it was safe to
11 come into the station? The reason why, because
12 Officer "G" wasn't there. And he never was
13 dispatched. There were so many things that could
14 have been done that weren't done and this is all
15 at the choice of New Jersey Transit. You could
16 have put policemen on in Newark when the train
17 was there. You had four policemen there. And
18 already train operator Officer "Z" already called
19 it in. And the train was still not -- had not
20 left Newark. And the train could have been held
21 in route before Elizabeth, at the previous
22 station or between previous station until Officer
23 "G" was in place to take control of the platform.
24 Simple. And the reason why this took place is
25 because Officer "G" was never dispatched, nor

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 61

1 were the officers that were in Newark ever
2 informed. Your choice. You could have done all
3 those things, but you decided not to.
4 Q. What source of information do you
5 rely on to say that the standard of care in
6 Transit Authority policing required New Jersey
7 Transit to stop all trains coming into Elizabeth
8 station after they got a report of crowded
9 conditions?
10 A. What do you mean all trains? The
11 service is dramatically reduced on the weekend.
12 On the weekday, you're handling a million people
13 on New Jersey Transit. On the weekend you're
14 handling maybe 100,000; 250,000 on Saturday,
15 maybe 100,000 on Sunday. Maybe this station, you
16 know, on the weekday handles 3,000 passengers.
17 You know, we're not talking about major service
18 on Sunday. You know, to hold up the train for a
19 couple of minutes is not going to disturb the
20 schedules or anything, but it would have provided
21 a safer operation, in that the trains are laid up
22 for a period of time before they make any return
23 trips anyway. There's a lot of slack time on the
24 weekend.
25 Q. Okay. Then let's focus on the

Page 62

1 Plaintiffs' train. Why --
2 A. Let's focus on the --
3 Q. Sir, please let me ask my
4 question. Please let me ask my question.
5 A. Sure.
6 Q. Let's focus on the Plaintiffs'
7 train for a moment.
8 A. Okay.
9 Q. You said that New Jersey Transit
10 should have -- I think you said could have
11 stopped their train at a station stop prior to
12 Elizabeth station; is that right?
13 A. Yes.
14 Q. Okay. And you believe that they
15 should have done that because they got a report
16 of crowding conditions on the Elizabeth station
17 platform, correct?
18 A. No. And that Officer "G" was
19 being -- according to you, was being assigned to
20 that station to take control of that station.
21 Yeah.
22 Q. Okay. What source of information
23 -- what publication, article, treatise, do you
24 rely on to say it was incumbent upon New Jersey
25 Transit to stop the Plaintiffs' train prior to

Page 63

1 getting to Elizabeth station?
2 A. Well, just basic experience in
3 public transportation in the United States,
4 Canada, Russia, China, South America, Mexico,
5 Middle East, other places, Taiwan. Based upon my
6 experience with the safe operation of Transit
7 systems and to ensure the safety of both
8 passengers and crew.
9 Q. Okay. So then, sir, is it your
10 testimony that every time a Transit Authority
11 receives a report of crowded conditions on a
12 platform, they're required to stop trains coming
13 into that platform until the crowded conditions
14 are addressed by police?
15 A. That's my opinion, yes.
16 Q. Okay. And that comes from you
17 said your basic experience; is that right?
18 A. Not my basic experience, my
19 comprehensive experience.
20 Q. Okay. And --
21 A. With Transit companies all over
22 the world.
23 Q. And is there any document, source
24 material, manual, regulation, statute or rule
25 that says that has to occur?

Page 64

1 A. Absolutely.
2 Q. And what is that?
3 A. Well, NORAC.
4 Q. Okay.
5 A. Which is the operating rules that
6 New Jersey Transit follows, which clearly state
7 that safety is the primary focus and in all times
8 take the safe course.
9 Q. So then what specific NORAC rule
10 required New Jersey --
11 A. I just said.
12 Q. -- Transit to stop the Plaintiffs'
13 train before it got to Elizabeth station on July
14 23, 2013?
15 A. Take -- it says take the safe
16 course.
17 Q. Right. But is that -- that's it?
18 There's no specific rule that you're referencing?
19 It's just that we try to --
20 A. That's a rule. That's a rule.
21 Take the safe course at all times. I think it's
22 Rule 2, that's how important it is.
23 Q. Any other rule?
24 A. I mean, this is like a "Ten
25 Commandments." We need one that, "That shall not

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 19 of 54
PageID: 3701
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 65

1 kill." Do we have to have a sub rule? This is
2 the primary rule. Thou shall always take the
3 safe course. That is part of the "Ten
4 Commandments" of safe operating procedures or
5 standard operating procedure. NORAC, the New
6 Jersey Transit is a member of NORAC, and they
7 signed on to these rules. It's very clear. I
8 mean, you can't -- you can't -- if we needed, you
9 know -- it would be like the Bible. The Bible is
10 made up of not just the five Books of Moses.
11 There are 24 other books of prophets. We would
12 need, you know -- we would need the Tamil, the
13 Mishnah and all these other publications in order
14 to define the specific thing. This is very, very
15 clear. Take the safe course. There's no
16 ambiguity here.
17 Q. Would you agree with me that in
18 addition to the NORAC rule saying take the safe
19 course, that there are other NORAC rules
20 specifically delineating what must occur with
21 train operation; is that fair?
22 A. Yeah, there is.
23 Q. And you're not aware of any such
24 NORAC rule that -- other than the safety rule
25 that you cited that require New Jersey Transit to

Page 66

1 stop a train when it knows that a station ahead
2 is having crowded conditions?
3 A. You don't need anything more than
4 that. I mean, the courts have even found that
5 this is, you know -- this is, you know, the
6 paramount rule. It's the obligation of the
7 railroad to provide a safe workplace and a safe
8 place for passengers and employees. And, in
9 fact, you know, that -- I'm not getting into it,
10 but I'm sure the crowding on the platform and the
11 crowding on the train is violations of OSHA
12 rules.
13 There are standards for operating
14 platforms. One thing you mentioned earlier which
15 is very important, you know, people could get
16 pushed onto the track, get pushed in front of the
17 train. And that's the reason when you have an
18 overcrowded platform, you don't bring the train
19 into the station. You take the safe course, you
20 wait, until the platform could be made safe for
21 your entry. And this has already been -- this
22 information is already been provided by train
23 operator "Z". He was very clear in pointing out
24 that there was a significant danger at this
25 station. Safety comes first, not scheduling.

Page 67

1 You know, so you spend a couple of minutes, extra
2 minutes, so you waste a few dollars. Isn't
3 safety more important.
4 I've heard statements where I've
5 been told by train operators that animals are
6 more important than humans.
7 Q. Are you finished?
8 A. Yes.
9 Q. Okay. Does a Transit Authority
10 violate the OSHA Rule Number 2 to provide a safe
11 workplace every single time an employee sustains
12 an injury?
13 A. Well, if the employer does not
14 provide a safe workplace, then it's violation of
15 the Federal Employee Labor -- Liability Act and
16 a violation of the Occupational Safety
17 Administration statutes, which calls for under
18 the general duty clause that if the absolute duty
19 of the employer falls under FELA and OSHA to
20 provide a safe workplace for employees and other
21 -- and others in terms of OSHA have been defined
22 as visitors.
23 Q. I appreciate that, but my question
24 was a little more specific. Does a Transit
25 Authority violate that safety rule every time an

Page 68

1 employee is injured?
2 A. Very possibly can. I don't know.
3 -- it depends on the circumstance.
4 Q. Okay. So the mere fact --
5 A. If it's an issue involving the
6 workplace, then most likely then the employer is
7 responsible for the safety of that employee. And
8 if the employee is injured in the workplace,
9 then that's employer responsibility.
10 Q. Right. But my question was,
11 again, just a little more specific. Does New
12 Jersey Transit -- I'll change it a little bit.
13 Does New Jersey Transit violate NORAC rules every
14 time an employee is injured?
15 A. The NORAC rule says to take the
16 safe course. And it's general -- this is
17 referring to the train operator.
18 Q. Is that a yes or a no?
19 A. It's two different things. It's
20 -- the workplace safety is referred to in other
21 places, in a Federal Railroad Administration
22 49CFR 202 to 2 -- I think it's 299. OSHA general
23 duty clause and the Federal Employee Liability
24 Act, all ask that the workplace be safe so that
25 employees are not subject to injury or death.

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 20 of 54
PageID: 3702
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 69

1  Q.  Okay.  But that's not my question.
2  A.  The operating rules do not get
3  into that, because there are other statutes and
4  requirements -- by the way, NORAC is a private
5  organization of members.
6  Q.  Well, then let's talk about --
7  A.  Not a government entity.
8  Q.  Then let's talk about the FELA.
9  Does New Jersey Transit violate the FELA every
10 time an employee is injured?
11 A.  If the employee is injured at the
12 workplace and in the carrying out of his duties,
13 most probably.
14 Q.  Right.  But my question is asking,
15 is it every time or not?
16 A.  Every case has to be looked at on
17 its own merits.  I can't say every single
18 situation.  You know, you have to look at each
19 one individually.
20 Q.  Okay.  So then the answer would
21 be, no, FELA is not violated every time an injury
22 occurs?
23 A.  I didn't -- you're putting words
24 in my mouth.  I said that each instance has to be
25 looked at individually.

Page 70

1  Q.  Okay.  But my --
2  A.  Has to be looked at individually.
3  Maybe when we look at every incident you may be
4  right or you may be wrong.  I can't answer that.
5  All I could say is that on the FELA and OSHA, you
6  have to look at each situation individually.
7  Q.  Right.  But if we have to look at
8  each situation individually, then it's not the
9  case that it's an automatic violation if there's
10 an injury; is that fair?
11 A.  Again, I said that you're putting
12 words in my mouth and that's not fair.  What I
13 said is that every incident/accident has to be
14 looked at individually.
15     MR. MYERS:  Alex, could you wait
16 one second, please?
17     MR. STOCKDALE:  Sure.
18     (Whereupon there was a brief
19 break.)
20     MR. MYERS:  I'm back.
21 Q.  Dr. Berkowitz, just in summation,
22 before we took a brief break, we were having a
23 discussion and I was asking you whether or not
24 it's a violation of FELA, or the F-E-L-A, every
25 time an employee was injured and I believe you

Page 71

1  said that it depends on the circumstances of the
2  case; is that correct?
3  A.  Yes.
4  Q.  Okay.  And if it would depend on
5  the circumstances of case, then I would assume,
6  and correct me if I'm wrong, that it's not a
7  violation of FELA every time an employee sustains
8  an injury; is that fair?
9  A.  Again, we're talking about
10 railroad employees now, right?
11 Q.  Right.
12 A.  Because if it's a maritime
13 employees, it's Jones Act.
14 Q.  Were any of these circumstances in
15 this case --
16 A.  I haven't looked at every single
17 case.  If I looked at every single case, maybe it
18 is 100 percent.  I can't tell you, because I
19 haven't looked at every single case.  And that's
20 why I have to say that we have to look at every
21 single case and make that determination.  If we
22 look at 100 cases, maybe 100 cases do violate
23 FELA and OSHA.
24     MR. MYERS:  Alex, before you ask
25 the next question, and I don't care how long you

Page 72

1  take, that was the judge who wanted conference
2  with Olley, who's picking a jury right now.  He's
3  calling back at 12.  Do you think you're going to
4  be done by then or should I leave word with my
5  assistant to say -- because he's been advised.  I
6  just told him I'm doing a deposition.
7      MR. STOCKDALE:  Yeah, I think
8  that's going to be cutting it close, is the best
9  I could give you.
10     MR. MYERS:  All right.  Probably a
11 few minutes before 12 I'll have to go off the
12 record.
13     MR. STOCKDALE:  We can deal with
14 that.  That's fine.
15     MR. MYERS:  No, no.  Because if I
16 call the judge now, he may order me to do it.
17     MR. STOCKDALE:  Understood.
18     THE WITNESS:  Why don't we take a
19 lunch at 12?
20     MR. MYERS:  I don't think -- let's
21 just keep going.
22     THE WITNESS:  Okay.
23 Q.  Did you have any information about
24 whether prior to July 23, 2013 that New Jersey
25 Transit had any issues with the Columbian Day

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 21 of 54 PageID: 3703

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 73

1  Parade?
2  A.  No.
3  Q.  Okay.  And you're not aware of any
4  documents or you didn't review anything that told
5  you what the Elizabeth local police department
6  deployment looked like at the parade that day,
7  correct?
8  A.  Well, there was some information
9  about a sky tower that was deployed.
10  Q.  Outside of that, you're not aware
11  of, like, how many officers Elizabeth PD would
12  have had at the parade or anything like that?
13  A.  No, I don't.
14  Q.  Have you ever been to this parade?
15  A.  No.
16  Q.  Okay.  There was some discussion
17  or there's some records of domestic violence
18  incident that occurred at the Elizabeth station
19  platform during the day on July 23rd, 2013.  Did
20  you review that information?
21  A.  Yes, there was.
22  Q.  Okay.  And is that fact important
23  to your conclusions at all?
24  A.  Well, anecdotally it shows that
25  there's issues at this station.  Because you

Page 74

1  would imagine about that time people were
2  beginning to arrive for the Columbia festival.
3  Columbian Festival.
4  Q.  Did you review any documents that
5  would indicate that that incident on the platform
6  earlier that day was in any way related to the
7  Columbian Day Parade?
8  A.  No, I don't.
9  Q.  Let's go through summary of your
10  opinions.
11      MR. MYERS: Which page?
12      MR. STOCKDALE: I'm on Page 5.
13  Looking at the bullet points.
14      MR. MYERS: Okay.
15  Q.  All right.  Dr. Berkowitz, under
16  bullet point one --
17      MR. MYERS: Just for the record,
18  this is Exhibit-A?
19      MR. STOCKDALE: Correct.
20  Exhibit-A, Page 5.
21      MR. MYERS: Okay.
22  Q.  It says, and I quote, "Negligence
23  by requiring the crew of train 7273 to allow
24  onboard boisterous, unruly, intoxicated and
25  likely dangerous passengers."  Did I read that

Page 75

1  correctly?
2  A.  Yeah.
3  Q.  First of all, is there any
4  specific rule, statute, regulation that you
5  believe would have required New Jersey Transit to
6  stop those passengers from boarding at Elizabeth
7  station that day onto the Plaintiffs' train?
8  A.  Yeah.  Well, the OSHA -- the
9  NORAC, take the safe course.
10  Q.  And what do you base that --
11  A.  And, additionally, there's the
12  various workplace safety requirements both FELA
13  and OSHA.  And if there's a concern or any
14  possibility that the crew may be in danger or the
15  passenger may be in danger.
16  Q.  Are you finished?
17  A.  Yes.
18  Q.  Okay.  Now, it says in that same
19  bullet points on Page 5, that the passengers were
20  boisterous, unruly, intoxicated and likely
21  dangerous, where did you get that information
22  from?
23  A.  On the various depositions of the
24  -- from the -- from train operator "Z" and the
25  depositions and statements and information that

Page 76

1  was provided by Mr. Pasqale, Ms. Tramontano and
2  Mr. Gilmartin and the other two -- the brakeman
3  and the other assistant conductor.
4  Q.  Okay.  But we've already --
5  A.  As well as information that we got
6  after the fact from other -- you know, other
7  documents.
8  Q.  Okay.  We've already established
9  that Mr. Zappelli didn't use any of those
10  adjective in his deposition, correct?
11  A.  No.
12  Q.  What, specifically, did the
13  Plaintiffs have to say about the conduct that was
14  on the platform before the passengers got on that
15  train?
16  A.  What was the condition before?  I
17  don't recall them talking about the condition
18  before.  Only a train operator "Z", specifically,
19  mentioned the conditions before.  The other crew
20  members made reference to the conditions on the
21  train, to my recollection.
22  Q.  Okay.  Are you familiar with the
23  TRO-5 manual?
24  A.  I've seen it, yes.
25  Q.  And did that have any import for

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 22 of 54
PageID: 3704
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                                                November 30, 2020

Page 77

1 your analysis and conclusions in this case?
2 A. I may have -- let me see which TRO
3 I used. Yeah, I have TRO-5 in my appendix.
4 Q. Okay. And those are rules that
5 the train crew, train operators, are required to
6 follow in the course of their employment,
7 correct?
8 A. Yes.
9 Q. Okay. I'm going to show you an
10 excerpt from the TRO-5, which we're going to mark
11 as Exhibit-D.
12    (Excerpt from the TRO-5 marked
13 Exhibit-D for Identification.)
14 A. Just as a point of information, on
15 Page 86 of my report and the TRO, I also repeat
16 the NORAC, two principles. "Safety is our first
17 importance. In case of doubt the safe course
18 must be taken."
19    MR. MYERS: What page was that?
20    THE WITNESS: Page 86 of my
21 report. The NORAC information is also repeated
22 in the TRO-5 and it's on Page 86 in my report.
23 Q. Okay. Well, let's turn to Page 88
24 of your report then.
25 A. Sure.

Page 78

1 Q. Do you see the TRO-5 rule number
2 five at the bottom of the page?
3 A. Yeah.
4 Q. Okay. And it says, and I quote,
5 "Accidents, defects, vandalism or any unusual or
6 suspicious condition which may affect the
7 movement of the train must be reported by the
8 quickest available means of communication to the
9 proper authority", end quote. Did I read that
10 correctly?
11 A. Yes.
12 Q. Can we agree that the Plaintiffs
13 in this case, Ms. Tramontano and Mr. Gilmartin
14 had the obligation to follow that rule?
15 A. Yes.
16 Q. Okay. And can we agree that when
17 the -- their train stopped at Elizabeth station,
18 there hasn't been any testimony or documents
19 showing that they notified the proper authority
20 of any issues that they saw with the conditions
21 on the platform; is that fair?
22 A. Well, you must be reading another
23 rule, because this one refers to accidents,
24 defects, vandalism or unusually suspicious
25 conditions. This does not -- there may be others

Page 79

1 in the TRO, but this one doesn't refer to
2 crowding on the station. This one specifically
3 refers to accidents, defects, vandalism or any
4 unusual suspicious conditions.
5 Q. It says unusual or suspicious
6 conditions, correct?
7 A. Yeah.
8 Q. And would you consider
9 overcrowding to be an unusual condition?
10 A. No, it's not an unusual condition.
11 It happens from time-to-time. And it should have
12 been under control by the New Jersey Transit
13 Police.
14 Q. Well, can we at least agree
15 irrespective of the rule, that the Plaintiffs in
16 this case did not call dispatch to notify them of
17 any train conditions with the passengers -- or
18 with the platform when they went through
19 Elizabeth station?
20 A. Well, you raise a very interesting
21 point and that has to go with how management
22 trains their employees as to the definitions of
23 what this unit describes. And there's been
24 several studies that have been done on human
25 factors and human error. And it's been found

Page 80

1 that -- actually the U.S. Department of
2 Transportation and famous professor James reason
3 that comes to the conclusion that when train
4 crews don't understand rules and regulations
5 clearly, and what they're suppose to do, and that
6 crowding should have been included as part of
7 this, it's due to not that they're not
8 interrupting this correctly, they have not been
9 trained properly to know that the train platform
10 crowding is an unusual or suspicious condition.
11 So, therefore, the fault is not with the train
12 crew, it's with the management of the train crew
13 and their training.
14 Q. Does it say anywhere in your
15 report that New Jersey Transit failed to train
16 their train crew on how to spot or the import of
17 crowded conditions on platforms?
18 A. Well, I mentioned that the
19 training was not adequate in many places in my
20 report. And here is obviously, you have an
21 interpretation where I assume you got this
22 interpretation from management about the railroad
23 that platform crowding is covered under this
24 item.
25    Well, I don't know if the train

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 23 of 54
PageID: 3705
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 81

1 crew knew that this item also covered platform
2 crowding, because it seems to me when we talk
3 about accidents, defects, vandalism and unusual
4 specific suspicious conditions, we're talking
5 about mostly criminal acts.
6 Q. And that's your interpretation of
7 the rule, correct?
8 A. No, that's what the rule reads.
9 You know, if I was dealing with platform
10 conditions, then I would have a separate passage
11 that dealt with that. And obviously that is not
12 what the intent of item five is. You're making
13 your own interpretation, unless you got that
14 interpretation from the people who wrote this
15 TRO-5.
16 Q. Can crowded conditions on
17 platforms affect the movement of trains?
18 A. Yes.
19 Q. Okay. And you haven't reviewed
20 any documents in this case that would indicate
21 what specific training the train crew received
22 either on or before July 23rd, 2013, correct?
23 A. Well, in various places they were
24 asked questions about their training on various
25 -- and they never indicated that they were

Page 82

1 trained in this area.
2 Q. Were they asked?
3 A. Well, in general terms they were
4 asked, you know, what -- were they ever given
5 self-defense training, other kinds of training,
6 or, you know, every discussion of training, there
7 was never any reference to training that dealt
8 with anything that would relate to paragraph
9 five.
10 Q. Did you receive like a list of all
11 the training courses that they took?
12 A. No, I have not.
13 Q. Did you read the deposition
14 testimony of any of the people that trained them
15 specifically on the issue of crowded train
16 platforms?
17 A. I only read the depositions of the
18 ones I was deposed for.
19 Q. So as would he sit here today,
20 you're not aware of what specific training the
21 train crews received, correct?
22 A. Not in terms of item number five,
23 no.
24 Q. Okay. So back to Page 5 of
25 Exhibit-A, which is your report.

Page 83

1 A. Right.
2 Q. And I'm at bullet point number two
3 that says, quote, "Failing to provide adequate
4 and consistent security and safety enforcement at
5 the platform in Elizabeth station", end quote.
6 Difficult read that correctly?
7 A. Yes, you did.
8 Q. Okay. First of all, what does
9 that mean?
10 A. What it means, that there was no
11 safety and security provided at the Elizabeth
12 station at the time that train 7273 pulled into
13 the station.
14 Q. Are you aware of any rule, federal
15 statute, regulation, operating rule that requires
16 a Transit Authority to have a police officer
17 stationed at every platform?
18 A. There's no rule that says they
19 should and there's no rule that says they
20 shouldn't.
21 Q. Okay.
22 A. And there's more to the should
23 than the shouldn't, because if there's a
24 threatening condition which was reported by train
25 operator "Z", that's warning, that there is a

Page 84

1 problem at Elizabeth station. And it's the duty
2 and responsibility of the Transit Authority, New
3 Jersey Transit, to take action. Not until the
4 train gets to Perth Amboy, but immediately. And
5 the choice of not taking action was solely
6 theirs. We've done -- millions and millions of
7 dollars have been spent to support and harden New
8 Jersey Transit's safety and security, 5500
9 cameras, the -- what do they call them? The
10 nights vision camera, 5500. There were also
11 prior to nights vision, other cameras that were
12 installed. They received funding to harden the
13 entire system. They've also received funding to
14 improve communications amongst various police
15 jurisdictions, that's the local police, the
16 Transit Police, the state police. There's a
17 system, any issues, anything that comes up is
18 shared by everybody statewide. This has all been
19 funded by Homeland Security.
20    If you take 5500 cameras, and I
21 think there's about 170 stations in the New
22 Jersey Transit system, of which I think maybe 10
23 are shared with Metro-North and three or four are
24 shared with SEPTA. So if you take those off,
25 there's probably less that they have to provide

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 24 of 54
PageID: 3706
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 85

1  for. And you divide it by 5500 cameras, you
2  would have 33 cameras per station. Elizabeth,
3  you know how many cameras are in Elizabeth?
4  Zero.
5  Q.  Okay. So just to back up to this
6  bullet point, Dr. Berkowitz. A moment ago I
7  believe you testified that they should have taken
8  precautions to provide security before this date,
9  correct, like before they got the notification of
10  the crowded conditions; is that right?
11  A.  Well, they should have been able
12  to -- they knew this event was taking place.
13  They deny they know, but that's not true. They
14  knew it occurred previously. They also have
15  ridership figures from previous years. And I
16  know, because I work with Homeland Security and I
17  was intimately involved, that all special events,
18  incidents or anything which can result in a
19  potential terrorist incident whether remote or
20  not remote is reported to the general police
21  population.
22      So New Jersey Transit knew about
23  this special event, because they're informed
24  about any gathering of crowds. Because studies
25  that have been done by Homeland Security indicate

Page 86

1  that these are potential dangerous situations
2  that need to be hardened. And so when New Jersey
3  Transit says they knew nothing about it, that's
4  impossible, because they receive funding to know
5  about it.
6  Q.  So --
7  A.  The time to prepare for the safety
8  and security of Elizabeth was prior to the date
9  of the festival. They should have been
10  preplanning. There should have been meetings
11  with Elizabeth Police, other police units and
12  other local police along the route where people
13  are going to get on and off to attend this event
14  with New Jersey Transit bus, with local buses.
15  Everything should have been coordinated to ensure
16  that the event was a hardened situation and the
17  maximum potential for safety and security is
18  provided. That's the name of the game. And that
19  all that money has been provided by the U.S.
20  Department of Transportation and the Homeland
21  Security.
22  Q.  You said that New Jersey Transit
23  was notified or the New Jersey Transit Police
24  Department was notified that the Columbian Day
25  Parade on July 23rd, 2013 was a potentially

Page 87

1  dangerous situation, is that your testimony?
2  A.  No. I'm not saying it was a
3  potentially dangerous situation. I'm saying that
4  any activity or gathering of crowds is reported
5  into the system and there's a database that's, I
6  believe it's in the state of New Jersey and may
7  be incorrect, but I think it's a division of the
8  police -- of the state police, which this
9  database is made available and is connected to
10  all the police departments in the state of New
11  Jersey, local, county, the various railroads like
12  SEPTA, Metro-North, all the Police Port Authority
13  of New York and New Jersey, all those police
14  units or departments that operate in the state of
15  New Jersey. This is a national thing. This is
16  not just New Jersey. It's New York, it's
17  Connecticut. It's in every state of the union
18  including Hawaii and Alaska. This is what is
19  done. This is the notice operada that is filed.
20  So if the Elizabeth police knew about this event
21  and they were deployed for the event, they notify
22  the database of this and this database is shared
23  with all the police departments in the state of
24  New Jersey.
25  Q.  Have you seen a document showing

Page 88

1  that this Columbian Day Parade was entered into
2  this database and that that was communicated to
3  New Jersey Transit?
4  A.  I would have loved to see it, but
5  apparently they don't share everything with us.
6  Q.  Okay.
7  A.  One of the things they don't seem
8  to share, for example, is criminal information.
9  You don't get any information of past -- that's
10  why we don't know what happened in other
11  Columbian events, because they don't publish like
12  other places publish accident statistics, you
13  know, what took place; assaults, robberies, petty
14  thefts, misdemeanors. None of this information
15  is published from New Jersey Transit, to my
16  knowledge.
17  Q.  Sir, if you could just please
18  answer the question that I ask. My question was
19  simply, have you seen that this Columbian Day
20  Parade on July 23rd, 2013 was actually input into
21  this database or is that an assumption that
22  you're making?
23  A.  I'm not making an assumption,
24  because these kinds of events are always
25  inputted. I've worked with police departments on

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 25 of 54
PageID: 3707
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.    November 30, 2020

Page 89

1  behalf of Homeland Security. I worked with
2  Washington Metro. I worked with other
3  organizations. And this is 15 years ago we were
4  inputting the data. This is only seven years
5  ago. So between 15 years ago, we're inputting
6  the data to seven years ago now, you know, the
7  system has even gotten better.
8  Q. Right. But have you seen that
9  this Columbian Day Parade in 2013 was put in the
10 database, have you seen it with your own eyes?
11 A. No, I have not. But I know that
12 any event -- every police department inputs this
13 data. And I would assume that Elizabeth being
14 the fourth largest city in New Jersey would be no
15 less an agency that would input that data into
16 the state police or whatever agency at the state
17 level maintains that database.
18 Q. So, hypothetically speaking, okay,
19 let's say if this Columbian Day Parade was put
20 into the database by the Elizabeth PD, okay, and
21 that New Jersey Transit had never had any issues
22 with any prior Columbian Day Parade. What then
23 would prompt them to do special planning for this
24 event if they've never had an issue before?
25 A. Well, we don't know that, because

Page 90

1  they -- New Jersey Transit Police doesn't publish
2  information. We don't know what happened in the
3  10 or 12 previous Columbia Day festivals. We
4  don't know. That information has never been
5  provided. And New Jersey Transit is not
6  obligated, I understand, based off on various
7  decisions that have been made at the judiciary
8  level to provide that information. So I don't
9  know if they're violating any law by not
10 providing it, but they don't provide it. So, I
11 can't take your hypothesis or your proposal,
12 because it's no hypothesis.
13 Q. Because we don't have enough facts
14 to ascertain it, correct?
15 A. That's correct.
16 Q. Okay. I apologize, I forget her
17 title, might be captain or detective Laura
18 Hester, did you read her deposition testimony?
19 A. I have to look. I don't recall
20 the name. I'm skimming the pages. I don't see
21 her name.
22 Q. Okay. I'll represent to you that
23 Laura Hester testified that she was never -- she
24 never knew about any prior issues with the
25 Columbian Day Parade. Would that have any input

Page 91

1  to your knowledge?
2  A. Who is she? I don't recall who
3  she is.
4  Q. Hold on one second. So Laura
5  Hester was the Deputy Chief of the New Jersey
6  Transit Police Department, okay? And just so
7  we're clear, you haven't reviewed her testimony,
8  correct?
9  A. Yes, that's correct.
10 Q. Okay. So let's go to back to Page
11 5 of your report.
12 A. Okay. One moment. Okay.
13 Q. Okay. So bullet point three
14 reads, and I quote, "Failing to provide adequate
15 and consistent security and safety enforcement
16 onboard train 7273", end quote. Did I read that
17 correctly?
18 A. Yes, you did.
19 Q. Okay. What does that mean, sir?
20 A. Just exactly what it says. There
21 was no safety and security enforcement. There
22 were no -- there were -- first off, there were no
23 police presence on the train. Second of all, the
24 crew never received any training in an area to
25 deal with the situation that they were confronted

Page 92

1  with on the train. They didn't receive general
2  training on how to deal with the situation. They
3  didn't receive self-defense training to protect
4  themselves. They didn't receive any sort of
5  protective equipment, like pepper spray. I
6  wouldn't want to use mace, but something like
7  pepper spray or something. They received -- they
8  were, you know, left to their own resources.
9  They were left to solve the problems on the train
10 without the proper training, preparation or
11 knowledge to do so.
12 Q. What's -- let's start with the
13 police on the train. Is it your position that
14 New Jersey Transit was negligent for not having a
15 police officer stationed on the Plaintiffs' train
16 that day?
17 A. Yeah, of course.
18 Q. Okay. And are you aware of any
19 statute, rule or regulation that required New
20 Jersey Transit to have a police officer on that
21 train that day?
22 A. I would say that going back to
23 what we talked before, FELA, Federal Employee
24 Liability Act; OSHA, Occupation Administration
25 statutes; the NORAC rules, you know, to have a

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 26 of 54
PageID: 3708
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 93

1 safe -- maintain a safe course. Calls for a
2 workplace that is -- and this is nondelegable
3 responsibility that the New Jersey Transit is
4 required to provide a safe workplace for its
5 employees. And under OSHA, not only their
6 employees, but others. And others in this case,
7 are the passengers. And this is not a duty they
8 could transfer to an employee. This is their
9 duty, their responsibility. They can't tell the
10 train conductor that you're in charge of safety
11 and security for that train. The responsibility
12 -- the train crew is responsible for the safety
13 of the employees in the regular course of
14 business. But this is not the regular course of
15 business.
16 Q. Do any of those sources that you
17 just cited say what the minimum staffing levels
18 for Transit Police have to be?
19 A. No, that's left to the agency to
20 make that determination. And that's the -- and
21 New Jersey Transit could make that determination.
22 They have 250 plus police officers around that
23 time and probably 70 civilian -- you know,
24 personnel, support personnel. And they made a
25 decision that for the coastline and I guess the

Page 94

1 mainline in that area, one police officer is all
2 that was needed to be assigned. That was their
3 decision. Their decision not to take a police
4 officer that was stationed in Newark and put him
5 on the train. It was their decision not to
6 dispatch Officer "G" to that Elizabeth
7 immediately after train operator "Z". These are
8 all decisions that New Jersey Transit made. And
9 by not making the right decision, they left the
10 safety and security -- they left the train and
11 the platform unprotected.
12 Q. Do any of the sources that you
13 just referenced require New Jersey Transit to put
14 a police officer on every train?
15 A. If it -- I think if New Jersey
16 Transit is required to provide a safe workplace,
17 then one of the ways that you provide in a
18 situation that existed here as it was reported at
19   8:11 -- I mean, or 8:30, that necessitated police
20 presence. Because police presence, as I talk
21 continually in my report, is a deterrent. When
22 people see police presence and when they know
23 that they're being monitored, people act
24 differently than when they're not under police
25 presence. And no deterrent was provided to this

Page 95

1 crowd until they reach Perth Amboy when the Perth
2 Amboy Police came onboard and arrested seven
3 individuals. That was the first time there was
4 police presence.
5 Q. So if I understand your testimony,
6 correctly, on that date, New Jersey Transit was
7 required to put a police officer on every train
8 that went through Elizabeth station; is that
9 correct?
10 A. No, not every train. On this -- I
11 don't know the next train is and I don't know the
12 circumstances of the next train. But in terms of
13 train 7273, yes.
14 Q. Okay. When the staffing is being
15 done, when it's being decided, what information
16 did New Jersey Transit have prior to the July
17 2013 incident that would have told them police
18 presence was needed on that particular train?
19 A. Like I told you, there's a
20 statewide database and they have 10, 12 years of
21 experience. They know that by looking at their
22 ridership when peaks occur and they know the
23 peaks that occur. There was a rock concert or
24 some kind of musical concert on the same day and
25 that was being handled. Probably that concert

Page 96

1 may have even had less impact on New Jersey
2 Transit. All this information was out there.
3 They have 10 or 12 years of ridership
4 information. They know the peaks and valleys of
5 ridership. It's easy for them to evaluate their
6 ridership and what causes these peaks and valleys
7 so they could accommodate those circumstances.
8 They needed to provide additional train service
9 so the crowding could be reduced. Maybe they
10 could have made announcements saying, "There's a
11 train 10 minutes behind. Don't crowd this train,
12 wait for the next train. It's only 10 minutes
13 behind." None of these things that could have
14 been done were done. And it was easy enough to
15 put personnel on that train when the train was in
16 Newark when you had four police officers hanging
17 around at the Newark station and one of them
18 could have been deployed easily on this train.
19     And also Police Officer "G" could
20 have been dispatched two or three minutes, eight
21 minutes before the train arrived and gotten
22 things organized and controlled the crowd on the
23 platform, ask people to, you know, step back from
24 the platform and control the number of people
25 boarding the train. They could have held train

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 27 of 54
PageID: 3709
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 97

1  until they were able to get them organized.  And
2  people would have listened if they said, "The
3  train is not coming in until everybody gets
4  organized and we board in an orderly manner."
5  None of these things were done.  This was all at
6  the discretion of New Jersey Transit Police and
7  they chose to ignore the situation when they had
8  the opportunity to do many things at different
9  intervals in times to avoid this ultimate
10  situation between Woodbridge and Perth Amboy.
11  Q.  So the two sources of information
12  that I heard that were actually responsive to my
13  question was the statewide database and ridership
14  info, are those the two things that you cited?
15  A.  Yeah.  And the general experience.
16  They know about this particular event.  It's in
17  the newspapers, it's advertised.  I mean, people
18  don't come from all over the place to the
19  Columbian Parade by osmosis.  I mean, it's never
20  on the same date.  They take advertisement in the
21  newspapers.  They're on the internet.  I mean,
22  you're telling me that the police department
23  doesn't read newspapers, watch television, listen
24  to the radio or any of these things?  Come on.
25  To say they didn't know this was taking place

Page 98

1  means that they're either poorly educated, can't
2  read a newspapers or they just chose to ignore
3  the situation even though they knew about it.
4  And I think that the latter is the case.  They
5  chose to ignore the situation, because they were
6  hoping that this event would just go away and it
7  would be just a peaceful experience for everybody
8  involved.
9  Q.  So.  Sir, it's your testimony that
10  New Jersey Transit was required to put a police
11  officer on the Plaintiffs' train at Newark
12  station based on the statewide database and prior
13  ridership info; is that correct?
14  A.  No, that's not totally correct.  I
15  indicated that at 8:30 train operator "Z"
16  reported -- and that information hit the,
17  according to your blotter, the "C" -- CAD
18  Blotter, whatever you call it.  That two minutes
19  after that, he made that -- Transit knew about
20  it.  So the train hadn't left Newark yet.  Those
21  -- the four police officers in Newark, one of
22  them could have been spared, I'm sure, to ride
23  the train.  And also to hold the train before it
24  entered the station until Officer "G" got onto
25  the platform and coordinating between the officer

Page 99

1  on the train and the officer on the platform,
2  they could have brought the situation under
3  control and indicate to the people on the
4  platform that another train is following, 10
5  minutes or whatever it is, or that another train
6  from -- that maybe is bypassing the station will
7  not bypass the station, will pick up some of the
8  passengers that are headed in other locations.  A
9  lot of things could have been done.  None of it
10  was done.  And, basically, none of it was done,
11  because Transit Police chose not to do it.  And
12  even though they had all the information they
13  needed to do what they had to do.
14  Q.  Now, I would like to focus now in
15  to two separate parts.  There's -- and stop me if
16  I'm mischaracterizing your testimony.  But I
17  believe that you said that New Jersey Transit was
18  required to put an officer on that train prior to
19  any reports of crowded conditions, because they
20  knew or should have known about the parade and
21  its impact on train operation; is that fair?
22  A.  No, it's not fair, because I never
23  said that.
24  Q.  Okay.
25  A.  You said it, but I didn't.

Page 100

1  Q.  So I'm just asking, when --
2  A.  You asked me to correct you if you
3  said something that --
4  Q.  No, I appreciate --
5  A.  I know exactly what I said.  What
6  I said was that we were informed by train
7  operator "Z" that there was a problem at the
8  station.
9  Q.  Yeah.
10  A.  That's what I said.  That's the
11  source of the situation.  It's too late to do the
12  planning that they should have done before.
13  That's too late.  We missed that -- that window
14  of opportunity is long gone.  But there are other
15  opportunities that became available.  Train
16  operator "Z" did the job that he's suppose to do.
17  He saw a problem.  He notified Amtrak.  Amtrak
18  immediately notified New Jersey Transit.  And
19  according to the blotter, two minutes they were
20  notified and they had 11 minutes until the train
21  arrived.  They could have held that train until
22  Police Officer "G" arrived.  And before the train
23  departed Newark, they could have put one of their
24  police officers on that train to assist Officer
25  "G".  They didn't do any of that.  That's what I

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 28 of 54
PageID: 3710
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                November 30, 2020

Page 101

1  said.  And I'll repeat what I said.
2  Q.   When the New Jersey Transit Police
3  person in charge of doing the staffing that day,
4  sitting down to make the staffing schedule,
5  right?  What information did they have that would
6  have led them to the conclusion that they needed
7  to put a police officer on the Plaintiffs' train
8  that day?
9  A.   That would be a decision they
10  would have to make.  I mean, they may decide not
11  to put a police officer on the train and they
12  rather decided to put a police officer on the
13  platform, do other things on the platform.  Put
14  the cameras on the platform, temporary cameras to
15  monitor the station.  There are a lot of things
16  they could have done.
17      The information about this
18  festival was in the hands and the knowledge of
19  all the police departments in the state of New
20  Jersey.  It was in the hands of anybody who read
21  any of the newspapers in the state of New Jersey.
22  It was in the hand of anybody who had public
23  television where they advertised the festival or
24  on the public media or on the internet.  I mean,
25  you have to be living in a fourth dimension not

Page 102

1  to know that this festival was taking place.
2  Q.   Sir, I'm not disputing that the
3  event was publicized.  I'm asking you what
4  information New Jersey Transit had available to
5  them where they should have thought this could be
6  a problem, we have to increase police presence
7  and put a police officer on the Plaintiffs' train
8  that day?
9  A.   Well, I'm not saying they should
10  have put a police officer on the train that day
11  or not.  But based upon train operator "Z",
12  that's the action they should have taken.  But
13  they would have -- if they've known that this
14  festival was taking place, if I was the
15  commander, I would say to one of my subordinates,
16  one of my sergeants, "Let's look at the data, the
17  ridership data and the experience we've had with
18  this festival for 10 or 12 years.  Let's look at
19  that data and see if we need to provide any
20  additional support, police presence at this -- on
21  the trains or at Elizabeth for trains that are
22  going to be picking up passengers at the end of
23  that festival."  That's the action I would take
24  if I was the commander.
25  Q.   So --

Page 103

1  A.   When I was in charge of the Staten
2  Island Ferry, that's the actions I took.
3  Q.   Understood.  So they should have
4  reviewed ridership info for prior years based on
5  the Columbian Day Parade and then made a decision
6  about staffing; is that fair?
7  A.   Well, more than the ridership,
8  they should have also looked at the arrests, the
9  incidents, the -- any police incidents that took
10  place, were there arrests, were there not
11  arrests, were there warnings?  What transpired in
12  the previous years, because we could learn from
13  our past experiences.  Shame on us if you don't
14  learn from our past experiences and our past
15  experiences don't help us improve the future.
16  That's the purpose of past experiences so we
17  could improve on the future.
18      In this case, the Transit
19  Authority, the -- the New Jersey Transit took all
20  this history that they had available to them and
21  ignored it and like started from zero, like this
22  never happened before.  I don't believe that to
23  be true.
24  Q.   What did the ridership info look
25  like for the Columbian Day Parade in 2012?

Page 104

1  A.   Well, you would see the normal
2  ridership on a typical nonevent day.  It would be
3  kind of constant everyday of the year.  We have
4  ways of adjusting for weather.  Summertime,
5  things like that.  And you could see peaks and
6  valleys.  We look at that all the time.  Peaks
7  and valleys in terms of ridership.  Because
8  that's how -- from a Transit operation scheduling
9  procedure, we look at ridership numbers to
10  determine how to schedule the trains.  Trains are
11  not scheduled by osmosis.  Trains are scheduled
12  based on ridership data.  So the Transit -- New
13  Jersey Transit is well aware of all the
14  ridership, because that's how they determine the
15  scheduling for the trains on any particular day.
16  And if you notice, you know, that New Jersey
17  Transit changes their schedules.  Their schedules
18  from month-to-month are different, because it's
19  based upon changes in ridership.  You think the
20  train schedule is the same today with the
21  pandemic as it was when we had 100 percent, you
22  know, utilization?  Now, we're down to 30 percent
23  utilization.  You think they're running the same
24  number of trains.  Based on ridership those
25  determinations of scheduling are made.  This is

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 29 of 54
PageID: 3711
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 105

1  information that's in the hands of the agency
2  and I've been to staff meetings of Transit
3  agencies at the highest levels. And at those
4  meetings, these kinds of issues and scheduling
5  are brought up and get -- to get comments from
6  other divisions; maintenance, personnel, things
7  of that nature, police. Police are always
8  present at every meeting that I've ever attended
9  involving operations. There's always a police
10  presence.
11  Q.  How many people rode the North
12  Jersey Coastline trains on the date of the
13  Columbian Day Parade in 2012?
14  A.  I don't have that information.
15  Q.  How about 2011?
16  A.  I don't have it, but you do.
17  Q.  How about 2010?
18  A.  Like I said, you have all that
19  information.
20  Q.  So you have --
21  A.  Not you, personally, but New
22  Jersey Transit.
23  Q.  So you haven't, personally,
24  reviewed any of the ridership data for prior
25  years for the Columbian Day Parade, correct?

Page 106

1  A.  Yeah. But it's quite obvious that
2  if there's an event that the ridership would peak
3  as part of that event, that's -- you don't have
4  to be a brain surgeon to figure that one out.
5  Q.  And you haven't reviewed any
6  information about incidents or prior assaults
7  from years before 2013 involving --
8  A.  No, I --
9  Q.  I'll withdraw. You didn't let me
10  finish my question.
11    MR. MYERS: Objection. Wait.
12  We're -- timeout. Objection. I move to strike
13  Mr. Stockdale's comment. And please let Mr.
14  Stockdale -- gentleman, speak one at a time,
15  okay?
16    MR. STOCKDALE: Could you read
17  back my question, please?
18    MR. MYERS: I thought you said no
19  further questions.
20    MR. STOCKDALE: I -- my memory is
21  going, but --
22  A.  I'm sorry. Your screen -- the
23  yellow line across the screen stopped, so I
24  assumed you had stopped talking.
25    MR. STOCKDALE: Let me just ask it

Page 107

1  fresh.
2  A.  Okay.
3  Q.  Dr. Berkowitz, you haven't seen
4  any data involving whether there were any prior
5  assaults or any incidents involving the Columbian
6  Day Parade at New Jersey Transit trains prior to
7  2013, correct?
8  A.  That's correct.
9  Q.  Okay. Let's go back to Page 5 of
10  your report, that's Exhibit-A.
11  A.  Sure.
12  Q.  And it says, and I'm quoting,
13  bullet point four, quote, "Failing to provide the
14  crew of 7273 with tools and equipment that could
15  be used for self-defense." Did I read that
16  correctly?
17  A.  Yes.
18  Q.  Okay. What do you mean by that?
19  A.  Well, basically, they could have
20  been provided with training in terms of being --
21  be able to defend themselves. And some of the
22  equipment that's used, you know, in situations
23  like this is pepper spraying, you know. I
24  wouldn't ask them to be trained in using mace or
25  taser, but, you know, pepper spray to try to, you

Page 108

1  know, separate the individuals involved in
2  confrontation. But they received no self-defense
3  training. And they were just -- you know, they
4  would have known to protect themselves if one got
5  punched in the face and activities like that. I,
6  myself, am trained in karate and instinctively
7  I'm trained that nobody is never going to punch
8  me in the face or stomach or any part of my body,
9  because instinctively I know how to protect
10  myself, self-defense.
11    MR. MYERS: Off the record.
12    (Whereupon there was a discussion
13  held off the record.)
14  Q.  So, Dr. Berkowitz --
15    MR. STOCKDALE: Back on the
16  record.
17  Q.  When you were in charge of the
18  Staten Island Ferry, did your train engineers and
19  conductors carry pepper spray?
20  A.  No, because the train engineers,
21  the ferry captains and the ferry assistant
22  captain were not in contact. The -- we had
23  police on every -- we had police on every ferry.
24  Not just one, but several on every ferry, because
25  our ferry had two decks. And we had -- we

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 30 of 54
PageID: 3712
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                November 30, 2020

Page 109

1  covered each of the two decks. And I think one
2  of the ferries, the older ferry, may have had a
3  promenade on the third deck. I don't remember.
4  But, anyway, we had police on -- police with guns
5  on. Plus all our crew were ex-military. The
6  deckhands were all ex-Navy. And all of them had
7  self-defense training. And we also offered
8  self-defense training for our police department,
9  because that's part of the police department's
10  training. We offer self-defense. And that's
11  where I learned a little -- initially I learned a
12  little bit, my self-defense. The police
13  self-defense is not karate or Taekwondo or the,
14  you know, various techniques that I learned. It
15  was more the military approach was what we call
16  mixed martial arts. And every one of our
17  deckhands was trained in mixed martial arts.
18  Actually, we retrained them, because every one of
19  our deckhands came out of the Navy. Because in
20  order to qualify as a deckhands, he had to be
21  ex-Navy -- you know, ex-Navy.
22  Q.  Okay.
23  A.  So, yes.
24  Q.  Are you aware of any Transit
25  authorities that are there -- trained crews with

Page 110

1  pepper spray?
2  A.  I'm not aware of any in this
3  country.
4  Q.  And are you aware of any rules,
5  regulations or statutes that require a Transit
6  Authority like New Jersey Transit to give their
7  employees pepper spray?
8  A.  No, I'm not aware of any rule,
9  regulation.
10  Q.  Okay. Are you aware of any
11  Transit authorities, like New Jersey Transit,
12  that provide self-defense training to their
13  employees?
14  A.  I don't -- I'm not fully aware of
15  any that do, but I'm sure there are some that do.
16  Q.  And you're not aware of any rules,
17  regulations or statutes that would require New
18  Jersey Transit to train their employees in
19  self-defense, correct?
20  A.  Well, there's no rule. But if
21  you're not going to provide for the safety of the
22  train crew with police support, then you need to
23  train your crew maybe as peace officers, for
24  example. If you're not going to provide enough
25  police presence, then maybe you go to what we

Page 111

1  call the security level, which is the next level
2  down, which is called peace officer, which
3  they're allowed to carry weapons and defense --
4  defense weapons as well as offensive weapons.
5  Q.  Does it say anywhere in your
6  report that New Jersey Transit in this case was
7  required to deputize police officers and provide
8  them with self-defense?
9  A.  That's not deputize. That's what
10  they call peace officer. It's a lesser level
11  of -- you know, like security guards, stuff like
12  that.
13  Q.  Okay. Are you aware of any train,
14  you know, Transit authorities that have something
15  like a brake security guard on their trains?
16  A.  Yes. In China and in Russia I've
17  seen it. And Central Asia I've seen it.
18  Q.  And --
19  A.  In Germany -- in Germany when I
20  was working in Berlin, when the war was -- I seen
21  it. I seen train crews that were armed, which
22  was quite a shock to me, personally.
23  Q.  Okay. Getting back to Page 5 on
24  Exhibit-A, which is your report. One, two,
25  three, four, fifth bullet point down says, I

Page 112

1  quote, "Failing to respond in a timely and
2  effective fashion to calls for help on the
3  platform at Elizabeth station and onboard 7273",
4  end quote. Did I read that correctly?
5  A.  Yes.
6  Q.  Okay. What time period are we
7  talking about here, just so we're both on the
8  same page?
9  A.  Well, there are two -- there are
10  two elements here. Element one is that there was
11  a lack of preplanning before the events of the
12  day that we're talking about here. So there was
13  no preplanning and no preparation. That's one,
14  okay? We lost that opportunity. That
15  opportunity passed us by. But we had a second
16  opportunity to do something. That opportunity
17  occurred when train operator "Z" informed Amtrak
18  and Amtrak informed New Jersey Transit and New
19  Jersey Transit informed the police. And the
20  police at that point could have -- should have
21  done two thing. One, is dispatch Officer "G" and
22  also hold the train at Newark until one of the
23  officers in Newark could board the train to
24  assist Officer "G" at the station. Or -- and
25  also, to hold the train from entering the station

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 31 of 54
PageID: 3713
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 113

1 until Officer "G" was in place. None of this was
2 done. And that was the choice of the New Jersey
3 Transit Police. They chose not do anything.
4 Why? I don't know.
5 Q. Okay. So the first thing that you
6 said was they should have dispatched Officer "G",
7 correct?
8 A. No, the first thing I said is they
9 should have done preplanning, preparation for
10 this event.
11 Q. Understood. So the preplanning
12 part, like you said, the ship has sailed, it's
13 water under the bridge on this date, correct?
14 A. Right.
15 Q. And then on this date, one of the
16 actions that you say that they should have taken
17 was dispatched Officer "G", correct?
18 A. Which they claim they did, but
19 which they didn't.
20 Q. Okay. And the next one you said
21 they could have stopped the Plaintiffs' train in
22 Newark; is that right?
23 A. Right.
24 Q. And is that so that the officer
25 stationed there, one of them could have gotten on

Page 114

1 the train?
2 A. Yes, to assist Officer "G".
3 Q. Okay. And we know in this case
4 that the Plaintiffs' train was about 11 minutes
5 behind Chris Zappelli's train who made the
6 initial call about the crowded conditions,
7 correct?
8 A. That's correct.
9 Q. Okay. Do you know whether at the
10 time that Officer Zappelli's call was relayed to
11 New Jersey Transit, whether or not the
12 Plaintiffs' train had already passed through
13 Newark station?
14 A. Well, there's only two stations, I
15 believe, between Newark and Elizabeth. There's
16 Newark Airport and north Elizabeth. And I've
17 been on this train many times, the coastline. In
18 fact, I had a project in the Sandy Hook area a
19 long time ago. But if I remember correctly, it's
20 about three minutes to -- three or four minutes
21 to Newark Airport and another minute or two to
22 Elizabeth. So the travel time. So maybe we're
23 talking the time to get to Elizabeth is maybe six
24 minutes. So the train -- information was already
25 in the system two minutes before. So eight

Page 115

1 minutes. So there are were three minutes to
2 alert the train at Newark to wait until one of
3 the officers that were assigned to Newark to get
4 on the train. You could double-check the
5 schedule, but I think that's pretty close.
6 Q. Okay. And I understand that based
7 on your experience riding the train that's what
8 you're saying the travel time is. But my
9 question is just a little more specific.
10 Did you read anything in this case
11 that says exactly where the Plaintiffs' train was
12 when New Jersey Transit received the call about
13 overcrowding conditions at Elizabeth station?
14 A. I don't recall.
15 Q. Okay.
16 A. I have to look. I don't know. I
17 have to look. I don't recall.
18 Q. Okay. So the next bullet point on
19 Page 5 talks about, "Failing to properly plan for
20 the security at the Columbian Day festivities",
21 we already covered that, correct?
22 A. Right.
23 Q. Okay. So the next one, which is
24 seventh bullet point says, and I quote, "Failed
25 in their duty of care for the safety of its

Page 116

1 employees, it is mandated by federal statute
2 under the Federal Employer's Liability Act that
3 NJ Transit provide its employees a safe place to
4 work", end quote. Did I read that correctly?
5 MR. MYERS: We lost you, Alex.
6 MR. STOCKDALE: Okay.
7 MR. MYERS: What's the matter?
8 MR. STOCKDALE: Bob, you couldn't
9 hear me, the whole thing?
10 COURT REPORTER: I heard you.
11 THE WITNESS: You froze. You got
12 frozen there.
13 MR. STOCKDALE: You froze. The
14 court reporter heard me. And all I did was read
15 from the bullet point on Page 5.
16 MR. MYERS: Okay.
17 MR. STOCKDALE: So I haven't asked
18 the question yet.
19 MR. MYERS: Okay. Thank you.
20 Q. I believe we went over it, but I
21 just want to confirm, Dr. Berkowitz, that -- what
22 part of the Federal Employee Liability Act, FELA,
23 are you referring to when you're talking about
24 New Jersey Transit's duty in this case?
25 A. The general responsibility that an

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 32 of 54
PageID: 3714
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 117

1 employee -- employer has a duty under both FELA
2 and OSHA to provide a safe workplace for all its
3 employees. And additionally, OSHA even includes
4 visitors, others. I don't have the act
5 memorized, but that's the general purpose of that
6 act.
7 Q. Okay.
8    MR. STOCKDALE: You know what,
9 Bob, let's take five. And I don't think I have
10 too much more. It's possible I could finish up
11 by 12, but we'll see.
12    MR. MYERS: I froze again.
13    MR. STOCKDALE: Let's take five so
14 I could just -- let's do this. Let's take five
15 while Bob's frozen. And if he comes back, you
16 could tell him that we took five and I might be
17 close to done. Okay?
18    (Whereupon there was a brief
19 break.)
20    MR. MYERS: Back on the record.
21 Q. Dr. Berkowitz, with our discussion
22 this morning, we've talked about various rules.
23 We talked about federal statutes including the
24 FELA, OSHA, and I believe you referenced the
25 NORAC rules; is that correct?

Page 118

1 A. Yes.
2 Q. Okay. I also saw a reference in
3 your report to the American Public Transportation
4 Association Standards; is that correct?
5 A. Yes. I'm on that committee, yes.
6 Q. Okay. So -- first of all, what is
7 the American Public Transportation Association?
8 A. That's a voluntary organization of
9 people who work in the transportation -- public
10 transportation field, and even some members of
11 the private transportation. And, basically, what
12 we do is we develop standards for the member
13 organization. And when we vote on the standards,
14 it's really interesting, it's unanimous. We're
15 very collegial. Nobody is paid. There are paid
16 staff. But when a standard comes out, it's
17 universal. You know, I've had fights and
18 arguments. I've abstained because I wasn't happy
19 with the ultimate result. But what we produce is
20 really excellent. And the one I referred to here
21 is the proper training of a Transit personnel.
22 That's standard.
23 Q. Okay. And just so we're clear,
24 that's APTA, space, RT, hyphen, OP, hyphen, S,
25 hyphen, 013, hyphen, 03; is that right?

Page 119

1 A. Yes. I'm going by memory. It
2 sound right.
3 Q. Okay. So let me ask you this.
4 A. Is the year of approval.
5 Q. Got you. So this one I'm looking
6 at, and I could show it to you if you need to see
7 it, says it was first published in September of
8 2003 and that the last -- there was a first
9 revision on December 31st, 2014 and then there
10 was a second revision on January 4th, 2019; does
11 that sound right?
12 A. I'm not sure, but I know we're
13 constantly revising.
14 Q. Okay. So --
15 A. Every three or four years, we're
16 constantly revising.
17 Q. So then am I correct that the one
18 operative to these facts to this case would be
19 the one prior to when it was revised on December
20 31, 2014?
21 A. I thought I used the 103, I
22 thought that's the one I used.
23 Q. Okay. And what, specifically --
24 what specific standards are contained in that
25 document that you believe New Jersey Transit

Page 120

1 violated in this case?
2 A. Administering the proper, you
3 know -- to train their employees and -- that the
4 RTO should train employees in, you know, all the
5 activities that the Transit companies are
6 involved in. And it's -- if I remember, it's a
7 general outline and the details are left to the
8 RTO.
9 Q. So --
10 A. Rail Transit Organization.
11 Q. And the general outline standards
12 contained in that document, they don't
13 specifically say that you need to train employees
14 with self-defense tactics; is that right?
15 A. That's correct.
16 Q. They don't say that you need to
17 give pepper spray to employees, correct?
18 A. That's take correct.
19 Q. And they don't say -- they don't
20 talk about the minimum staffing levels for
21 Transit Police Officers; is that correct?
22 A. That's correct.
23 Q. Okay. Those are all the questions
24 I have for you.
25    MR. MYERS: You need to take a

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 33 of 54
PageID: 3715
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 121

1  break? I have some questions.
2      THE WITNESS: You want to just go
3  through and finish up?
4      MR. MYERS: Yeah.
5      CROSS EXAMINATION BY MR. MYERS:
6  Q.  Okay.  First of all, Dr.
7  Berkowitz, could you please describe the type of
8  experience you had in working in the
9  transportation industry, including government,
10  private and academic sectors?
11  A.  Well, this is all laid out, you
12  know, in my -- my summary C.V. is about 30 pages
13  long.
14  Q.  Okay.
15  A.  And what I did -- what I put into
16  this report is my involvements, direct
17  involvements.  I've had -- you know, I serve on
18  committees and stuff like that, which I call
19  indirect involvements.  I listed all my direct
20  involvements from almost my -- the beginning of
21  my career I've been involved in transportation
22  safety and security.
23  Q.  Well --
24  A.  And that began when I began to
25  work with the -- I was the transportation advisor

Page 122

1  to Governor Nelson Rockefeller.  And I listed
2  several of my initiatives involving safety and
3  security.  And that involved -- I represented the
4  Governor in all transportation and related
5  matters that affected the Governor from Dutchess
6  County to Montell Point including New York City.
7  Q.  Okay.  So --
8  A.  Primarily I was involved with the
9  Long Island -- which is now the Long Island
10  Railroad, which at that time was the Penn Central
11  and also with the formation of the MTA.  So I was
12  always involved in safety and security matters.
13  And then when I went to work for the City of New
14  York, I got involved in such things as defensible
15  space.  In fact, I worked with -- I'm trying to
16  think.  Several very famous individuals in terms
17  of pedestrian and passenger safety, Dr. John
18  Fruin at the Port Authority was my mentor in
19  graduate school.  And also I worked with -- and I
20  can't think of his name.  One of the most famous
21  was -- Will H. White, the writer.  We worked on what
22  we call defensible space.  And how you could
23  design transportation facilities so that the
24  design -- automatically to provide the defensible
25  space.  In fact, I'm working on the review now of

Page 123

1  a document for APTA, which is actually on the
2  same subject.  And I worked on this back in the
3  '70s and now 50 years later I'm working with APTA
4  on developing a document for defensible transit.
5  And the first document would be for the train
6  operator actually.
7  Q.  You tell me what your educational
8  experience is, please?
9  A.  If you go on to my report, just to
10  summarize it, so I don't have to repeat it.  If
11  you go to Page 13, 14, 15 and 16 you have those
12  things that are specifically related to safety
13  and security.  But if you look at my C.V., you'll
14  see almost everything I worked on is indirectly
15  related.  I have a Bachelor's Degree in Civil
16  Engineering from The City College of New York and
17  I was in a dual degree program.  So I also have
18  an MBA in Industrial Management, which is
19  Operational Systems.  From there I went to work
20  -- I went to -- well, Ph.D. in transportation
21  planning and engineering, which included numerous
22  courses involving safety and security.  In fact,
23  transportation engineering, just like the TRO-5,
24  our number one -- the number one job of a
25  transportation engineer is transportation safety.

Page 124

1  And it's the safe movement of people and goods.
2  That's what their transportation engineers are
3  responsible for.
4  Q.  Can you --
5  A.  And also my numerous jobs, I
6  worked on safety and security in the Garment
7  Center and various transportation agencies.  And,
8  I mentioned the stuff that they did at New York
9  City -- at the Staten Island Ferry.  It goes on
10  and on and on.  I probably didn't get everything
11  in here, because I did so much that -- actually,
12  I even taught safety and security in
13  transportation engineering at the Merchant Marine
14  Academy, which I don't know if I even mentioned
15  that.
16  Q.  Okay.  Did you do any study or
17  research in behavioral characteristics of
18  pedestrians and passengers in rail operated
19  system?
20  A.  Yes, I did.  Graduate school and
21  in practice.
22  Q.  Okay.  And did your research
23  include any concepts for pedestrians, passengers,
24  congestion and crowding management?
25  A.  Yes.  I've written several

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 34 of 54
PageID: 3716
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 125

1 articles that have been published. In fact, I
2 developed the technique by which you could use
3 video images to determine the level of crowding
4 on that platform.
5 Q. Okay.
6 A. Based on level of service. So
7 instead of counting the number of people, which
8 is impossible, by observing the people on the
9 platform, you could determine the level of
10 service at that platform. And, of course, you
11 want to maintain a level of service and this is
12 done through identification of the crowd. And
13 this article has been published -- one of the
14 articles was published in England, couple of
15 articles were published in the United States as
16 well.
17 Q. You mentioned the initials MTA.
18 What does that stand for?
19 A. Metropolitan Transportation
20 Authority. I was on the committee of the
21 Governor that formed its predecessor, which was
22 the MCTA, something like that. There was a
23 predecessor organization and I served on that
24 committee. In fact, I was offered a job to be
25 the secretary of the MTA and foolishly I turned

Page 126

1 down the job, because I said I'm a Ph.D. in
2 engineering and I don't want to be a secretary to
3 a board. What a dumb move that was.
4 Q. Okay. And you've mentioned you
5 did work for the New York City Department of
6 Transportation Safety and Security Initiatives.
7 What was that?
8 A. Numerous ones. I went to Staten
9 Island Ferry, Garment Center, Pedestrian Designs.
10 I was involved in what we call defensible space,
11 designing areas so that policing could be at a
12 minimum. Because the space would be so designed
13 that it would offer in itself safety and
14 security.
15 Q. Did you -- I'm sorry.
16 A. Through lighting and other, you
17 know, improvements.
18 Q. Did you work -- do any work for
19 the New York City Transit Authority?
20 A. I did when I was in college. I
21 worked for the construction unit. I also taught
22 MTA management, an MBA program. Intermotor
23 Transportation, which includes safety and
24 security to the managers of the New York City
25 Transit Authority, Long Island Railroad,

Page 127

1 Metro-North. This course was offered at the
2 graduate level. It was an MBA. And we taught at
3 the -- it was done jointly with the president of
4 the Long Island Railroad. After that became a
5 chairman of the MTA. I trained many, many
6 managers of the MTA, various bodies and included
7 safety and security.
8 Q. You already mentioned to us that
9 you were a distinguished professor at Florida
10 Atlantic University. Could you sort of give us
11 an overview of what professional activities the
12 transportation safety and security you've been
13 involved with?
14 A. The grant that we received from
15 Congress at Homeland Security involves safety and
16 security of Intermotor Transportation. So I was
17 involved in the developing studies and --
18 undertaking studies and supervising studies to
19 improve safety and security. Most of the work
20 that we did is classified. Although, I found one
21 of my reports on the website of Homeland
22 Security, even though they wouldn't let me
23 present it. I've also -- one of the things which
24 has become public knowledge, I blew up a station
25 of the Washington Metro. Not really, you know,

Page 128

1 simulation.
2 Q. Oh, okay.
3 A. We blew up a station at the
4 request of Metro, because we had a very
5 sophisticated simulator and we were able to do
6 incredible graphic of simulation. And we had a
7 guy -- what we did is replicated something that
8 happened on London Transport. Actually, I did
9 consulting with them. London Transport where
10 their video cameras are able to detect people
11 before they commit a crime. Terrorists,
12 particularly. Unfortunately, the station I
13 visited on the London Metro, a week before to do
14 an analysis, the following week, a terrorist blew
15 up the station in the background. So we used
16 that technology when we blew up the station.
17 Q. So how about in terms of the --
18 could you tell us about your research and work in
19 crowd management and crowd control techniques?
20 A. I was involved with Dr. John
21 Fruin, who is the father of level of service,
22 which is the standard that's use to determine
23 whether there is crowding or no crowding. It's
24 the level of service -- this work was done in the
25 '70s. And believe it or not, it's still the

Case 2:14-cv-05706-ES-MAH   Document 124-17   Filed 02/26/21   Page 35 of 54 PageID: 3717

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

Page 129

1 standard today. And what I've done, I've gone
2 beyond that. Because one of the difficulties in
3 doing crowd management is how do you keep track
4 of the number of passengers and how do you
5 determine when the platform is crowded.
6    And I developed a photographic
7 techniques to identify crowding, which can be
8 converted into algorithms, which actually, night
9 vision could actually use that algorithm. And
10 without having to be present at that location or
11 even watching the camera, it will give you a
12 message back that that station is -- has issues
13 coming up and that you should take a look at the
14 video cameras at that station.
15    Actually, some of this technology
16 actually came not from the United States, but
17 came from Moscow. In Moscow -- New Jersey
18 Transit has 5500 cameras. Moscow I think has
19 550,000 cameras. You can't watch all the cameras
20 all the time, but you should make all the best
21 effort to do that. So we have algorithms,
22 mathematical models, which are -- actually, the
23 Russians stole the idea from Dr. Penzias who won
24 the Nobel Price who worked for Bell Laboratories.
25 At Bell Laboratories, they came up with

Page 130

1 algorithms where you could make decisions by
2 mathematics rather than by visual. For example,
3 moving phone calls or converting from one screen
4 to another and stuff like that. So this
5 technology we convert now -- pictures can be
6 converted to mathematics believe it or not. And
7 you could -- you could -- you have 5500 screens,
8 you don't have to look at all 5500 screens. Your
9 computer now will help you. You indicate what
10 you want the computer to find and they will find
11 it. Find the person, find an activity. Whatever
12 you want to find, they will find it. And see on
13 this CSI shows and these T.V. shows where they
14 put in the facial recognition and they find out
15 where that person is in the system, that's how it
16 works through mathematics.
17 Q. Yeah. And the -- just take a
18 moment to talk about your publications. In
19 review of publications and let us know whether
20 your publications have been peer reviewed in your
21 profession.
22 A. Those that are published, I have
23 three categories of publications, those were not
24 peer reviewed. Those that are peer reviewed,
25 which I believe were about 100. And those that,

Page 131

1 you know, were presented, you know, for an
2 invitation, I made a presentation of some sort.
3 Q. Okay. Do you have any specific
4 licenses?
5 A. Yes. I'm a licensed professional
6 engineer in New York and New Jersey. And I'm a
7 member of the American Institute of Certified
8 Planners and that's a license as well. And a
9 Ph.D., which is the super license. Like doctor
10 of all law JD. Most doctors have that super
11 license.
12 Q. I've never identified myself as a
13 doctor.
14 A. I will now, Doctor. Dr. Myers and
15 Dr. Stockdale. At the university level at JD is
16 considered equivalent to a Ph.D.
17 Q. Oh, really?
18 A. Yes.
19 Q. Make my wife call me doctor for
20 now on.
21 A. Absolutely. In fact, a lot of
22 lawyers insist upon being called doctor in
23 university setting. I always tell my students
24 you don't have to call me doctor, call me Carl.
25 Q. Okay. I'm going to mark your

Page 132

1 curriculum vitae. Actually, it's attached in
2 your report already on -- or at least some of it.
3 But your general C.V. I'm going to attach this --
4    MR. MYERS: What's the next
5 exhibit, "E"?
6 A. Could I give you an updated one.
7 Q. Yes.
8 A. I don't think you have the most
9 up-to-date.
10 Q. Okay. Well, could you send it to
11 me so I could send it to Mr. Stockdale?
12 A. No problem. I'll make a note.
13 Q. I'll mark your C.V. as Exhibit-E.
14    (Dr. Berkowitz' C.V. marked
15 Exhibit-E for Identification.)
16 Q. Doctor, all the opinions that
17 you've discussed today or contained in your
18 report, are they within a reasonable degree of
19 professional certainty?
20 A. Yes, they are.
21 Q. Now, Counsel asked you if -- some
22 questions concerning Kevin Mooney, who is now a
23 police lieutenant in New Jersey Transit. Was a
24 sergeant at the time you took -- at the time of
25 this incident. Asked a question on Page 23.

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 36 of 54
PageID: 3718
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

Page 133

1  "Were you ever advised at an earlier shift at the
2  police department or by any other police
3  dispatchers or transit dispatchers at the
4  approximate 11:40 a.m. in the Elizabeth train
5  station, train 7226 was held up 10 minutes for
6  police to arrive and remove two unruly passengers
7  and given an event number 13034574.  You were
8  never told that?"  "Answer:  No."  You recall
9  that question information?
10  A.  Yes, I do recall that.
11  Q.  Now, I know that you had some
12  discussion about Officer Giovanni's testimony.
13  And referring to Page 23, when the officer --
14  actually, I think it's --
15      MR. MYERS:  You're right, Alex.  I
16  don't know.  Giovonne?
17      MR. STOCKDALE: Giovanonne I
18  thought I heard him at the dep, but that's my
19  recollection.
20      MR. MYERS:  Okay.
21  Q.  Officer Giovanonne was asked a
22  question on Page 23.  "What stations were you
23  responsible for?"  And his answer, "Like I said,
24  I don't remember my exact post that day, but I
25  know I was in the city of Linden at the time this

Page 134

1  event occurred."  And -- so when -- you said
2  Linden was how far from Elizabeth?
3  A.  The train schedule is about a
4  minute.
5  Q.  You recall this question/answer on
6  Page 47, "Were you ever given any kind of written
7  instructions from anybody at the police
8  department to check the Elizabeth station on your
9  patrol during July 21st, 2013 before the
10  occurrence with the 7273 crew?"  His answer is,
11  "I don't recall."
12  A.  I recall that, yes.
13  Q.  Now, on Page 62 asks the question,
14  "Do you remember driving around the Elizabeth
15  train station area during the day where the
16  Columbian Day Parade was taking place?"  "Answer:
17  No."  "Question: Were you called by anybody from
18  New Jersey Transit to report to the Elizabeth
19  train station because of overcrowding purposes or
20  problems and people getting pushy in the presence
21  of intoxicated people in the platform?"  "Answer:
22  No."  "Question:  You were ever advised by your
23  police dispatcher that an engineer, Zappelli, had
24  called into, I guess it would have been the
25  Amtrak dispatcher, boarding of potential problems

Page 135

1  at the Elizabeth train station at anytime?"
2  "Answer:  No."  Is that your recollection of the
3  testimony you reviewed?
4  A.  Yes.
5  Q.  You recall whether there was any
6  information provided by New Jersey Transit either
7  through its witnesses or through documents that
8  indicated that he had, other than a nights vision
9  camera, any kind of portable video camera or
10  police sky watch tower with a camera on the day
11  of the Columbian Day Parade?
12  A.  They indicated that they had that
13  kind of equipment, but none of it was deployed in
14  Elizabeth.
15  Q.  Counsel asked about another
16  witness that wasn't called.  I don't recall.  Do
17  you recall the testimony that a Mr. Antell
18  (Phonetic), the transportation division, was the
19  one who coordinated with the police department to
20  decide what personnel would be assigned for that
21  area?
22  A.  I don't recall.
23      MR. STOCKDALE: Objection.
24  A.  It may be in my report.  I may
25  have summary list deposition.  I don't recall

Page 136

1  that.  I'm checking.
2      MR. MYERS:  The judge gave me
3  until one.
4      MR. STOCKDALE:  Okay.
5      MR. MYERS:  Not happy.
6  A.  I did review Antell's deposition.
7  Q.  Okay.
8  A.  And I have a summary, but I don't
9  recall --
10  Q.  Okay.
11  A.  -- what was in there.
12  Q.  All right.  Doctor, was anything
13  that was discussed change any of your opinions
14  that are contained throughout your entire report?
15  A.  No.
16  Q.  Okay.  Thank you.  I have no other
17  questions.
18      MR. STOCKDALE:  Doctor, I just
19  have one or two follow-ups.
20      REDIRECT EXAMINATION BY MR. STOCKDALE:
21  Q.  You were discussing some sort of
22  computer program and algorithm that could detect
23  crowding conditions on the train platform; is
24  that right?
25  A.  There is that technology.  I don't

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 37 of 54
PageID: 3719
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

Page 137

1  know if New Jersey Transit had that technology,
2  but that technology I worked with it back 15
3  years ago.
4  Q.   Are you of the opinion in this
5  case that New Jersey Transit was required to
6  implement that type of technology on their train
7  platform in 2013?
8  A.   I don't know.  I think that they
9  had the nights vision pro.  I think that's
10  already built into it.  I think the system they
11  bought had that capability.
12  Q.   Right.  But what I'm asking is,
13  are you of the opinion that New Jersey Transit
14  was required to implement some sort of crowd
15  control surveillance system on the train platform
16  at Elizabeth station in 2013?
17  A.   What I do -- I didn't discuss
18  that, but I have an opinion.  And my opinion is
19  that 5500 cameras and 160 or so stations, there
20  should have been some cameras at the Elizabeth
21  station.  And by not having cameras at the
22  Elizabeth station, I think that that was poor
23  planning on the part of the New Jersey Transit
24  organization.
25  Q.   And are you aware of any rules or

Page 138

1  regulations that require New Jersey Transit in
2  2013 to have a camera on every train platform?
3  A.   The rules that Homeland Security
4  established for the grant that they received for
5  these cameras, require the New Jersey Transit to
6  harden their entire system and to ensure that
7  there's a safe operating system in place,
8  including yards as well as operating facilities
9  to ensure the safety of the traveling public
10  against terrorism, actually.
11  Q.   But did it say that there had been
12  a surveillance camera at every station?
13  A.   They left the deployment of the
14  equipment to the operating organization.  What
15  I'm saying is, with 5500 cameras and 160
16  stations, I think they could have spared a few
17  cameras for the Elizabeth station.  And if not --
18  if they did some preplanning, they had what they
19  call temporary cameras and they could have been
20  monitoring the station rather than providing
21  personnel at the station than deploying officers
22  from Newark or from Linden as required by
23  monitoring those -- this is what they do in
24  Atlantic, by the way.  To minimize the number of
25  police in the system, they alternatively monitor

Page 139

1  the stations using the station cameras.
2  Q.   No further questions.
3  A.   In conjunction with the train
4  control.
5      MR. STOCKDALE: Bob, anything
6  further?
7      MR. MYERS: I'm sorry, I didn't
8  hear you, Alex.
9      MR. STOCKDALE: I got nothing
10  else.
11      MR. MYERS: Oh, okay.  I have no
12  other questions.  Thank you everybody.
13      THE WITNESS: Nice to meet you.
14      (Concluded at 12:17 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 140

1              C E R T I F I C A T E
2
3          I, MARIBEL SYPNIEWSKI, a
4  Certified Court Reporter and Notary Public of the
5  State of New Jersey, do hereby certify that prior
6  to the commencement of the examination, the
7  witness was duly sworn by me to testify the
8  truth, the whole truth and nothing but the truth.
9          I DO FURTHER CERTIFY that the
10  foregoing is a true and accurate transcript of
11  the testimony as taken stenographically by and
12  before me at the time, place and on the date
13  hereinbefore set forth, to the best of my
14  ability.
15          I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor attorney nor
17  counsel of any of the parties to this action, and
18  that I am neither a relative nor employee of such
19  attorney or counsel, and that I am not
20  financially interested in the action.
21
22          *Maribel Sypniewski*
23          MARIBEL SYPNIEWSKI, C.C.R.
              LICENSE NO. 30XI00203200
24
25

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 38 of 54
PageID: 3720
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

## A

**able (10)**
10:25;29:21;42:17;
49:23;50:7;85:11;97:1;
107:21;128:5,10
**above (1)**
30:9
**absolute (1)**
67:18
**Absolutely (4)**
27:2,9;64:1;131:21
**abstained (1)**
118:18
**academic (1)**
121:10
**academy (3)**
10:4,7;124:14
**accept (1)**
57:10
**accepting (1)**
52:11
**accident (2)**
7:24;88:12
**Accidents (4)**
78:5,23;79:3;81:3
**accommodate (2)**
14:4;96:7
**according (13)**
28:12;31:2,15;32:12;
35:13,24;36:24;45:14;
46:13,22;62:19;98:17;
100:19
**accuracy (1)**
36:11
**accurate (1)**
36:6
**across (2)**
12:24;106:23
**Act (9)**
67:15;68:24;71:13;
92:24;94:23;116:2,22;
117:4,6
**acted (2)**
8:10;9:24
**acting (1)**
24:6
**action (4)**
84:3,5;102:12,23
**actions (2)**
24:1;103:2;113:16
**activities (8)**
15:7;37:13;39:4;
40:5,15;108:5;120:5;
127:11
**activity (6)**
45:7,7,8,9;87:4;
130:11
**acts (1)**
81:5
**actually (24)**
7:10;37:6;38:10;

41:24;50:7;52:2;54:20;
56:25;80:1;88:20;
97:12;109:18;123:1,6;
124:11;128:8;129:8,9,
15,16,22;132:1;
133:14;138:10
**addition (1)**
65:18
**additional (4)**
16:15;59:12;96:8;
102:20
**additionally (2)**
75:11;117:3
**addressed (1)**
63:14
**adequate (3)**
80:19;83:3;91:14
**adjective (1)**
76:10
**adjusting (1)**
104:4
**Administering (1)**
120:2
**Administration (3)**
67:17;68:21;92:24
**administrator (1)**
7:11
**advance (1)**
27:1
**advertised (2)**
97:17;101:23
**advertisement (1)**
97:20
**advised (3)**
72:5;133:1;134:22
**advisor (1)**
121:25
**affect (2)**
78:6;81:17
**affected (1)**
122:5
**again (8)**
16:4;24:8;25:4;40:2;
68:11;70:11;71:9;
117:12
**against (1)**
138:10
**agencies (3)**
9:19;105:3;124:7
**agency (5)**
9:9;89:15,16;93:19;
105:1
**ago (7)**
85:6;89:3,5,5,6;
114:19;137:3
**agree (9)**
31:21;33:7;36:21;
46:1;54:12;65:17;
78:12,16;79:14
**agreement (1)**
9:21
**ahead (3)**
21:18;26:24;66:1

**Airport (2)**
114:16,21
**Alaska (1)**
87:18
**alert (1)**
115:2
**Alex (6)**
43:2;70:15;71:24;
116:5;133:15;139:8
**Alexander (1)**
5:8
**algorithm (2)**
129:9;136:22
**algorithms (3)**
129:8,21;130:1
**allow (3)**
25:2,18;74:23
**allowed (1)**
111:3
**allowing (1)**
53:22
**almost (4)**
20:10;45:9;121:20;
123:14
**along (2)**
34:25;86:12
**alternatively (1)**
138:25
**Although (1)**
127:20
**always (7)**
14:3;65:2;88:24;
105:7,9;122:12;131:23
**ambiguity (1)**
65:16
**Amboy (22)**
20:10;28:25;40:25;
44:23;46:14,19;47:1,5,
7;48:25;50:20;52:18,
24;53:2;55:20;57:22;
58:3,8;84:4;95:1,2;
97:10
**ambulance (1)**
34:5
**America (1)**
63:4
**American (3)**
118:3,7;131:7
**amongst (1)**
84:14
**amount (6)**
13:23;14:12;23:1,15,
25;24:9
**Amtrak (15)**
20:22,25;21:1,12,12;
22:24;30:13;33:19;
34:13,22;100:17,17;
112:17,18;134:25
**Amtrak's (1)**
20:24
**analysis (7)**
26:20;37:8,11;55:23;
58:20;77:1;128:14

**anecdotally (1)**
73:24
**animals (1)**
67:5
**announcements (1)**
96:10
**annual (1)**
13:7
**answered (1)**
24:25
**Antell (1)**
135:17
**Antell's (1)**
136:6
**apologize (2)**
28:5;90:16
**apparently (2)**
21:11;88:5
**appears (2)**
45:15;54:23
**appendix (3)**
11:20,25;77:3
**apples (1)**
51:16
**appraised (1)**
31:19
**appreciate (2)**
67:23;100:4
**approach (1)**
109:15
**appropriate (1)**
28:3
**approval (1)**
119:4
**approximate (1)**
133:4
**Approximately (1)**
5:18
**approximation (1)**
16:6
**April (2)**
8:12,13
**APTA (3)**
118:24;123:1,3
**archaic (3)**
20:23;21:2;34:1
**area (6)**
82:1;91:24;94:1;
114:18;134:15;135:21
**areas (1)**
126:11
**arguing (4)**
24:25;25:5;33:4;
53:21
**argument (1)**
25:20
**argumentative (2)**
53:14,18
**arguments (1)**
118:18
**armed (1)**
111:21
**around (7)**

6:23;8:14;58:15,22;
93:22;96:17;134:14
**arrested (1)**
95:2
**arrests (3)**
103:8,10,11
**arrival (1)**
59:5
**arrive (2)**
74:2;133:6
**arrived (7)**
47:11;59:3,15;60:3;
96:21;100:21,22
**article (2)**
62:23;125:13
**articles (4)**
11:12;125:1,14,15
**arts (2)**
109:16,17
**ascertain (1)**
90:14
**Asia (1)**
111:17
**aside (2)**
41:13,14
**assault (2)**
40:25;50:20
**assaults (5)**
16:22;17:5;88:13;
106:6;107:5
**assigned (5)**
7:25;62:19;94:2;
115:3;135:20
**assist (3)**
100:24;112:24;114:2
**assistance (2)**
20:9;44:10
**assistant (3)**
72:5;76:3;108:21
**Association (2)**
118:4,7
**assume (4)**
44:18;71:5;80:21;
89:13
**assumed (1)**
106:24
**assumption (2)**
88:21,23
**Atlantic (4)**
7:7,9;127:10;138:24
**attach (2)**
42:16;132:3
**attached (1)**
132:1
**attend (1)**
86:13
**attendance (1)**
16:11
**attended (2)**
13:12;105:8
**attention (1)**
19:20
**Attorney (4)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 39 of 54
PageID: 3721
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                                    November 30, 2020

7:20,23;8:6,19
**authorities (3)**
109:25;110:11;
111:14
**Authority (16)**
47:25;61:6;63:10;
67:9,25;78:9,19;83:16;
84:2;87:12;103:19;
110:6;122:18;125:20;
126:19,25
**automatic (1)**
70:9
**automatically (1)**
122:24
**available (5)**
78:8;87:9;100:15;
102:4;103:20
**avoid (1)**
97:9
**aware (22)**
44:13,14;46:19;49:9;
51:10;56:24;65:23;
73:3,10;82:20;83:14;
92:18;104:13;109:24;
110:2,4,8,10,14,16;
111:13;137:25
**away (5)**
40:21;51:6,7;60:8;
98:6

**B**

**Bachelor's (1)**
123:15
**back (24)**
25:23;26:1;29:10,16;
47:10;49:17;56:11;
59:25;70:20;72:3;
82:24;85:5;91:10;
92:22;96:23;106:17;
107:9;108:15;111:23;
117:15,20;123:2;
129:12;137:2
**background (1)**
128:15
**bag (1)**
47:12
**base (5)**
52:3,7,8;55:4;75:10
**based (12)**
57:11,12;63:5;90:6;
98:12;102:11;103:4;
104:12,19,24;115:6;
125:6
**basic (4)**
24:6;63:2,17,18
**basically (3)**
99:10;107:19;118:11
**basing (1)**
56:4
**basis (1)**
57:9
**Bear (1)**

29:6
**became (2)**
100:15;127:4
**become (1)**
127:24
**began (2)**
121:24,24
**begin (1)**
6:13
**beginning (2)**
74:2;121:20
**begins (1)**
20:18
**behalf (4)**
5:11;8:2,11;89:1
**behavior (2)**
27:4,5
**behavioral (1)**
124:17
**behind (3)**
96:11,13;114:5
**bell (3)**
13:2;129:24,25
**Berkowitz (24)**
5:7;6:15;19:3;24:16;
25:25;29:21;39:21;
40:6;42:17;43:11;48:3;
49:23;50:8;52:1;54:11;
58:12;70:21;74:15;
85:6;107:3;108:14;
116:21;117:21;121:7
**Berkowitz' (2)**
31:11;132:14
**Berlin (1)**
111:20
**best (3)**
15:4;72:8;129:20
**better (3)**
30:2,3;89:7
**beyond (1)**
129:2
**Bible (2)**
65:9,9
**bit (6)**
30:2;34:1;42:23;
45:10;68:12;109:12
**blew (4)**
127:24;128:3,14,16
**block (3)**
34:24;51:12,13
**blocks (4)**
51:6,7,11;58:1
**blood (1)**
54:8
**Blotter (46)**
17:24;19:6;21:15;
29:2;30:2;31:3,13,15;
35:25;36:5,7,12,19,21,
22,25;37:21;38:13;
39:20;40:7,13,14;41:3,
13,23;42:19;44:22;
46:14;52:4,13;54:23;
55:10,12;56:2,15,20;

57:1,13,19,20,23;
58:24;59:4;98:17,18;
100:19
**board (3)**
97:4;112:23;126:3
**boarded (1)**
59:11
**boarding (3)**
75:6;96:25;134:25
**Bob (4)**
41:11;116:8;117:9;
139:5
**Bob's (1)**
117:15
**bodies (1)**
127:6
**body (2)**
11:24;108:8
**boisterous (2)**
74:24;75:20
**book (1)**
56:6
**Books (2)**
65:10,11
**both (7)**
36:2;45:1;54:16;
63:7;75:12;112:7;
117:1
**bottle (1)**
29:8
**bottom (1)**
78:2
**bought (1)**
137:11
**brain (1)**
106:4
**brake (1)**
111:15
**brakeman (1)**
76:2
**break (10)**
29:13;49:14,14,18,
22;54:9;70:19,22;
117:19;121:1
**brewing (1)**
44:11
**bridge (1)**
113:13
**brief (5)**
29:12;49:21;70:18,
22;117:18
**briefly (1)**
6:16
**bring (2)**
36:11;66:18
**broke (1)**
45:18
**brought (3)**
39:12;99:2;105:5
**Buehrer (1)**
42:15
**built (1)**
137:10

**bullet (11)**
74:13,16;75:19;83:2;
85:6;91:13;107:13;
111:25;115:18,24;
116:15
**bus (1)**
86:14
**buses (3)**
13:25;14:9;86:14
**business (2)**
93:14,15
**bypass (1)**
99:7
**bypassing (2)**
20:21;99:6

**C**

**CAD (35)**
17:24,25;18:1;19:6;
21:15;29:2;30:1;31:3,
13,15;35:25;36:12,25;
37:21;38:12;40:7;41:2,
13,23;42:19;44:22;
45:5;46:14;52:4,13,16;
55:9,12;56:2,15,19;
57:1,13,20;98:17
**call (36)**
17:16,18,20,20,24;
26:4;27:7,25;28:8;
30:12;34:4;43:21;44:1,
11,12,20;45:2;46:4;
48:1;72:16;79:16;84:9;
98:18;109:15;111:1,
10;114:6,10;115:12;
121:18;122:22;126:10;
131:19,24,24;138:19
**called (10)**
17:22,23;22:23;
26:23;60:18;111:2;
131:22;134:17,24;
135:16
**calling (2)**
55:17;72:3
**calls (8)**
17:15;44:9,14;58:18;
67:17;93:1;112:2;
130:3
**came (7)**
21:4;43:21;95:2;
109:19;129:16,17,25
**camera (7)**
84:10;129:11;135:9,
9,10;138:2,12
**cameras (21)**
84:9,11,20;85:1,2,3;
101:14,14;128:10;
129:14,18,19,19;
137:19,20,21;138:5,15,
17,19;139:1
**can (18)**
21:14;33:7;42:20;
43:2,3,8;46:1;54:12;

68:2;72:13;78:12,16;
79:14;81:16;85:18;
124:4;129:7;130:5
**Canada (1)**
63:4
**capability (1)**
137:11
**captain (3)**
15:16;90:17;108:22
**captains (1)**
108:21
**car (3)**
28:15;48:25;51:9
**care (3)**
61:5;71:25;115:25
**career (1)**
121:21
**Carl (1)**
131:24
**carry (2)**
108:19;111:3
**carrying (1)**
69:12
**case (43)**
8:17;21:9;1,2;10:12;
11:9,9;12:7;17:11;
19:17;27:16;35:23;
39:7;40:7;42:8;52:2;
54:20;55:22,25;69:16;
70:9;71:2,5,15,17,17,
19,21;77:1,17;78:13;
79:16;81:20;93:6;98:4;
103:18;111:6;114:3;
115:10;116:24;119:18;
120:1;137:5
**cases (3)**
7:25;71:22,22
**cat (1)**
47:12
**categories (1)**
130:23
**causes (1)**
96:6
**center (4)**
20:25;21:10;124:7;
126:9
**Central (3)**
22:24;111:17;122:10
**certainly (1)**
18:17
**certainty (1)**
132:19
**Certified (1)**
131:7
**CETC-9 (2)**
22:24;26:23
**chairman (1)**
127:5
**challenge (1)**
39:3
**chance (1)**
50:9
**change (2)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 40 of 54
PageID: 3722
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

68:12;136:13
**changed (1)**
    15:19
**changes (2)**
    104:17,19
**characteristics (1)**
    124:17
**charge (6)**
    14:8;15:16;93:10;
    101:3;103:1;108:17
**check (1)**
    134:8
**checking (1)**
    136:1
**Chief (1)**
    91:5
**children (1)**
    10:23
**China (2)**
    63:4;111:16
**choice (5)**
    49:5;60:15;61:2;
    84:5;113:2
**chose (7)**
    48:11,14;97:7;98:2,
    5;99:11;113:3
**Chris (3)**
    21:16;48:15;114:5
**Christopher (2)**
    22:3;34:12
**CIA (2)**
    9:12,23
**circumstance (1)**
    68:3
**circumstances (5)**
    71:1,5,14;95:12;96:7
**cited (3)**
    65:25;93:17;97:14
**City (13)**
    10:7;15:10,13,20;
    89:14;122:6,13;
    123:16;124:9;126:5,
    19,24;133:25
**Civil (1)**
    123:15
**civilian (1)**
    93:23
**claim (1)**
    113:18
**classified (1)**
    127:20
**clause (2)**
    67:18;68:23
**clear (13)**
    10:24;12:3;17:4;
    24:7;26:1;49:1;51:25;
    58:13;65:7,15;66:23;
    91:7;118:23
**clearly (4)**
    40:22;48:20;64:6;
    80:5
**close (4)**
    13:3;72:8;115:5;

117:17
**closely (1)**
    14:11
**Coastline (4)**
    44:5;93:25;105:12;
    114:17
**College (2)**
    123:16;126:20
**collegial (1)**
    118:15
**Columbia (2)**
    74:2;90:3
**Columbian (26)**
    12:16;13:6;16:9,21,
    23;17:5;72:25;74:3,7;
    86:24;88:1,11,19;89:9,
    19,22;90:25;97:19;
    103:5,25;105:13,25;
    107:5;115:20;134:16;
    135:11
**coming (5)**
    14:14;61:7;63:12;
    97:3;129:13
**commander (3)**
    14:22;102:15,24
**Commandments (2)**
    64:25;65:4
**comment (3)**
    40:9;56:19;106:13
**comments (4)**
    27:3,21;52:8;105:5
**Commissioner (1)**
    14:17
**commit (1)**
    128:11
**committee (3)**
    118:5;125:20,24
**committees (1)**
    121:18
**communicate (1)**
    34:13
**communicated (1)**
    88:2
**communication (3)**
    34:20;35:3;78:8
**communications (2)**
    39:14;84:14
**companies (2)**
    63:21;120:5
**comprehensive (1)**
    63:19
**computer (4)**
    56:9;130:9,10;
    136:22
**concepts (1)**
    124:23
**concern (6)**
    23:3,19;24:3,11,13;
    75:13
**concerned (2)**
    21:3;24:18
**concerning (1)**
    132:22

**concert (3)**
    95:23,24,25
**Concluded (1)**
    139:14
**conclusion (6)**
    48:5,8;52:4;58:21;
    80:3;101:6
**conclusions (3)**
    55:23;73:23;77:1
**condition (7)**
    76:16,17;78:6;79:9,
    10;80:10;83:24
**conditions (28)**
    30:9,14;31:18;32:2;
    35:18;37:2;58:16;61:9;
    62:16;63:11,13;66:2;
    76:19,20;78:20,25;
    79:4,6,17;80:17;81:4,
    10,16;85:10;99:19;
    114:6;115:13;136:23
**conduct (1)**
    76:13
**conductor (2)**
    76:3;93:10
**conductors (1)**
    108:19
**Cone (2)**
    19:17,18
**Cone's (1)**
    19:13
**conference (1)**
    72:1
**confidential (1)**
    9:15
**confirm (1)**
    116:21
**confrontation (1)**
    108:2
**confronted (1)**
    91:25
**congestion (1)**
    124:24
**Congress (1)**
    127:15
**conjunction (1)**
    139:3
**connected (1)**
    87:9
**Connecticut (1)**
    87:17
**consider (1)**
    79:8
**considered (1)**
    131:16
**considering (1)**
    28:4
**consistent (2)**
    83:4;91:15
**constant (1)**
    104:3
**constantly (2)**
    119:13,16
**construction (1)**

126:21
**consultant (4)**
    6:18;7:1,5;9:24
**consultation (1)**
    15:5
**Consulting (4)**
    6:21;11:2,6;128:9
**contact (1)**
    108:22
**contained (7)**
    11:17;22:6;35:4;
    119:24;120:12;132:17;
    136:14
**Contents (1)**
    11:18
**continually (1)**
    94:21
**contradictory (1)**
    37:20
**control (14)**
    20:24,25;21:10;
    22:25;26:25;47:23;
    60:23;62:20;79:12;
    96:24;99:3;128:19;
    137:15;139:4
**controlled (1)**
    96:22
**convert (1)**
    130:5
**converted (2)**
    129:8;130:6
**converting (1)**
    130:3
**coordinated (2)**
    86:15;135:19
**coordinating (1)**
    98:25
**copy (1)**
    40:12
**correctly (12)**
    20:11;50:21;75:1;
    78:10;80:8;83:6;91:17;
    95:6;107:16;112:4;
    114:19;116:4
**coterminous (1)**
    54:17
**Counsel (2)**
    132:21;135:15
**counting (1)**
    125:7
**country (1)**
    110:3
**county (2)**
    87:11;122:6
**couple (5)**
    5:23;44:14;61:19;
    67:1;125:14
**course (17)**
    64:8,16,21;65:3,15,
    19;66:19;68:16;75:9;
    77:6,17;92:17;93:1,13,
    14;125:10;127:1
**courses (2)**

82:11;123:22
**Court (6)**
    5:2;6:4;25:22;29:18;
    116:10,14
**courts (1)**
    66:4
**covered (4)**
    80:23;81:1;109:1;
    115:21
**credibility (2)**
    40:2;56:1
**Crew (20)**
    10:9;33:17;58:18;
    63:8;74:23;75:14;
    76:19;77:5;80:12,12,
    16;81:1,21;91:24;
    93:12;107:14;109:5;
    110:22,23;134:10
**crews (4)**
    80:4;82:21;109:25;
    111:21
**crime (1)**
    128:11
**crimes (1)**
    16:22
**criminal (2)**
    81:5;88:8
**critical (2)**
    27:23;45:24
**criticism (1)**
    35:7
**criticize (1)**
    36:11
**CROSS (1)**
    121:5
**crowd (25)**
    20:7,22;21:7;22:15;
    24:5;26:11,19,21;
    27:22;30:8,14;31:18;
    32:2;35:17;37:1;47:16;
    58:16;95:1;96:11,22;
    125:12;128:19,19;
    129:3;137:14
**crowded (11)**
    61:8;63:11,13;66:2;
    80:17;81:16;82:15;
    85:10;99:19;114:6;
    129:5
**crowding (16)**
    24:19;62:16;66:10,
    11;79:2;80:6,10,23;
    81:2;96:9;124:24;
    125:3;128:23,23;
    129:7;136:23
**crowds (5)**
    14:5;85:24;87:4
**CSI (1)**
    130:13
**curiosity (1)**
    13:18
**currently (1)**
    6:16
**curriculum (1)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 41 of 54
PageID: 3723

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                                    November 30, 2020

132:1

**cut (2)**
42:24;43:6

**cutting (1)**
72:8

**CV (7)**
16:1,2;121:12;
123:13;132:3,13,14

## D

**danger (4)**
47:18;66:24;75:14,
15

**dangerous (5)**
74:25;75:21;86:1;
87:1,3

**data (10)**
89:4,6,13,15;102:16,
17,19;104:12;105:24;
107:4

**database (12)**
87:5,9,22,22;88:2,
21;89:10,17,20;95:20;
97:13;98:12

**date (7)**
85:8;86:8;95:6;
97:20;105:12;113:13,
15

**dated (1)**
12:4

**day (46)**
10:22;12:16;13:6;
14:6;16:10,21,23;17:1,
6;27:6;38:8;72:25;
73:6,19;74:6,7;75:7;
86:24;88:1,19;89:9,19,
22;90:3,25;92:16,21;
95:24;101:3,8;102:8,
10;103:5,25;104:2,15;
105:13,25;107:6;
112:12;115:20;133:24;
134:15,16;135:10,11

**deal (4)**
48:10;72:13;91:25;
92:2

**dealing (1)**
81:9

**dealt (2)**
81:11;82:7

**death (1)**
68:25

**December (2)**
119:9,19

**decide (3)**
25:17;101:10;135:20

**decided (4)**
15:10;61:3;95:15;
101:12

**decision (8)**
48:12;93:25;94:3,3,
5,9;101:9;103:5

**decisions (3)**

90:7;94:8;130:1

**deck (1)**
109:3

**deckhands (4)**
109:6,17,19,20

**decks (2)**
108:25;109:1

**decorum (1)**
24:6

**defects (4)**
78:5,24;79:3;81:3

**defend (1)**
107:21

**Defendant (1)**
5:9

**defense (4)**
8:2;12:9;111:3,4

**defensible (5)**
122:14,22,24;123:4;
126:10

**define (1)**
65:14

**defined (1)**
67:21

**definitely (1)**
51:23

**definition (2)**
23:6,7

**definitions (1)**
79:22

**Degree (3)**
123:15,17;132:18

**delineating (1)**
65:20

**deny (1)**
85:13

**denying (2)**
40:13,13

**dep (1)**
133:18

**departed (1)**
100:23

**Department (22)**
15:14;33:18;34:20;
35:22,25;36:2;37:25;
38:6;42:8,11;73:5;
80:1;86:20,24;89:12;
91:6;97:22;109:8;
126:5;133:2;134:8;
135:19

**departments (6)**
15:11;87:10,14,23;
88:25;101:19

**department's (1)**
109:9

**depend (1)**
71:4

**depends (2)**
68:3;71:1

**deploy (1)**
15:3

**deployed (4)**
73:9;87:21;96:18;

135:13

**deploying (1)**
138:21

**deployment (2)**
73:6;138:13

**deposed (2)**
37:25;42:8

**deposition (20)**
5:15,15;19:14;22:6,
14;23:11;25:17;32:12;
36:17;37:20;49:15;
50:3,5;52:12;72:6;
76:10;82:13;90:18;
135:25;136:6

**depositions (7)**
20:15;28:12;38:3;
39:17;75:23,25;82:17

**deputize (2)**
111:7,9

**Deputy (1)**
91:5

**describe (1)**
121:7

**described (1)**
33:11

**describes (1)**
79:23

**design (2)**
122:23,24

**designed (1)**
126:12

**designing (1)**
126:11

**Designs (1)**
126:9

**details (1)**
120:7

**detect (2)**
128:10;136:22

**detective (1)**
90:17

**determination (5)**
56:1;57:14;71:21;
93:20,21

**determinations (1)**
104:25

**determine (8)**
13:23;56:12;104:10,
14;125:3,9;128:22;
129:5

**deterrent (2)**
94:21,25

**develop (1)**
118:12

**developed (2)**
125:2;129:6

**developing (2)**
123:4;127:17

**difference (2)**
53:6;54:12

**different (3)**
68:19;97:8;104:18

**differently (1)**

94:24

**Difficult (1)**
83:6

**difficulties (1)**
129:2

**difficulty (1)**
43:7

**dimension (1)**
101:25

**DIRECT (4)**
5:6;34:19;121:16,19

**directed (1)**
51:22

**directions (1)**
53:25

**directly (4)**
7:16;33:16,17;34:3

**Director (1)**
14:18

**discounting (2)**
52:13,15

**discovery (2)**
16:18;17:10

**discretion (1)**
97:6

**discuss (1)**
137:17

**discussed (2)**
132:17;136:13

**discussing (2)**
50:14;136:21

**discussion (6)**
70:23;73:16;82:6;
108:12;117:21;133:12

**discussions (1)**
19:16

**dispatch (7)**
30:13,14;48:16;
55:20;79:16;94:6;
112:21

**dispatched (41)**
28:18;31:17,22;32:7,
11;37:2;42:12;45:1,16;
46:2,19;47:5;49:11;
52:3,18,23;53:1,7;
54:14,18,21;55:3,5,10,
15,16,19;56:10,13,14,
14;57:8,21;58:22;59:2;
60:7,13,25;96:20;
113:6,17

**dispatcher (2)**
134:23,25

**dispatchers (2)**
133:3,3

**dispatches (1)**
34:5

**dispense (1)**
5:20

**dispute (2)**
24:21;41:19

**disputing (1)**
102:2

**distance (1)**

58:7

**distinguished (2)**
7:6;127:9

**disturb (1)**
61:19

**diverted (2)**
50:19;58:2

**divide (1)**
85:1

**division (2)**
87:7;135:18

**divisions (1)**
105:6

**doctor (9)**
131:9,13,14,19,22,
24;132:16;136:12,18

**doctors (1)**
131:10

**document (12)**
19:4;33:8;37:8,15;
42:24;63:23;87:25;
119:25;120:12;123:1,
4,5

**documents (15)**
11:22;17:10,12;
18:23;20:16;27:18;
36:12;39:7;42:10;73:4;
74:4;76:7;78:18;81:20;
135:7

**dollars (2)**
67:2;84:7

**domestic (1)**
73:17

**done (33)**
5:24;7:19;10:4;
29:11;47:8,22,23;
60:14,14;61:2;62:15;
72:4;79:24;84:6;85:25;
87:19;95:15;96:14,14;
97:5;99:9,10,10;
100:12;101:16;112:21;
113:2,9;117:17;
125:12;127:3;128:24;
129:1

**double-check (1)**
115:4

**doubt (1)**
77:17

**down (7)**
6:5;30:18;101:4;
104:22;111:2,25;126:1

**dozen (2)**
13:8;56:16

**Dr (31)**
5:7;6:15;19:3;24:16;
25:25;29:21;31:11;
39:21;40:6;42:17;
43:11;48:3;49:23;50:8;
51:25;54:11;58:12;
70:21;74:15;85:6;
107:3;108:14;116:21;
117:21;121:6;122:17;
128:20;129:23;131:14,

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 42 of 54
PageID: 3724

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

15;132:14
**dramatically (1)**
61:11
**draw (1)**
19:19
**driving (2)**
26:13;134:14
**drove (1)**
48:25
**dual (1)**
123:17
**due (2)**
31:17;80:7
**duly (1)**
5:3
**dumb (1)**
126:3
**during (3)**
73:19;134:9,15
**Dutchess (1)**
122:5
**duties (1)**
69:12
**duty (9)**
67:18,18;68:23;84:1;
93:7,9;115:25;116:24;
117:1

**E**

**earlier (3)**
66:14;74:6;133:1
**early (1)**
16:1
**easily (3)**
6:10,11;96:18
**East (1)**
63:5
**easy (2)**
96:5,14
**educated (1)**
98:1
**educational (1)**
123:7
**effective (1)**
112:2
**effort (1)**
129:21
**eight (2)**
96:20;114:25
**either (8)**
11:23;14:10;37:23;
52:7;54:2;81:22;98:1;
135:6
**Electronic (1)**
22:24
**Element (1)**
112:10
**elements (1)**
112:10
**Elizabeth (100)**
12:16;16:10;20:7;
26:23;28:10,14,20,22;

31:17;32:13;35:14,15,
19,22;36:1,14;37:19,
25;38:6,7;39:23;42:7,
11,12;47:16;48:25;
49:2;50:16,25;51:7,7,
15,24;52:3,9,19,23;
53:1,3,6;54:13,21;55:3,
10,16;57:8,24;58:2,3,5,
10;59:5,11,16,17;60:3,
5,9,21;61:7;62:12,16;
63:1;64:13;73:5,11,18;
75:6;78:17;79:19;83:5,
11;84:1;85:2,3;86:8,
11;87:20;89:13,20;
94:6;95:8;102:21;
112:3;114:15,16,22,23;
115:13;133:4;134:2,8,
14,18;135:1,14;137:16,
20,22;138:17
**else (3)**
18:6;43:3;139:10
**emergency (1)**
34:2
**employee (15)**
67:11,15;68:1,7,8,14,
23;69:10,11;70:25;
71:7;92:23;93:8;
116:22;117:1
**employees (19)**
66:8;67:20;68:25;
71:10,13;79:22;93:5,6,
13;110:7,13,18;116:1,
3;117:3;120:3,4,13,17
**employer (5)**
67:13,19;68:6,9;
117:1
**Employer's (1)**
116:2
**employment (2)**
6:17;77:6
**en (1)**
50:17
**enable (1)**
29:19
**End (9)**
5:2;11:24;59:23;
78:9;83:5;91:16;
102:22;112:4;116:4
**ended (1)**
28:24
**enforcement (9)**
9:9;35:21;37:3;39:8,
23;41:21;83:4;91:15,
21
**engineer (5)**
21:17;26:3;123:25;
131:6;134:23
**Engineering (5)**
123:16,21,23;
124:13;126:2
**engineers (3)**
108:18,20;124:2
**engineer's (1)**

28:12
**England (1)**
125:14
**enough (3)**
90:13;96:14;110:24
**ensure (4)**
63:7;86:15;138:6,9
**enter (2)**
56:7,8
**entered (6)**
17:21;36:7,18;60:9;
88:1;98:24
**entering (1)**
112:25
**entire (3)**
84:13;136:14;138:6
**entitled (2)**
25:9,14
**entity (1)**
69:7
**entries (4)**
33:3;36:9;41:14;
56:17
**entry (14)**
30:4,22;33:4;35:10;
37:20;43:12,12;44:2,
18;46:7;56:9,11;57:11;
66:21
**equipment (7)**
14:4,13;92:5;107:14,
22;135:13;138:14
**equivalent (1)**
131:16
**error (1)**
79:25
**especially (1)**
14:6
**established (2)**
76:8;138:4
**evaluate (3)**
55:22;56:22;96:5
**even (13)**
33:12;47:11;66:4;
89:7;96:1;98:3;99:12;
117:3;118:10;124:12,
14;127:22;129:11
**event (22)**
13:8,10,21,22,25;
14:14;85:12,23;86:13,
16;87:20,21;89:12,24;
97:16;98:6;102:3;
106:2,3;113:10;133:7;
134:1
**events (6)**
15:7;17:15;85:17;
88:11,24;112:11
**everybody (6)**
54:1,4;84:18;97:3;
98:7;139:12
**everyday (1)**
104:3
**evidence (4)**
25:8;37:6;54:22;

55:22
**exact (1)**
133:24
**exactly (8)**
13:9;15:22,25;17:19;
21:9;91:20;100:5;
115:11
**EXAMINATION (3)**
5:6;121:5;136:20
**examined (1)**
5:4
**example (3)**
88:8;110:24;130:2
**excellent (1)**
118:20
**exception (1)**
35:2
**excerpt (4)**
50:2,4;77:10,12
**excuse (2)**
50:13;51:23
**Executive (1)**
14:17
**Exhibit (2)**
31:6;132:5
**Exhibit-A (8)**
31:5,10,12;74:18,20;
82:25;107:10;111:24
**Exhibit-B (5)**
31:4,14,16;39:24;
42:19
**Exhibit-C (1)**
50:5
**Exhibit-D (2)**
77:11,13
**Exhibit-E (2)**
132:13,15
**exhibits (2)**
13:4;42:16
**existed (1)**
94:18
**ex-military (1)**
109:5
**ex-Navy (3)**
109:6,21,21
**expect (1)**
14:5
**expected (1)**
15:7
**experience (12)**
63:2,6,17,18,19;
95:21;97:15;98:7;
102:17;115:7;121:8;
123:8
**experiences (4)**
103:13,14,15,16
**expert (6)**
5:11;8:1,11;12:9,9;
55:21
**explanation (2)**
49:10;50:24
**explore (1)**
25:9

55:22
**extend (1)**
43:1
**extra (2)**
5:25;67:1
**eyes (1)**
89:10

**F**

**face (2)**
108:5,8
**facial (1)**
130:14
**facilities (2)**
122:23;138:8
**fact (16)**
26:18;39:10;48:9,10;
52:12;66:9;68:4;73:22;
76:6;114:18;122:15,
25;123:22;125:1,24;
131:21
**factor (1)**
33:6
**factors (1)**
79:25
**facts (3)**
8:25;90:13;119:18
**factual (1)**
25:7
**failed (3)**
47:18;80:15;115:24
**Failing (5)**
83:3;91:14;107:13;
112:1;115:19
**fair (8)**
65:21;70:10,12;71:8;
78:21;99:21,22;103:6
**fall (1)**
9:3
**falls (1)**
67:19
**falsified (4)**
37:9,16;39:19;40:8
**familiar (2)**
34:11;76:22
**famous (3)**
80:2;122:16,20
**far (2)**
21:3;134:2
**fashion (1)**
112:2
**father (1)**
128:21
**fault (1)**
80:11
**FBI (2)**
9:12,23
**Federal (9)**
67:15;68:21,23;
83:14;92:23;116:1,2,
22;117:23
**feed (1)**
14:10

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 43 of 54
PageID: 3725
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

**feet (2)**
51:12,13
**FELA (13)**
67:19;69:8,9,21;
70:5,24;71:7,23;75:12;
92:23;116:22;117:1,24
**F-E-L-A (1)**
70:24
**ferries (1)**
109:2
**Ferry (16)**
14:9,16,19;15:3,19,
24;103:2;108:18,21,21,
23,24,25;109:2;124:9;
126:9
**festival (3)**
13:12;74:2,3;86:9;
101:18,23;102:1,14,18,
23
**festivals (1)**
90:3
**festivities (1)**
115:20
**few (4)**
41:19;67:2;72:11;
138:16
**field (1)**
118:10
**fifth (1)**
111:25
**fight (6)**
44:11,12;46:10,24;
47:6,9
**fights (1)**
118:17
**figure (1)**
106:4
**figures (1)**
85:15
**filed (1)**
87:19
**find (11)**
13:13,14;18:17;
49:15;130:10,10,11,11,
12,12,14
**fine (5)**
16:3,6;29:9;54:5;
72:14
**finish (4)**
25:12;106:10;
117:10;121:3
**finished (3)**
54:2;67:7;75:16
**firm (1)**
8:8
**firms (1)**
7:21
**First (32)**
7:22;19:22;20:1,8;
21:15;26:3;30:4;34:13;
40:23;43:12,12;44:18,
19;46:4;48:15,21,23;
54:14;58:15;66:25;

**75:3;77:16;83:8;91:22;**
95:3;113:5,8;118:6;
119:7,8;121:6;123:5
**fit (1)**
15:4
**five (10)**
59:10;65:10;78:2;
81:12;82:9,22;117:9,
13,14,16
**Florida (3)**
7:7,8;127:9
**focus (6)**
21:16;61:25;62:2,6;
64:7;99:14
**focusing (1)**
41:2
**follow (2)**
77:6;78:14
**following (3)**
15:8;99:4;128:14
**follows (2)**
5:4;64:6
**follow-ups (1)**
136:19
**foolishly (2)**
36:7;125:25
**footnote (1)**
11:23
**footnoted (1)**
11:21
**force (3)**
14:20,24;15:13
**forces (1)**
15:14
**forensic (2)**
37:7,11
**forever (1)**
7:2
**forget (3)**
20:17;59:8;90:16
**form (2)**
23:20;38:23
**formation (1)**
122:11
**formed (1)**
125:21
**Forty (1)**
30:8
**found (5)**
17:3;40:23;66:4;
79:25;127:20
**four (12)**
24:25;51:7;59:9,13;
60:17;84:23;96:16;
98:21;107:13;111:25;
114:20;119:15
**fourth (4)**
25:13;46:7;89:14;
101:25
**fresh (1)**
107:1
**front (4)**
16:2;18:11;29:3;

**66:16**
**froze (3)**
116:11,13;117:12
**frozen (2)**
116:12;117:15
**Fruin (2)**
122:18;128:21
**fully (1)**
110:14
**funded (1)**
84:19
**funding (3)**
84:12,13;86:4
**further (3)**
106:19;139:2,6
**future (2)**
103:15,17

## G

**game (1)**
86:18
**Garment (2)**
124:6;126:9
**gathering (2)**
85:24;87:4
**gave (4)**
49:10;54:1;56:25;
136:2
**General (15)**
7:20;8:6;56:21;
67:18;68:16,22;82:3;
85:20;92:1;97:15;
116:25;117:5;120:7,
11;132:3
**generally (2)**
8:9;9:16;32:25
**General's (1)**
7:23
**gentleman (1)**
106:14
**Germany (2)**
111:19,19
**gets (2)**
84:4;97:3
**Gilmartin (3)**
11:10;76:2;78:13
**Giovanni (5)**
28:5;36:20;38:20;
55:15,17
**Giovanni's (1)**
133:12
**Giovanonne (12)**
28:6;30:18;31:16;
32:7;36:1;50:13,14;
52:2;54:20;57:10;
133:17,21
**Giovonne (1)**
133:16
**given (3)**
82:4;133:7;134:6
**giving (2)**
38:22;40:10

**goes (3)**
26:22;47:10;124:9
**good (2)**
5:7;18:21
**goods (1)**
124:1
**Google (2)**
12:21;16:13
**government (2)**
69:7;121:9
**Governor (4)**
122:1,4,5;125:21
**graduate (3)**
122:19;124:20;127:2
**grandchildren (1)**
10:23
**grant (2)**
127:14;138:4
**graphic (1)**
128:6
**G's (1)**
52:8
**guard (1)**
111:15
**guards (1)**
111:11
**guess (8)**
17:16;20:23;43:8;
56:8;57:2,25;93:25;
134:24
**guessing (1)**
16:1
**guns (1)**
109:4
**guy (2)**
54:9;128:7
**guys (1)**
12:23

## H

**half (2)**
6:1;56:16
**hand (8)**
23:2,14,16,18;24:1,
10;52:17;101:22
**handled (1)**
95:25
**handles (1)**
61:16
**handling (2)**
61:12,14
**hands (3)**
101:18,20;105:1
**hanging (1)**
96:16
**happened (7)**
37:7;38:17;58:24;
88:10;90:2;103:22;
128:8
**happening (2)**
47:9;49:2
**happens (1)**

**79:11**
**happy (3)**
6:10;118:18;136:5
**hard (1)**
6:5
**harden (3)**
84:7,12;138:6
**hardened (2)**
86:2,16
**Hawaii (1)**
87:18
**headed (1)**
99:8
**heading (1)**
30:1
**hear (3)**
59:23;116:9;139:8
**heard (9)**
8:18,19;48:21,23;
67:4;97:12;116:10,14;
133:18
**hearing (1)**
12:24
**heavy (5)**
30:8;31:17;32:2;
37:1;57:25
**held (12)**
7:5;9:5;16:25;59:17;
60:4,6,8;20;96:25;
100:21;108:13;133:5
**help (5)**
18:16;22:20;103:15;
112:2;130:9
**here's (1)**
50:23
**Hester (3)**
90:18,23;91:5
**highest (1)**
105:3
**himself (2)**
36:16;37:19
**history (1)**
103:20
**hit (9)**
23:4;24:4,12,12,13,
15,17,20;98:16
**hold (11)**
7:2;19:23,23;24:23,
24;54:11;61:18;91:4;
98:23;112:22,25
**Homeland (11)**
7:11;9:12,24;84:19;
85:16,25;86:20;89:1;
127:15,21;138:3
**Hook (1)**
114:18
**hoping (1)**
98:6
**hour (1)**
51:12
**human (3)**
33:6;79:24,25
**humanly (2)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 44 of 54
PageID: 3726

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

37:12;38:22
**humans (1)**
    67:6
**hurt (4)**
    23:4,4;24:4,12
**hyphen (4)**
    118:24,24,25,25
**hypothesis (2)**
    90:11,12
**hypothetical (1)**
    38:11
**Hypothetically (2)**
    33:10;89:18

**I**

**idea (4)**
    18:21;42:9,13;
    129:23
**Identification (6)**
    31:12,14;50:6;77:13;
    125:12;132:15
**identified (2)**
    5:10;131:12
**identify (1)**
    129:7
**ignore (3)**
    97:7;98:2,5
**ignored (2)**
    49:4;103:21
**ignoring (3)**
    55:8,12,13
**images (1)**
    125:3
**imagine (1)**
    74:1
**immediately (4)**
    28:17;84:4;94:7;
    100:18
**imminent (1)**
    47:17
**impact (2)**
    96:1;99:21
**implement (2)**
    137:6,14
**import (3)**
    17:12;76:25;80:16
**importance (1)**
    77:17
**important (9)**
    5:25;13:15;21:6;
    26:20;64:22;66:15;
    67:3,6;73:22
**impossibility (1)**
    39:3
**impossible (12)**
    32:17,19,22;33:2,6;
    37:12;38:16;40:15;
    51:4;56:17;86:4;125:8
**improve (4)**
    84:14;103:15,17;
    127:19
**improvements (1)**

126:17
**incident (8)**
    10:12;35:17;70:3;
    73:18;74:5;85:19;
    95:17;132:25
**incident/accident (1)**
    70:13
**incidents (6)**
    16:22;85:18;103:9,9;
    106:6;107:5
**include (1)**
    124:23
**included (3)**
    80:6;123:21;127:6
**includes (2)**
    117:3;126:23
**including (5)**
    87:18;117:23;121:9;
    122:6;138:8
**incorrect (8)**
    38:25;48:17,19;52:5,
    6;54:23;56:20;87:7
**incorrectly (2)**
    33:4;36:21
**increase (1)**
    102:6
**incredible (1)**
    128:6
**incumbent (1)**
    62:24
**independent (1)**
    11:11
**indicate (5)**
    74:5;81:20;85:25;
    99:3;130:9
**indicated (10)**
    20:16,20;36:13;
    40:17;42:2;58:23;
    81:25;98:15;135:8,12
**indicates (1)**
    30:12
**indication (1)**
    37:22
**indirect (1)**
    121:19
**indirectly (3)**
    7:16,18;123:14
**individually (6)**
    69:19,25;70:2,6,8,14
**individuals (3)**
    95:3;108:1;122:16
**Industrial (1)**
    123:18
**industry (1)**
    121:9
**info (4)**
    97:14;98:13;103:4,
    24
**information (66)**
    9:15;13:5,13;16:15,
    16,19;17:3;18:4;20:13;
    21:4,5;22:17;31:19;
    32:11;33:12,16;36:6,

19;37:9;38:25;39:6,10,
15,22;40:12;42:1;
52:17;56:2,23;57:3,7,
15;60:10;61:4;62:22;
66:22;72:23;73:8,20;
75:21,25;76:5;77:14,
21;88:8,9,14;90:2,4,8;
95:15;96:2,4;97:11;
98:16;99:12;101:5,17;
102:4;105:1,14,19;
106:6;114:24;133:9;
135:6
**informations (1)**
    36:7
**informed (10)**
    36:17;40:24;42:5,6;
    61:2;85:23;100:6;
    112:17,18,19
**initial (3)**
    27:25;44:11;114:6
**initially (1)**
    109:11
**initials (1)**
    125:17
**initiatives (2)**
    122:2;126:6
**injured (6)**
    68:1,8,14;69:10,11;
    70:25
**injury (5)**
    67:12;68:25;69:21;
    70:10;71:8
**input (4)**
    41:23;88:20;89:15;
    90:25
**inputs (1)**
    89:12
**inputted (1)**
    88:25
**inputting (2)**
    89:4,5
**insist (1)**
    131:22
**inspector (1)**
    56:21
**installed (1)**
    84:12
**instance (3)**
    40:20;47:9;69:24
**instances (1)**
    40:4
**instant (1)**
    32:10
**instantaneous (1)**
    40:4
**instead (3)**
    23:8;38:25;125:7
**instinctively (2)**
    108:6,9
**Institute (1)**
    131:7
**instruct (1)**
    25:3

**instructions (2)**
    5:21;134:7
**intent (1)**
    81:12
**interest (1)**
    11:19
**interested (1)**
    13:18
**interesting (2)**
    79:20;118:14
**interface (1)**
    14:8
**intermediate (4)**
    33:19;34:6,7,10
**Intermotor (2)**
    126:22;127:16
**internet (3)**
    17:3;97:21;101:24
**interpretation (7)**
    25:8;27:20;80:21,22;
    81:6,13,14
**interrupt (1)**
    41:9
**interrupted (1)**
    41:10
**interrupting (1)**
    80:8
**intervals (1)**
    97:9
**intimately (1)**
    85:17
**into (23)**
    14:10;17:21;18:8;
    36:8;48:6;56:9;57:16;
    60:11;61:7;63:13;66:9,
    19;69:3;83:12;87:5;
    88:1,20;89:15,20;
    121:15;129:8;134:24;
    137:10
**intoxicated (3)**
    74:24;75:20;134:21
**investigation (1)**
    12:15
**investigations (1)**
    39:13
**invitation (1)**
    131:2
**involved (16)**
    9:3;14:7;55:20;
    85:17;98:8;108:1;
    120:6;121:21;122:3,8,
    12,14;126:10;127:13,
    17;128:20
**involvements (4)**
    121:16,17,19,20
**involves (1)**
    127:15
**involving (9)**
    11:10;12:15;68:5;
    105:9;106:7;107:4,5;
    122:2;123:22
**irrespective (1)**
    79:15

**Island (13)**
    14:9,16,19;15:3,24;
    103:2;108:18;122:9,9;
    124:9;126:9,25;127:4
**issue (11)**
    26:4;33:13,14,24;
    35:4;38:1;45:2;59:20;
    68:5;82:15;89:24
**issued (1)**
    12:7
**issues (8)**
    72:25;73:25;78:20;
    84:17;89:21;90:24;
    105:4;129:12
**item (5)**
    19:11;80:24;81:1,12;
    82:22
**items (1)**
    11:25

**J**

**James (1)**
    80:2
**January (1)**
    119:10
**JD (2)**
    131:10,15
**Jersey (124)**
    5:9;7:15,20,21,24;
    8:11;16:17;17:19;19:5;
    21:6,13;27:24;30:13;
    31:3,13,18;32:1;33:17,
    20,20;34:22;35:25;
    36:25;38:8,9,19;39:9,
    16,18;44:5,24;46:2,15;
    47:4,8,24,24;48:1;
    56:22;57:13;58:14;
    60:15;61:6,13;62:9,24;
    64:6,10;65:6,25;68:12,
    13;69:9;72:24;75:5;
    79:12;80:15;84:3,8,22;
    85:22;86:2,14,22,23;
    87:6,11,13,15,16,24;
    88:3,15;89:14,21;90:1,
    5;91:5;92:14,20;93:3,
    21;94:8,13,15;95:6,16;
    96:1;97:6;98:10;99:17;
    100:18;101:2,20,21;
    102:4;103:19;104:13,
    16;105:12,22;107:6;
    110:6,11,18;111:6;
    112:18,19;113:2;
    114:11;115:12;116:24;
    119:25;129:17;131:6;
    132:23;134:18;135:6;
    137:1,5,13,23;138:1,5
**job (7)**
    7:4;11:6;55:21;
    100:16;123:24;125:24;
    126:1
**jobs (4)**
    7:2,3;9:21;124:5

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 45 of 54
PageID: 3727
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.
November 30, 2020

**John (2)**
122:17;128:20
**jointly (1)**
127:3
**Jones (1)**
71:13
**judge (4)**
25:16;72:1,16;136:2
**judiciary (1)**
90:7
**July (12)**
10:13,15;16:25;26:3;
64:13;72:24;73:19;
81:22;86:25;88:20;
95:16;134:9
**jurisdictions (1)**
84:15
**jury (1)**
72:2

**K**

**karate (2)**
108:6;109:13
**keep (3)**
25:15;72:21;129:3
**Kevin (3)**
50:2,4;132:22
**kill (1)**
65:1
**kind (7)**
32:17;45:11;95:24;
104:3;134:6;135:9,13
**kinds (3)**
82:5;88:24;105:4
**knew (6)**
81:1;85:12,14,22;
86:3;87:20;90:24;98:3,
19;99:20
**knowledge (5)**
88:16;91:1;92:11;
101:18;127:24
**known (3)**
99:20;102:13;108:4
**knows (2)**
56:13;66:1

**L**

**Labor (1)**
67:15
**Laboratories (2)**
129:24,25
**lack (2)**
57:11;112:11
**laid (2)**
61:21;121:11
**Lands (1)**
5:2
**large (1)**
26:21
**largest (1)**
89:14

**last (5)**
7:4;8:4,10;20:2;
119:8
**late (2)**
100:11,13
**later (5)**
20:3;41:19;51:5;
58:19;123:3
**latter (1)**
98:4
**Laura (3)**
90:17,23;91:4
**law (10)**
7:20;8:8;9:8;35:21;
37:3;39:8,22;41:20;
90:9;131:10
**lawyers (1)**
131:22
**learn (2)**
103:12,14
**learned (3)**
109:11,11,14
**least (5)**
33:7;46:15;51:14;
79:14;132:2
**leave (3)**
56:20,21;72:4
**led (1)**
101:6
**left (13)**
42:23;46:24;48:24;
60:1,20;92:8,9;93:19;
94:9,10;98:20;120:7;
138:13
**less (5)**
24:6;45:17;84:25;
89:15;96:1
**lesser (1)**
111:10
**letter (1)**
9:18
**letting (1)**
19:15
**level (13)**
89:17;90:8;111:1,1,
10;125:3,6,9,11;127:2;
128:21,24;131:15
**levels (3)**
93:17;105:3;120:20
**Liability (5)**
67:15;68:23;92:24;
116:2,22
**liar (2)**
40:20;55:18
**license (3)**
131:8,9,11
**licensed (1)**
131:5
**licenses (1)**
131:4
**lie (1)**
53:9
**lieutenant (12)**

15:15;49:8;50:2,4,
13,16,23;55:9;56:3,24;
57:12;132:23
**lighting (1)**
126:16
**likelihood (1)**
42:4
**likely (3)**
68:6;74:25;75:20
**Linden (10)**
28:9,10,11,14;29:1;
48:24;50:19;133:25;
134:2;138:22
**line (3)**
24:20;30:17;106:23
**linked (1)**
16:22
**list (2)**
82:10;135:25
**listed (8)**
11:25;18:7;19:8,11;
36:22;38:3;121:19;
122:1
**listen (3)**
25:19;53:13;97:23
**listened (1)**
97:2
**literally (1)**
28:19
**little (13)**
16:13;17:2;28:17;
30:2;42:23;43:7;45:10;
67:24;68:11,12;
109:11,12;115:9
**living (1)**
101:25
**local (21)**
16:14;35:11,21;37:3,
21;38:13,20;39:8,22,
25;41:14,20;42:3,6;
45:15;46:2;73:5;84:15;
86:12,14;87:11
**location (5)**
34:24;50:18,18;
51:22;129:10
**locations (1)**
99:8
**logical (1)**
45:11
**London (3)**
128:8,9,13
**long (12)**
6:19;47:13;49:18;
58:7;71:25;100:14;
114:19;121:13;122:9,
9;126:25;127:4
**longwinded (1)**
6:3
**look (28)**
13:20,20;18:13;
21:15;22:9;23:22;
31:25;40:11;45:4;
50:10;56:15;69:18;

70:3,6,7;71:20,22;
90:19;102:16,18;
103:24;104:6,9;
115:16,17;123:13;
129:13;130:8
**looked (14)**
11:23;18:7,9;22:19;
45:4;69:16,25;70:2,14;
71:16,17,19;73:6;
103:8
**looking (7)**
18:19;39:24;43:15;
56:25;74:13;95:21;
119:5
**looks (1)**
20:2
**lost (4)**
59:21,22;112:14;
116:5
**lot (10)**
12:20;14:7;23:1,24;
24:8;47:21;61:23;99:9;
101:15;131:21
**loved (1)**
88:4
**lunch (1)**
72:19

**M**

**mace (2)**
92:6;107:24
**Madam (1)**
29:18
**mainline (1)**
94:1
**maintain (2)**
93:1;125:11
**maintains (2)**
56:6;89:17
**maintenance (1)**
105:6
**major (2)**
24:13;61:17
**makes (2)**
34:8;45:6
**making (6)**
38:10;55:25;81:12;
88:22,23;94:9
**managed (1)**
21:12
**management (8)**
79:21;80:12,22;
123:18;124:24;126:22;
128:19;129:3
**managers (2)**
126:24;127:6
**mandated (1)**
116:1
**Manhattan (2)**
10:10,11
**manner (1)**
97:4

**manual (2)**
63:24;76:23
**many (13)**
5:18;13:11;23:12;
33:15;60:13;73:11;
80:19;85:3;97:8;
105:11;114:17;127:5,5
**March (2)**
8:12,13
**Marine (1)**
124:13
**maritime (1)**
71:12
**mark (5)**
31:3;50:3;77:10;
131:25;132:13
**marked (6)**
31:11,13,16;50:5;
77:12;132:14
**martial (2)**
109:16,17
**material (1)**
63:24
**materials (1)**
11:9
**math (2)**
53:8,8
**mathematical (1)**
129:22
**mathematics (3)**
130:2,6,16
**matter (2)**
5:9;116:7
**matters (2)**
122:5,12
**maximum (1)**
86:17
**May (18)**
8:13,13;38:6,11;
70:3,4;72:16;75:14,15;
77:2;78:6,25;87:6;
96:1;101:10;109:2;
135:24,24
**Maybe (21)**
5:19;9:13;13:8;16:1;
38:25;39:1,2;51:21;
61:14,15,15;70:3;
71:17,22;84:22;96:9;
99:6;110:23,25;
114:22,23
**MBA (3)**
123:18;126:22;127:2
**MCTA (1)**
125:22
**mean (21)**
7:17;13:19;24:12;
27:15;28:18;32:16;
47:11;49:1;61:10;
64:24;65:8;66:4;83:9;
91:19;94:19;97:17,19,
21;101:10,24;107:18
**means (4)**
25:9;78:8;83:10;

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 46 of 54
PageID: 3728
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

98:1

**meat (1)**
48:6

**media (1)**
101:24

**meet (1)**
139:13

**meeting (3)**
15:6,8;105:8

**meetings (4)**
15:17;86:10;105:2,4

**member (3)**
65:6;118:12;131:7

**members (4)**
10:9;69:5;76:20;
118:10

**memorized (1)**
117:5

**memory (2)**
106:20;119:1

**mentioned (11)**
17:9;21:19;56:16;
66:14;76:19;80:18;
124:8,14;125:17;
126:4;127:8

**mentor (1)**
122:18

**Merchant (1)**
124:13

**mere (1)**
68:4

**merits (1)**
69:17

**message (2)**
38:18;129:12

**Metro (4)**
89:2;127:25;128:4,
13

**Metro-North (3)**
84:23;87:12;127:1

**Metropolitan (1)**
125:19

**Mexico (1)**
63:4

**Middle (1)**
63:5

**might (4)**
16:14;18:16;90:17;
117:16

**miles (1)**
51:11

**military (1)**
109:15

**million (1)**
61:12

**millions (2)**
84:6,6

**mine (1)**
27:10

**minimize (1)**
138:24

**minimum (3)**
93:17;120:20;126:12

**minute (9)**
26:2;28:13;29:7;
32:15;33:12;41:2;
49:14;114:21;134:4

**minutes (42)**
26:24;29:1;33:13,23;
34:9;45:9,10,10,17,19,
22;47:21;48:9;49:20;
51:5,8,16;57:22;58:7,8,
19;60:8;61:19;67:1,2;
72:11;96:11,12,20,21;
98:18;99:5;100:19,20;
114:4,20,20,24,25;
115:1,1;133:5

**miracle (2)**
32:8,9

**mischaracterizing (1)**
99:16

**misdemeanors (1)**
88:14

**Mishnah (1)**
65:13

**missed (1)**
100:13

**mixed (3)**
51:17;109:16,17

**models (1)**
129:22

**moment (8)**
19:1;21:15;29:6;
36:24;62:7;85:6;91:12;
130:18

**moments (1)**
41:19

**money (1)**
86:19

**monitor (2)**
101:15;138:25

**monitored (1)**
94:23

**monitoring (2)**
138:20,23

**Montell (1)**
122:6

**month-to-month (1)**
104:18

**Mooney (16)**
49:8;50:13,23;52:22,
25;55:9,13,18,18;
56:25;57:12,18,21,23;
58:4;132:22

**Mooney's (9)**
49:6;50:2,5,16;
51:19;52:6,14,16;56:3

**more (16)**
6:11;24:4;25:3,18;
45:6,10;66:3;67:3,6,
24;68:11;83:22;103:7;
109:15;115:9;117:10

**Moriches (1)**
5:2

**morning (3)**
5:7;10:19;117:22

**Moscow (3)**
129:17,17,18

**Moses (1)**
65:10

**most (6)**
68:6;69:13;122:20;
127:19;131:10;132:8

**mostly (1)**
81:5

**mouth (3)**
57:17;69:24;70:12

**move (3)**
42:22;106:12;126:3

**movement (4)**
34:18;78:7;81:17;
124:1

**moving (1)**
130:3

**MTA (6)**
122:11;125:17,25;
126:22;127:5,6

**much (5)**
16:18;45:6;58:6;
117:10;124:11

**musical (1)**
95:24

**must (4)**
65:20;77:18;78:7,22

**MYERS (47)**
21:25;24:23;25:11;
31:6,8;41:8;42:15,22;
43:2;49:17;53:12,17,
21;54:7;59:21,23;
70:15,20;71:24;72:10,
15,20;74:11,14,17,21;
77:19;106:11,18;
108:11;116:5,7,16,19;
117:12,20;120:25;
121:4,5;131:14;132:4;
133:15,20;136:2,5;
139:7,11

**myself (3)**
108:6,10;131:12

## N

**name (9)**
5:8;20:17,18;21:19;
36:21;86:18;90:20,21;
122:20

**names (1)**
28:5

**national (1)**
87:15

**nature (2)**
17:16;105:7

**Navy (1)**
109:19

**near (3)**
12:16;24:19;28:10

**necessary (1)**
25:24

**necessitated (1)**

94:19

**need (15)**
23:18;25:23;27:16;
53:23;64:25;65:12,12;
66:3;86:2;102:19;
110:22;119:6;120:13,
16,25

**needed (8)**
23:2;24:10;65:8;
94:2;95:18;96:8;99:13;
101:6

**needs (1)**
53:24

**Negligence (1)**
74:22

**negligent (1)**
92:14

**Nelson (1)**
122:1

**New (139)**
5:2,9;7:15,19,21,24;
8:11;9:3;10:7;15:10,
13,20;16:17;17:19;
19:5;21:6,13;27:24;
30:13;31:2,13,18;32:1;
33:17,19,20;34:21;
35:24;36:25;38:7,9,19;
39:9,15,17;44:5,24;
46:2,15;47:4,8,23,24;
48:1;56:21;57:13;
58:14;60:15;61:6,13;
62:9,24;64:6,10;65:5,
25;68:11,13;69:9;
72:24;75:5;79:12;
80:15;84:2,7,21;85:22;
86:2,14,22,23;87:6,10,
13,13,15,16,16,24;
88:3,15;89:14,21;90:1,
5;91:5;92:14,19;93:3,
21;94:8,13,15;95:6,16;
96:1;97:6;98:10;99:17;
100:18;101:2,19,21;
102:4;103:19;104:12,
16;105:21;107:6;
110:6,11,17;111:6;
112:18,18;113:2;
114:11;115:12;116:24;
119:25;122:6,13;
123:16;124:8;126:5,
19,24;129:17;131:6,6;
132:23;134:18;135:6;
137:1,5,13,23;138:1,5

**Newark (23)**
59:9,10,14;60:16,20;
61:1;94:4;96:16,17;
98:11,20,21;100:23;
112:22,23;113:22;
114:13,15,16,21;115:2,
3;138:22

**newspaper (1)**
16:14

**newspapers (5)**
97:17,21,23;98:2;

101:21

**next (13)**
30:17;47:6;56:19;
58:9;71:25;95:11,12;
96:12;111:1;113:20;
115:18,23;132:4

**Nice (1)**
139:13

**night (1)**
129:8

**nights (4)**
84:10,11;135:8;
137:9

**NJ (1)**
116:3

**NJCL (4)**
43:18;44:4,19;46:9

**Nobel (1)**
129:24

**nobody (2)**
108:7;118:15

**noise (1)**
12:24

**nondelegable (1)**
93:2

**nondisclosure (1)**
9:21

**None (7)**
88:14;96:13;97:5;
99:9,10;113:1;135:13

**nonevent (1)**
104:2

**nonresponsive (1)**
53:20

**nor (2)**
28:23;60:25

**NORAC (15)**
64:3,9;65:5,6,18,19,
24;68:13,15;69:4;75:9;
77:16,21;92:25;117:25

**normal (3)**
13:25;27:4;104:1

**North (2)**
105:11;114:16

**Notary (1)**
5:4

**note (1)**
132:12

**notebook (1)**
56:8

**notes (4)**
22:22;26:17;56:12;
57:11

**notice (3)**
16:12;87:19;104:16

**notification (2)**
41:20;85:9

**notified (28)**
21:7,11;28:24;36:2;
37:3;38:8,10,13,19,20;
39:25;41:15;42:3;
44:23;46:15,16;47:15;
48:22;50:15;51:5;

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 47 of 54
PageID: 3729
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

58:15;59:6;78:19;
86:23,24;100:17,18,20
**notifies (1)**
21:13
**notify (2)**
79:16;87:21
**November (2)**
12:4,14
**nowhere (1)**
22:15
**NTPD (1)**
30:18
**number (14)**
14:13;59:8;67:10;
78:1;82:22;83:2;96:24;
104:24;123:24,24;
125:7;129:4;133:7;
138:24
**numbers (1)**
104:9
**Numeral (1)**
18:20
**numerous (3)**
123:21;124:5;126:8

## O

**objecting (2)**
24:24;53:13
**Objection (4)**
24:23;106:11,12;
135:23
**objectively (1)**
55:22
**obligated (1)**
90:6
**obligation (2)**
66:6;78:14
**observing (1)**
125:8
**obvious (1)**
106:1
**Obviously (3)**
36:19;80:20;81:11
**Occupation (1)**
92:24
**Occupational (1)**
67:16
**occur (4)**
63:25;65:20;95:22,
23
**occurred (5)**
41:18;73:18;85:14;
112:17;134:1
**occurrence (1)**
134:10
**occurs (1)**
69:22
**off (11)**
41:18;42:24;43:6;
60:1;72:11;84:24;
86:13;90:6;91:22;
108:11,13

**offensive (1)**
111:4
**offer (2)**
109:10;126:13
**offered (3)**
109:7;125:24;127:1
**Office (3)**
7:23;30:8;32:1
**officer (90)**
9:6;10:3;28:4,8,9;
30:18;31:16;32:6;36:1,
14,19,20;37:2,17;
40:16,19;41:25;42:4;
43:19;44:19,24,25;
45:16;46:10,16;49:10;
50:12,14,24;51:21;
52:2,5,8,18;54:20;55:2,
15,16,19;56:5;57:4,7,
10,21,23;58:16;59:2,
16;60:3,7,10,12,18,22,
25;62:18;83:16;92:15,
20;94:1,4,6,14;95:7;
96:19;98:11,24,25;
99:1,18;100:22,24;
101:7,11,12;102:7,10;
111:2,10;112:21,24;
113:1,6,17,24;114:2,
10;133:12,13,21
**officers (18)**
15:20;46:3;48:16;
58:21;59:10,13;61:1;
73:11;93:22;96:16;
98:21;100:24;110:23;
111:7;112:23;115:3;
120:21;138:21
**old (1)**
54:8
**older (1)**
109:2
**Olley (1)**
72:2
**onboard (5)**
46:10;74:24;91:16;
95:2;112:3
**once (3)**
25:3,15;32:24
**one (72)**
6:8;10:10;13:1;18:3,
25;19:11;21:18;25:18;
26:24;28:12,13;33:12;
44:10,15;45:7,15;46:3,
15;56:17;58:13;64:25;
66:14;69:19;70:16;
74:16;78:23;79:1,2;
88:7;91:4,12;94:1,17;
96:17;98:21;100:23;
102:15,16;106:4,14;
108:4,24;109:1,16,18;
111:24;112:10,13,21,
22;113:15,20,25;115:2,
23;118:20;119:5,17,19,
22;122:20;123:24,24;
125:13;127:20,23;

129:2;130:3;132:6;
135:19;136:3,19
**ones (4)**
5:24;9:11;82:18;
126:8
**ongoing (2)**
8:17;13:7
**online (3)**
12:19,20;16:20
**only (20)**
6:7;12:6,11;16:13;
17:1;19:4;33:14;34:16;
37:2;39:19;41:23;51:6;
58:6;60:7;76:18;82:17;
89:4;93:5;96:12;
114:14
**onto (4)**
41:23;66:16;75:7;
98:24
**OP (1)**
118:24
**operada (1)**
87:19
**operate (2)**
14:2;87:14
**operated (2)**
14:1;124:18
**operating (13)**
34:23;47:25,25;48:2;
64:5;65:4,5;66:13;
69:2;83:15;138:7,8,14
**operation (6)**
34:22;61:21;63:6;
65:21;99:21;104:8
**Operational (1)**
123:19
**operations (3)**
34:16,17;105:9
**operative (1)**
119:18
**operator (16)**
20:17;47:15;49:3;
60:18;66:23;68:17;
75:24;76:18;83:25;
94:7;98:15;100:7,16;
102:11;112:17;123:6
**operators (2)**
67:5;77:5
**opinion (11)**
40:10;52:1;54:19;
55:1,2;58:13;63:15;
137:4,13,18,18
**opinions (6)**
17:13;27:16;40:6;
74:10;132:16;136:13
**opportunities (1)**
100:15
**opportunity (6)**
97:8;100:14;112:14,
15,16,16
**oranges (1)**
51:16
**order (3)**

65:13;72:16;109:20
**orderly (1)**
97:4
**ordinary (1)**
5:21
**Organization (8)**
47:25;69:5;118:8,13;
120:10;125:23;137:24;
138:14
**organizations (1)**
89:3
**organized (3)**
96:22;97:1,4
**OSHA (14)**
66:11;67:10,19,21;
68:22;70:5;71:23;75:8,
13;92:24;93:5;117:2,3,
24
**osmosis (2)**
97:19;104:11
**others (5)**
67:21;78:25;93:6,6;
117:4
**other's (1)**
6:3
**Out (21)**
13:18;23:2,14,16,17,
25;24:10;26:25;29:24;
39:12;40:12,24;47:12;
66:23;69:12;96:2;
106:4;109:19;118:16;
121:11;130:14
**outline (2)**
120:7,11
**Outside (2)**
11:8;73:10
**over (9)**
15:11,12,12,19,21;
42:22;63:21;97:18;
116:20
**overcrowded (1)**
66:18
**overcrowding (3)**
79:9;115:13;134:19
**overlap (1)**
12:1
**overlooking (1)**
49:2
**overview (2)**
17:11;127:11
**own (9)**
14:20;15:19;46:3;
52:8;56:6;69:17;81:13;
89:10;92:8

## P

**Page (33)**
18:19,23;19:20;
22:10;23:23;40:11;
42:18,18;43:16;44:19;
74:11,12,20;75:19;
77:15,19,20,22,23;

78:2;82:24;91:10;
107:9;111:23;112:8;
115:19;116:15;123:11;
132:25;133:13,22;
134:6,13
**pages (2)**
90:20;121:12
**paid (2)**
118:15,15
**pandemic (2)**
8:19;104:21
**Parade (28)**
12:16;13:6,12;16:10,
21,23;17:6;73:1,6,12,
14;74:7;86:25;88:1,20;
89:9,19,22;90:25;
97:19;99:20;103:5,25;
105:13,25;107:6;
134:16;135:11
**paragraph (3)**
19:22;20:1;82:8
**paramount (1)**
66:6
**Pardon (1)**
30:23
**parked (2)**
51:15;58:9
**part (9)**
26:14;43:5;65:3;
80:6;106:3;108:8;
109:9;113:12;116:22;
137:23
**particular (6)**
11:6;14:6,14;95:18;
97:16;104:15
**particularly (1)**
128:12
**parts (1)**
99:15
**Part-time (3)**
6:18;7:1,5
**party (1)**
36:22
**Pasquale (1)**
76:1
**passage (1)**
81:10
**passed (2)**
112:15;114:12
**passenger (2)**
75:15;122:17
**passengers (15)**
61:16;63:8;66:8;
74:25;75:6,19;76:14;
79:17;93:7;99:8;
102:22;124:18,23;
129:4;133:6
**past (5)**
88:9;103:13,14,14,
16
**pathetic (2)**
27:2,9
**patrol (2)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 48 of 54
PageID: 3730
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                          November 30, 2020

51:9;134:9
**pause (1)**
  6:1
**PD (8)**
  38:13,20;39:25;
  41:15;45:15;46:2;
  73:11;89:20
**PDNTFD (1)**
  35:11
**peace (3)**
  110:23;111:2,10
**peaceful (1)**
  98:7
**peak (1)**
  106:2
**peaks (6)**
  95:22,23;96:4,6;
  104:5,6
**peculiar (1)**
  59:6
**pedestrian (2)**
  122:17;126:9
**pedestrians (2)**
  124:18,23
**peer (3)**
  130:20,24,24
**Penn (3)**
  9:3,4;122:10
**Penzias (1)**
  129:23
**people (36)**
  13:11;14:13;22:23;
  23:1,1,12,15,24,25;
  24:2,5,9,9,19;47:5;
  61:12;66:15;74:1;
  81:14;82:14;86:12;
  94:22,23;96:23,24;
  97:2,17;99:3;105:11;
  118:9;124:1;125:7,8;
  128:10;134:20,21
**pepper (8)**
  92:5,7;107:23,25;
  108:19;110:1,7;120:17
**per (2)**
  51:12;85:2
**perada (2)**
  17:18,21
**percent (3)**
  71:18;104:21,22
**perfect (1)**
  43:8
**period (2)**
  61:22;112:6
**permission (1)**
  9:18
**permitted (1)**
  56:11
**person (5)**
  26:4;54:2;101:3;
  130:11,15
**personally (3)**
  105:21,23;111:22
**personnel (8)**

39:17;93:24,24;
  96:15;105:6;118:21;
  135:20;138:21
**Perth (22)**
  20:9;28:25;40:25;
  44:23;46:14,19,25;
  47:5,7;48:25;50:20;
  52:18,23;53:2;55:20;
  57:22;58:2,7;84:4;
  95:1,1;97:10
**petty (1)**
  88:13
**PhD (4)**
  123:20;126:1;131:9,
  16
**phone (1)**
  130:3
**Phonetic (3)**
  17:18;21:17;135:18
**photographic (1)**
  129:6
**phrase (1)**
  48:14
**physically (1)**
  33:6
**pick (1)**
  99:7
**picking (2)**
  72:2;102:22
**pictures (1)**
  130:5
**pieces (1)**
  18:3;56:1
**place (29)**
  10:13;17:2;33:2;
  35:3,14,15;37:13;39:5,
  13,14;40:5,16;41:24;
  54:14;58:9;60:23,24;
  66:8;85:12;88:13;
  97:18,25;102:1,14;
  103:10;113:1;116:3;
  134:16;138:7
**places (7)**
  11:22;18:12;63:5;
  68:21;80:19;81:23;
  88:12
**Plaintiffs (5)**
  5:11;21:18;76:13;
  78:12;79:15
**Plaintiffs' (19)**
  43:22;44:2,10,20;
  46:4,5;62:1,6,25;
  64:12;75:7;92:15;
  98:11;101:7;102:7;
  113:21;114:4,12;
  115:11
**plan (1)**
  115:19
**Planners (1)**
  131:8
**planning (5)**
  13:25;89:23;100:12;
  123:21;137:23

**platform (47)**
  23:12;24:19;26:5,12,
  13,19,25;27:4,22;36:3;
  60:23;62:17;63:12,13;
  66:10,18,20;73:19;
  74:5;76:14;78:21;
  79:18;80:9,23;81:1,9;
  83:5,17;94:11;96:23,
  24;98:25;99:1,4;
  101:13,13,14;112:3;
  125:4,9,10;129:5;
  134:21;136:23;137:7,
  15;138:2
**platforms (4)**
  66:14;80:17;81:17;
  82:16
**please (15)**
  6:9;18:14;29:20;
  41:8;42:15;53:17;54:1;
  62:3,4;70:16;88:17;
  106:13,17;121:7;123:8
**plus (2)**
  93:22;109:5
**pm (4)**
  20:8,10;26:2;139:14
**point (14)**
  15:9;74:16;77:14;
  79:21;83:2;85:6;91:13;
  107:13;111:25;112:20;
  115:18,24;116:15;
  122:6
**pointing (1)**
  66:23
**points (2)**
  74:13;75:19
**police (131)**
  9:6;10:3,3,4,4,7;
  14:20,24;15:4,11,12,
  13,14,20;16:17;17:9,
  18,21;19:6;21:2;33:18,
  21;34:20;35:22,25;
  36:1;37:21,25;38:6,19;
  39:20;40:12,14;42:3,6,
  7,11;45:16;47:24;
  54:23;56:4,22;57:19;
  59:10;63:14;73:5;
  79:13;83:16;84:14,15,
  16,16;85:20;86:11,11,
  12,23;87:8,8,10,12,13,
  20,23;88:25;89:12,16,
  90:1;91:6,23;92:13,15,
  20;93:18,22;94:1,3,14,
  19,20,22,24;95:2,4,7,
  17;96:16,19;97:6,22;
  98:10,21;99:11;
  100:22,24;101:2,7,11,
  12,19;102:6,7,10,20;
  103:9;105:7,7,9;
  108:23,23;109:4,4,8,9,
  12;110:22,25;111:7;
  112:19,20;113:3;
  120:21;132:23;133:2,
  2,6;134:7,23;135:10,

19;138:25
**policemen (2)**
  60:16,17
**policing (2)**
  61:6;126:11
**poor (1)**
  137:22
**poorly (1)**
  98:1
**population (1)**
  85:21
**Port (2)**
  87:12;122:18
**portable (1)**
  135:9
**portion (1)**
  16:16
**position (1)**
  92:13
**possibility (1)**
  75:14
**possible (3)**
  32:19;38:22;117:10
**possibly (2)**
  36:15;68:2
**post (1)**
  133:24
**potential (4)**
  85:19;86:1,17;
  134:25
**potentially (2)**
  86:25;87:3
**practically (1)**
  58:10
**practice (1)**
  124:21
**precautions (1)**
  85:8
**predecessor (2)**
  125:21,23
**preparation (3)**
  92:10;112:13;113:9
**prepare (1)**
  86:7
**preplanning (6)**
  86:10;112:11,13;
  113:9,11;138:18
**presence (12)**
  91:23;94:20,20,22,
  25;95:4,18;102:6,20;
  105:10;110:25;134:20
**present (3)**
  105:8;127:23;129:10
**presentation (1)**
  131:2
**presented (1)**
  131:1
**president (1)**
  127:3
**pressure (1)**
  54:8
**presuppose (1)**
  40:7

**presupposes (1)**
  58:21
**pretty (1)**
  115:5
**prevent (1)**
  47:9
**previous (7)**
  45:5,13;60:21,22;
  85:15;90:3;103:12
**previously (2)**
  7:2;85:14
**Price (1)**
  129:24
**Primarily (1)**
  122:8
**primary (2)**
  64:7;65:2
**principles (1)**
  77:16
**printed (1)**
  38:23
**prior (17)**
  54:6;62:11,25;72:24;
  84:11;86:8;89:22;
  90:24;95:16;98:12;
  99:18;103:4;105:24;
  106:6;107:4,6;119:19
**private (3)**
  69:4;118:11;121:10
**privileged (1)**
  9:14
**pro (1)**
  137:9
**probably (12)**
  10:19,22;11:20;
  28:15;52:16;55:14;
  69:13;72:10;84:25;
  93:23;95:25;124:10
**problem (6)**
  59:7;84:1;100:7,17;
  102:6;132:12
**problems (3)**
  92:9;134:20,25
**procedure (2)**
  65:5;104:9
**procedures (1)**
  65:4
**process (5)**
  14:1;33:11,23;34:1,8
**produce (1)**
  118:19
**profession (1)**
  130:21
**professional (3)**
  127:11;131:5;132:19
**professor (3)**
  7:6;80:2;127:9
**program (3)**
  123:17;126:22;
  136:22
**progress (1)**
  50:20
**progression (1)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 49 of 54
PageID: 3731
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                                    November 30, 2020

45:12
project (2)
 7:12;114:18
promenade (1)
 109:3
prompt (1)
 89:23
pronouncing (2)
 21:23;36:20
proper (5)
 78:9,19;92:10;
 118:21;120:2
properly (2)
 80:9;115:19
prophets (1)
 65:11
proposal (1)
 90:11
protect (3)
 92:3;108:4,9
protective (1)
 92:5
protocol (1)
 35:8
protocols (2)
 34:12;35:3
provide (23)
 66:7;67:10,14,20;
 83:3;84:25;85:8;90:8,
 10;91:14;93:4;94:16,
 17;96:8;102:19;
 107:13;110:12,21,24;
 111:7;116:3;117:2;
 122:24
provided (15)
 14:10,12;16:17;
 59:12;61:20;66:22;
 76:1;82:18;83:11;
 86:18,19;90:5;94:25;
 107:20;135:6
providing (3)
 50:24;90:10;138:20
public (11)
 7:13;13:23;14:2;
 63:3;101:22,24;118:3,
 7,9;127:24;138:9
publication (1)
 62:23
publications (6)
 11:12;65:13;130:18,
 19,20,23
publicized (1)
 102:3
publish (3)
 88:11,12;90:1
published (7)
 88:15;119:7;125:1,
 13,14,15;130:22
pulled (1)
 83:12
punch (2)
 24:14;108:7
punched (1)

108:5
purpose (2)
 103:16;117:5
purposes (2)
 44:17;134:19
pushed (2)
 66:16,16
pushy (1)
 134:20
put (20)
 15:6;29:22;60:16;
 89:9,19;94:4,13;95:7;
 96:15;98:10;99:18;
 100:23;101:7,11,12,13;
 102:7,10;121:15;
 130:14
puts (1)
 36:8
putting (5)
 41:13,13;57:16;
 69:23;70:11

                Q

qualify (1)
 109:20
question/answer (1)
 134:5
questionable (1)
 36:11
quick (1)
 5:24
quickest (1)
 78:8
quite (2)
 106:1;111:22
quote (15)
 20:7;30:7;46:9;
 74:22;78:4,9;83:3,5;
 91:14,16;107:13;
 112:1,4;115:24;116:4
quoting (1)
 107:12

                R

radio (1)
 97:24
Rail (2)
 120:10;124:18
railroad (7)
 66:7;68:21;71:10;
 80:22;122:10;126:25;
 127:4
railroads (1)
 87:11
raise (1)
 79:20
rank (1)
 15:1
rather (3)
 101:12;130:2;138:20
reach (1)

95:1
reaction (1)
 32:23
read (25)
 20:10;22:2,13;24:18;
 25:23;43:2;50:8,20;
 59:25;74:25;78:9;
 82:13,17;83:6;90:18;
 91:16;97:23;98:2;
 101:20;106:16;107:15;
 112:4;115:10;116:4,14
reading (3)
 41:23;43:5;78:22
reads (2)
 81:8;91:14
ready (1)
 6:13
reality (1)
 58:24
really (9)
 16:18;17:1;26:12;
 48:6;58:5;118:14,20;
 127:25;131:17
reason (5)
 6:9;60:11,24;66:17;
 80:2
reasonable (1)
 132:18
rebuttal (1)
 12:8
recall (28)
 10:25;12:17;15:18;
 22:18;26:9,10,14,16,
 17;35:9;49:12;50:17;
 76:17;90:19;91:2;
 115:14,17;133:8,10;
 134:5,11,12;135:5,16,
 17,22,25;136:9
receive (7)
 20:9;32:22,24;42:10;
 82:10;86:4;92:1,3,4
received (16)
 17:10;19:12,13;37:1;
 38:3,18;81:21;82:21;
 84:12,13;91:24;92:7;
 108:2;115:12;127:14;
 138:4
receives (1)
 63:11
receiving (2)
 45:1;46:3
recently (1)
 19:14
reception (1)
 32:23
recognition (1)
 130:14
recollection (4)
 22:21;76:21;133:19;
 135:2
record (9)
 26:1;31:4;56:6;
 72:12;74:17;108:11,

13,16;117:20
records (2)
 38:5;73:17
REDIRECT (1)
 136:20
reduced (3)
 14:7;61:11;96:9
refer (1)
 79:1
reference (5)
 39:18,19;76:20;82:7;
 118:2
referenced (3)
 12:14;94:13;117:24
references (3)
 11:19,23;17:6
referencing (2)
 12:3;64:18
referred (2)
 68:20;118:20
referring (4)
 52:17;68:17;116:23;
 133:13
refers (2)
 78:23;79:3
refresh (1)
 22:20
refute (1)
 57:12
regards (1)
 35:3
regular (2)
 93:13,14
regulation (5)
 63:24;75:4;83:15;
 92:19;110:9
regulations (4)
 80:4;110:5,17;138:1
rejected (1)
 57:17
relate (1)
 82:8
related (4)
 74:6;122:4;123:12,
 15
relationship (1)
 34:21
relayed (1)
 114:10
relaying (1)
 33:11
rely (2)
 61:5;62:24
remember (15)
 10:9;11:5;13:9;
 15:15,22,25;18:1,2;
 44:15;57:4;109:3;
 114:19;120:6;133:24;
 134:14
remembering (1)
 55:5
remote (2)
 85:19,20

remove (1)
 133:6
reopen (1)
 13:4
repeat (4)
 24:7;77:15;101:1;
 123:10
repeated (2)
 25:21;77:21
repeating (2)
 23:8;25:16
repetitive (1)
 13:10
rephrase (1)
 6:10
replicated (1)
 128:7
report (61)
 11:17,21,24;12:3,4,6,
 14;17:25;18:8,8,10,15,
 20;19:5,12,13,17,20;
 20:3,14;22:7,20;23:23;
 25:7;26:4;31:5,10,11;
 35:5,8;36:10;37:1,15;
 38:4;45:23;48:15;59:3,
 4;61:8;62:15;63:11;
 77:15,21,22,24;80:15,
 20;82:25;91:11;94:21;
 107:10;111:6,24;
 118:3;121:16;123:9;
 132:2,18;134:18;
 135:24;136:14
reported (14)
 20:8,20,21;30:14;
 35:18;49:3;57:18;59:4;
 78:7;83:24;85:20;87:4;
 94:18;98:16
reporter (5)
 6:4;25:22;29:19;
 116:10,14
reporting (1)
 35:7
reports (5)
 12:11;30:8;32:2;
 99:19;127:21
represent (4)
 5:8;22:14;50:1;
 90:22
represented (1)
 122:3
request (1)
 128:4
requested (1)
 39:9
requesting (3)
 43:19;44:19;46:9
require (6)
 65:25;94:13;110:5,
 17;138:1,5
required (17)
 13:24;56:7;61:6;
 63:12;64:10;75:5;77:5;
 92:19;93:4;94:16;95:7;

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 50 of 54
PageID: 3732
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                                November 30, 2020

98:10;99:18;111:7;
137:5,14;138:22
**requirement (1)**
34:17
**requirements (2)**
69:4;75:12
**requires (1)**
83:15
**requiring (1)**
74:23
**rerouted (1)**
53:2
**research (7)**
11:11,14,15;12:17;
124:17,22;128:18
**residing (1)**
5:2
**resources (2)**
15:4;92:8
**respect (1)**
53:10
**respond (13)**
37:18,23;39:8;40:17,
20,22,23;51:8,23;
53:22,24;54:3;112:1
**responded (6)**
36:15;38:7;39:23;
40:21;42:1,4
**Respondent (1)**
50:15
**responding (7)**
30:19;35:11;36:2;
38:14;39:25;41:15;
47:12
**response (9)**
27:24;28:3;33:24;
45:2,24;47:13,14;
50:17;53:23
**responsibility (7)**
15:3;68:9;84:2;93:3,
9,11;116:25
**responsible (5)**
14:23;68:7;93:12;
124:3;133:23
**responsive (1)**
97:12
**rest (2)**
10:22;20:6
**result (2)**
85:18;118:19
**retrained (1)**
109:18
**return (1)**
61:22
**revealed (1)**
39:15
**review (11)**
11:11;16:9;38:5;
42:11;49:6;73:4,20;
74:4;122:25;130:19;
136:6
**reviewed (12)**
18:23;39:7;43:25;

81:19;91:7;103:4;
105:24;106:5;130:20,
24,24;135:3
**reviewing (1)**
11:9;40:11
**revised (1)**
119:19
**revising (2)**
119:13,16
**revision (2)**
119:9,10
**ride (1)**
98:22
**ridership (20)**
85:15;95:22;96:3,5,
6;97:13;98:13;102:17;
103:4,7,24;104:2,7,9,
12,14,19,24;105:24;
106:2
**riding (1)**
115:7
**Right (64)**
8:7;10:16;11:1;
14:12;18:22;20:19;
21:20,22;23:10,22;
27:11;28:18;29:17,25;
30:25;31:1;32:3,4,5,
14;33:22;40:10;41:2;
43:22;45:6,21;49:9,17;
51:24;52:11,25;53:4,5;
58:9;59:8;62:12;63:17;
64:17;68:10;69:14;
70:4,7;71:10,11;72:2,
10;74:15;83:1;85:10;
89:8;94:9;101:5;
113:14,22,23;115:22;
118:25;119:2,11;
120:14;133:15;136:12,
24;137:12
**right-hand (1)**
42:23
**robberies (1)**
88:13
**rock (1)**
95:23
**Rockefeller (1)**
122:1
**rode (1)**
105:11
**Roman (1)**
18:20
**route (5)**
46:25;47:7;50:17;
60:21;86:12
**RT (1)**
118:24
**RTO (2)**
120:4,8
**rule (30)**
63:24;64:9,18,20,20,
22,23;65:1,2,18,24,24;
66:6;67:10,25;68:15;
75:4;78:1,14,23;79:15;

81:7,8;83:14,15,18,19;
92:19;110:8,20
**rules (15)**
64:5;65:7,19;66:12;
68:13;69:2;77:4;80:4;
92:25;110:4,16;
117:22,25;137:25;
138:3
**running (2)**
14:23;104:23
**Russia (2)**
63:4;111:16
**Russians (1)**
129:23

**S**

**safe (28)**
60:10;63:6;64:8,15,
21;65:3,4,15,18;66:7,7,
19,20;67:10,14,20;
68:16,24;75:9;77:17;
93:1,1,4;94:16;116:3;
117:2;124:1;138:7
**safer (1)**
61:21
**safety (41)**
7:12;63:7;64:7;
65:24;66:25;67:3,16,
25;68:7,20;75:12;
77:16;83:4,11;84:8;
86:7,17;91:15,21;
93:10,12;94:10;
110:21;115:25;121:22;
122:2,12,17;123:12,22,
25;124:6,12;126:6,13,
23;127:7,12,15,19;
138:9
**sailed (1)**
113:12
**same (16)**
30:21,24;37:13;
38:21;39:5;40:2,16;
45:5;51:21;75:18;
95:24;97:20;104:20,
23;112:8;123:2
**Sandy (1)**
114:18
**Saturday (1)**
61:14
**saw (4)**
15:4;78:20;100:17;
118:2
**saying (16)**
23:13;33:5;38:24;
40:14,19;52:22;53:1,3;
57:18;65:18;87:2,3;
96:10;102:9;115:8;
138:15
**scene (1)**
59:3
**schedule (5)**
101:4;104:10,20;

115:5;134:3
**scheduled (2)**
104:11,11
**schedules (3)**
61:20;104:17,17
**scheduling (5)**
66:25;104:8,15,25;
105:4
**school (2)**
122:19;124:20
**screen (8)**
29:6,19,22;43:1;
49:24;106:22,23;130:3
**screens (2)**
130:7,8
**search (6)**
12:23;13:6;16:13,14,
20;17:7
**second (20)**
6:1;13:1;19:23;20:2;
29:10;37:13;38:21;
39:5;40:3,16;44:12;
45:6;49:14;51:12;
54:11;70:16;91:4,23;
112:15;119:10
**second-and-a-half (1)**
33:1
**seconds (7)**
33:1;45:8,11;46:9;
47:21;51:13,14
**secretary (2)**
125:25;126:2
**section (2)**
11:18;18:20
**sectors (1)**
121:10
**security (40)**
7:12,12;9:1;2,24;
83:4,11;84:8,19;85:8,
16,25;86:8,17,21;89:1;
91:15,21;93:11;94:10;
111:1,11,15;115:20;
121:22;122:3,12;
123:13,22;124:6,12;
126:6,14,24;127:7,12,
15,16,19,22;138:3
**seem (2)**
51:16;88:7
**seems (1)**
81:2
**self-defense (14)**
82:5;92:3;107:15;
108:2,10;109:7,8,10,
12,13;110:12,19;
111:8;120:14
**send (2)**
132:10,11
**sending (1)**
44:23
**sense (4)**
34:2;45:6;58:10,11
**sentence (3)**
20:2,6;26:22

115:5;134:3
**separate (3)**
81:10;99:15;108:1
**SEPTA (2)**
84:24;87:12
**September (1)**
119:7
**sequence (1)**
17:15
**sergeant (15)**
14:25,25;49:6;51:19;
52:5,13,15,22,25;
55:13,18,18;57:17;
58:4;132:24
**sergeants (1)**
102:16
**sergeant's (1)**
15:2
**serve (2)**
13:24;121:17
**served (1)**
125:23
**service (9)**
14:7;61:11,17;96:8;
125:6,10,11;128:21,24
**setting (1)**
131:23
**seven (3)**
89:4,6;95:2
**seventh (1)**
115:24
**several (6)**
22:14;79:24;108:24;
122:2,16;124:25
**shall (2)**
64:25;65:2
**Shame (1)**
103:13
**share (2)**
88:5,8
**shared (4)**
84:18,23,24;87:22
**sharing (1)**
29:19
**shift (1)**
133:1
**ship (1)**
113:12
**shock (1)**
111:22
**short (1)**
23:20
**shortly (1)**
45:1
**show (5)**
16:18;29:5;39:4;
77:9;119:6
**showing (2)**
78:19;87:25
**shown (1)**
20:3
**shows (2)**
27:17,20;73:24;
130:13,13

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 51 of 54
PageID: 3733

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                              November 30, 2020

**side (2)**
    14:10;42:23
**sign (1)**
    9:20
**signed (1)**
    65:7
**significant (1)**
    66:24
**simple (3)**
    24:5;59:1;60:24
**simply (1)**
    88:19
**simulation (2)**
    128:1,6
**simulator (1)**
    128:5
**simultaneously (3)**
    33:3;38:18;41:18
**single (7)**
    25:22;67:11;69:17;
    71:16,17,19,21
**sit (3)**
    10:24;25:19;82:19
**sitting (1)**
    101:4
**situation (21)**
    27:5,6,8;48:9,10,11;
    69:18;70:6,8;86:16;
    87:1,3;91:25;92:2;
    94:18;97:7,10;98:3,5;
    99:2;100:11
**situations (2)**
    86:1;107:22
**six (1)**
    114:23
**size (2)**
    13:20,22
**skimming (1)**
    90:20
**sky (2)**
    73:9;135:10
**slack (1)**
    61:23
**slip (1)**
    9:3
**solely (2)**
    47:23;84:5
**solve (1)**
    92:9
**somebody (12)**
    14:23;23:3,3,4,18;
    24:3,4,11,11,12,20;
    55:14
**sometimes (3)**
    6:2;11:25;12:1
**somewhere (4)**
    6:23;8:14;28:9,14
**soon (2)**
    18:17;59:2
**sooner (1)**
    31:22
**sophisticated (1)**
    128:5

**sorry (7)**
    12:23;29:14;36:13;
    45:18;106:22;126:15;
    139:7
**sort (7)**
    17:11;44:11;92:4;
    127:10;131:2;136:21;
    137:14
**sound (2)**
    119:2,11
**source (6)**
    27:18;57:14;61:4;
    62:22;63:23;100:11
**sources (3)**
    93:16;94:12;97:11
**South (1)**
    63:4
**space (8)**
    118:24;122:15,22,
    25;126:10,12
**spared (2)**
    98:22;138:16
**speak (2)**
    10:8;106:14
**speaker (1)**
    10:6
**speaking (4)**
    10:22;32:25;33:10;
    89:18
**special (4)**
    15:7;85:17,23;89:23
**specific (13)**
    11:19;64:9,18;65:14;
    67:24;68:11;75:4;81:4,
    21;82:20;115:9;
    119:24;131:3
**specifically (8)**
    65:20;76:12,18;79:2;
    82:15;119:23;120:13;
    123:12
**spend (1)**
    67:1
**spent (1)**
    84:7
**spot (1)**
    80:16
**spray (7)**
    92:5,7;107:25;
    108:19;110:1,7;120:17
**spraying (1)**
    107:23
**staff (2)**
    105:2;118:16
**staffing (6)**
    93:17;95:14;101:3,4;
    103:6;120:20
**stand (1)**
    125:18
**standard (6)**
    61:5;65:5;118:16,22;
    128:22;129:1
**standards (6)**
    66:13;118:4,12,13;

119:24;120:11
**stands (1)**
    44:6
**start (3)**
    11:14;18:22;92:12
**started (4)**
    44:12;46:24;47:7;
    103:21
**starts (1)**
    22:10
**state (13)**
    37:17;64:6;84:16;
    87:6,8,10,14,17,23;
    89:16,16;101:19,21
**stated (2)**
    40:22;45:15
**statements (2)**
    67:4;75:25
**Staten (9)**
    14:9,16,19;15:3,24;
    103:1;108:18;124:9;
    126:8
**states (5)**
    46:23;48:20;63:3;
    125:15;129:16
**statewide (4)**
    84:18;95:20;97:13;
    98:12
**Station (104)**
    9:3,4;12:16;16:10;
    20:8,21;21:7;28:16,20,
    23,25;30:9;31:17;
    32:13;35:14,16,19;
    36:14,16,18;37:19;
    38:7;39:9,23;40:25;
    42:12;46:11,20;47:5,6,
    7,16;50:25;51:15;52:3,
    10;54:13,21;55:3,11;
    59:13,14,17;60:5,9,11,
    22,22;61:8,15;62:11,
    12,16,20,20;63:1;
    64:13;66:1,19,25;
    73:18,25;75:7;78:17;
    79:2,19;83:5,12,13;
    84:1;85:2;95:8;96:17;
    98:12,24;99:6,7;100:8;
    101:15;112:3,24,25;
    114:13;115:13;127:24;
    128:3,12,15,16;129:12,
    14;133:5;134:8,15,19;
    135:1;137:16,21,22;
    138:12,17,20,21;139:1
**stationed (4)**
    83:17;92:15;94:4;
    113:25
**stations (7)**
    28:23;84:21;114:14;
    133:22;137:19;138:16;
    139:1
**statistics (1)**
    88:12
**statute (5)**
    63:24;75:4;83:15;

92:19;116:1
**statutes (6)**
    67:17;69:3;92:25;
    110:5,17;117:23
**step (3)**
    6:3;59:1;96:23
**steps (5)**
    33:15,19;34:6,7,10
**still (3)**
    8:17;60:19;128:25
**STOCKDALE (41)**
    5:6,8;22:1;25:6,12,
    21;29:18;31:7,9;41:8,
    10;42:25;43:4;53:19;
    54:5;70:17;72:7,13,17;
    74:12,19;106:14,16,20,
    25;108:15;116:6,8,13,
    17;117:8,13;131:15;
    132:11;133:17;135:23;
    136:4,18,20;139:5,9
**Stockdale's (1)**
    106:13
**stole (1)**
    129:23
**stomach (1)**
    108:8
**stone (1)**
    28:19
**stop (10)**
    26:14;53:17;61:7;
    62:11,25;63:12;64:12;
    66:1;75:6;99:15
**stopped (6)**
    59:9;62:11;78:17;
    106:23,24;113:21
**strange (1)**
    58:5
**Street (1)**
    10:11
**stretch (1)**
    21:10
**Strike (2)**
    53:19;106:12
**students (1)**
    131:23
**studies (3)**
    79:24;85:24;127:17,
    18,18
**study (1)**
    124:16
**stuff (4)**
    111:11;121:18;
    124:8;130:4
**sub (1)**
    65:1
**subject (3)**
    12:18;68:25;123:2
**subordinates (1)**
    102:15
**sufficient (1)**
    14:4
**suit (1)**
    8:22

**summarize (1)**
    123:10
**summary (5)**
    22:5;74:9;121:12;
    135:25;136:8
**summation (1)**
    70:21
**Summertime (1)**
    104:4
**Sunday (2)**
    61:15,18
**super (2)**
    131:9,10
**supervising (1)**
    127:18
**support (5)**
    59:12;84:7;93:24;
    102:20;110:22
**suppose (3)**
    9:13;80:5;100:16
**sure (19)**
    9:17;10:21;13:9;
    14:3,12;16:5;19:21,24;
    28:7;33:9;53:10;62:5;
    66:10;70:17;77:25;
    98:22;107:11;110:15;
    119:12
**surgeon (1)**
    106:4
**surveillance (2)**
    137:15;138:12
**suspicious (6)**
    78:6,24;79:4,5;
    80:10;81:4
**sustains (2)**
    67:11;71:7
**swimming (1)**
    10:19
**sworn (1)**
    5:3
**system (19)**
    14:1,2,11,17;20:23;
    21:3;84:13,17,22;87:5;
    89:7;114:25;124:19;
    130:15;137:10,15;
    138:6,7,25
**systems (2)**
    63:7;123:19

**T**

**Table (1)**
    11:17
**tactics (1)**
    120:14
**Taekwondo (1)**
    109:13
**Taiwan (1)**
    63:5
**talk (6)**
    69:6,8;81:2;94:20;
    120:20;130:18
**talked (6)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 52 of 54
PageID: 3734

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.    November 30, 2020

17:1;19:6;23:11;
92:23;117:22,23
**talking (13)**
17:25;24:17;32:15;
51:21;61:17;71:9;
76:17;81:4;106:24;
112:7,12;114:23;
116:23
**talks (1)**
115:19
**Tamil (1)**
65:12
**taser (1)**
107:25
**task (1)**
56:7
**taught (3)**
124:12;126:21;127:2
**teach (2)**
7:8,10
**technical (1)**
59:19
**technique (1)**
125:2
**techniques (3)**
109:14;128:19;129:7
**technology (7)**
128:16;129:15;
130:5;136:25;137:1,2,
6
**television (2)**
97:23;101:23
**telling (4)**
33:25;38:17,21;
97:22
**temporary (2)**
101:14;138:19
**Ten (2)**
64:24;65:3
**tenure (1)**
15:24
**term (1)**
23:9
**terms (8)**
67:21;82:3,22;95:12;
104:7;107:20;122:16;
128:17
**territory (2)**
20:24;34:14
**terrorism (1)**
138:10
**terrorist (2)**
85:19;128:14
**Terrorists (1)**
128:11
**testified (4)**
5:4;39:21;85:7;
90:23
**testimony (35)**
21:16;22:2,6;23:23;
24:18;26:8,15;44:25;
46:18,23;49:7,15;
51:19;52:6,12,14;55:4,

7,9;56:3,25;57:10,12;
63:10;78:18;82:14;
87:1;90:18;91:7;95:5;
98:9;99:16;133:12;
135:3,17
**thefts (1)**
88:14
**theirs (1)**
84:6
**therefore (1)**
80:11
**thinking (1)**
52:4
**third (2)**
35:10;109:3
**Thou (1)**
65:2
**though (4)**
58:13;98:3;99:12;
127:22
**thought (7)**
57:3,7;102:5;106:18;
119:21,22;133:18
**threatening (1)**
83:24
**three (23)**
9:18;11:22;36:9;
37:13;38:17;39:4;40:5,
15;44:16;45:9;49:20;
51:6,11;58:1;84:23;
91:13;96:20;111:25;
114:20,20;115:1;
119:15;130:23
**throughout (1)**
136:14
**throw (1)**
28:19
**timed (2)**
43:13;46:8
**timely (2)**
46:2;112:1
**timeout (1)**
106:12
**times (8)**
5:18;22:14;24:25;
36:6;64:7,21;97:9;
114:17
**timestamp (5)**
30:22,24;31:25;36:8;
41:14
**timestamps (2)**
41:17;45:13
**time-to-time (1)**
79:11
**tiny (1)**
29:23
**title (4)**
7:1;9:5;14:15;90:17
**today (7)**
5:14;10:25;56:8;
82:19;104:20;129:1;
132:17
**told (9)**

27:19;38:2;55:14;
67:5;72:6;73:4;95:17,
19;133:8
**took (25)**
10:13;15:12,12,20;
28:11,25;35:13,15;
39:13,14;40:5;41:24;
45:7,7,9;58:6;60:24;
70:22;82:11;88:13;
103:2,9,19;117:16;
132:24
**tools (1)**
107:14
**totality (1)**
41:5
**totally (4)**
38:16;49:1,4;98:14
**tough (1)**
57:25
**tower (2)**
73:9;135:10
**track (8)**
21:11;34:23,25,25,
25;35:1;66:16;129:3
**tracks (1)**
34:18
**Traffic (2)**
22:25;58:1
**train (171)**
14:1;20:9,17;21:10,
18;24:17,21;28:13;
33:17;34:13,15,17,22,
23,23,25;36:3;43:22;
44:2,10,20;46:4,5,10,
24;47:6,10,15;48:15;
49:3;58:18;59:7,11,15,
17;60:3,4,6,8,16,18,19,
20;61:18;62:1,7,11,25;
64:13;65:21;66:1,11,
17,18,22;67:5;68:17;
74:23;75:7,24;76:15,
18,21;77:5,5;78:7,17;
79:17;80:3,9,11,12,15,
16,25;81:21;82:15,21;
83:12,24;84:4;91:16,
23;92:1,9,13,15,21;
93:10,11,12;94:5,7,10,
14;95:7,10,11,12,13,
18;96:8,11,11,12,15,
15,18,21,25,25;97:3;
98:11,15,20,23,23;
99:1,4,5,18,21;100:6,
15,20,21,22,24;101:7,
11;102:7,10,11;
104:20;108:18,20;
110:18,22,23;111:13,
21;112:17,22,23,25;
113:21;114:1,4,5,12,
17,24;115:2,4,7,11;
120:3,4,13;123:5;
133:4,5;134:3,15,19;
135:1;136:23;137:6,
15;138:2;139:3

**trained (9)**
80:9;82:1,14;107:24;
108:6,7;109:17,25;
127:5
**training (22)**
10:5;80:13,19;81:21,
24;82:5,5,6,7,11,20;
91:24;92:2,3,10;
107:20;108:3;109:7,8,
10;110:12;118:21
**trains (19)**
13:25;14:10;34:18;
61:7,10,21;63:12;
79:22;81:17;102:21,
21;104:10,10,11,15,24;
105:12;107:6;111:15
**Tramontano (3)**
11:10;76:1;78:13
**Tramontano's (1)**
46:23
**transcript (1)**
42:16
**transfer (1)**
93:8
**Transit (139)**
5:9;7:15,21,24;8:11;
16:17;17:19;19:5;21:1,
1,6,13;30:13;31:3,18;
32:1;33:17,20,20;
34:22;35:25;36:25;
38:8,9,19;39:9,16,18;
44:24;45:16;46:2,16;
47:4,8,24,24;48:1;
56:22;57:13;58:14;
60:15;61:6,7,13;62:9,
25;63:6,10,21;64:6,12;
65:6,25;67:9,24;68:12,
13;69:9;72:25;75:5;
79:12;80:15;83:16;
84:2,3,16,22;85:22;
86:3,14,22,23;88:3,15;
89:21;90:1,5;91:6;
92:14,20;93:3,18,21;
94:8,13,16;95:6,16;
96:2;97:6;98:10,19;
99:11,17;100:18;
101:2;102:4;103:18,
19;104:8,12,13,17;
105:2,22;107:6;
109:24;110:5,6,11,11,
18;111:6,14;112:18,
19;113:3;114:11;
115:12;116:3;118:21;
119:25;120:5,10,21;
123:4;126:19,25;
129:18;132:23;133:3;
134:18;135:6;137:1,5,
13,23;138:1,5
**Transit's (3)**
27:24;84:8;116:24
**transpired (1)**
103:11
**Transport (2)**

128:8,9
**transportation (29)**
7:13;13:24;14:2;
63:3;80:2;86:20;118:3,
7,9,10,11;121:9,21,25;
122:4,23;123:20,23,25,
25;124:2,7,13;125:19;
126:6,23;127:12,16;
135:18
**travel (4)**
28:13;58:7;114:22;
115:8
**traveling (1)**
138:9
**treatise (1)**
62:23
**tried (1)**
13:13
**trip (2)**
57:25;59:11
**trips (1)**
61:23
**TRO (3)**
77:2,15;79:1
**TRO-5 (8)**
76:23;77:3,10,12,22;
78:1;81:15;123:23
**trouble (1)**
43:5
**true (2)**
85:13;103:23
**try (2)**
64:19;107:25
**trying (1)**
122:15
**turn (1)**
77:23
**turned (1)**
125:25
**TV (1)**
130:13
**Twenty-six (1)**
19:2
**two (41)**
12:11;18:12;33:1,12,
19,23;34:6,7,9;44:9,15;
45:7,8,9,10,10;49:13,
14,20;56:1;68:19;76:2;
77:16;83:2;96:20;
97:11,14;98:18;99:15;
100:19;108:25;109:1;
111:24;112:9,10,21;
114:14,21,25;133:6;
136:19
**two-and-a-half (3)**
45:17,19,21
**two-page (1)**
12:8
**type (2)**
121:7;137:6
**types (1)**
11:12
**typical (4)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 53 of 54
PageID: 3735
TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.                    November 30, 2020

27:5,6,6;104:2
**typing (1)**
6:5

**U**

**ultimate (2)**
97:9;118:19
**unanimous (1)**
118:14
**uncover (2)**
16:10,21
**under (14)**
18:20;20:24;57:9;
67:17,19;74:15;79:12;
80:23;93:5;94:24;99:2;
113:13;116:2;117:1
**understood (7)**
6:11;11:8;21:14;
45:14;72:17;103:3;
113:11
**undertaking (1)**
127:18
**Unfortunately (1)**
128:12
**union (1)**
87:17
**unique (1)**
27:8
**unit (3)**
44:24;79:23;126:21
**United (3)**
63:3;125:15;129:16
**units (2)**
86:11;87:14
**universal (1)**
118:17
**University (4)**
7:7;127:10;131:15,
23
**unless (1)**
81:13
**unlikely (1)**
42:5
**unprotected (1)**
94:11
**unreasonable (1)**
34:9
**unruly (17)**
20:7,22;21:7;22:16;
23:5,7,8,9,21;26:8,19;
27:4,11,22;74:24;
75:20;133:6
**unusual (7)**
78:5;79:4,5,9,10;
80:10;81:3
**unusually (1)**
78:24
**up (27)**
5:22;26:1;27:18,20;
28:24;36:11;45:18;
54:8;55:23;58:13;
61:18,21;65:10;84:17;

85:5;99:7;102:22;
105:5;117:10;121:3;
127:24;128:3,15,16;
129:13,25;133:5
**updated (1)**
132:6
**upon (7)**
52:7;56:4;62:24;
63:5;102:11;104:19;
131:22
**up-to-date (1)**
132:9
**use (7)**
26:7;36:8;76:9;92:6;
125:2;128:22;129:9
**used (15)**
15:6;17:12,17,20;
18:4;23:9;24:14,15;
48:13;77:3;107:15,22;
119:21,22;128:15
**uses (1)**
17:19
**using (2)**
107:24;139:1
**usually (1)**
11:21
**utilization (2)**
104:22,23
**utilized (1)**
19:4

**V**

**validity (1)**
56:22
**valleys (4)**
96:4,6;104:6,7
**vandalism (4)**
78:5,24;79:3;81:3
**various (11)**
75:12,23;81:23,24;
84:14;87:11;90:6;
109:14;117:22;124:7;
127:6
**veracity (1)**
56:23
**video (4)**
125:3;128:10;
129:14;135:9
**vignettes (3)**
12:21;16:13,24
**violate (5)**
67:10,25;68:13;69:9;
71:22
**violated (2)**
69:21;120:1
**violating (1)**
90:9
**violation (5)**
67:14,16;70:9,24;
71:7
**violations (1)**
66:11

**violence (1)**
73:17
**vision (6)**
43:10;84:10,11;
129:9;135:8;137:9
**visited (1)**
128:13
**Visiting (1)**
7:6
**visitors (2)**
67:22;117:4
**visual (1)**
130:2
**vitae (1)**
132:1
**voluntary (1)**
118:8
**vote (1)**
118:13

**W**

**wait (6)**
54:1;66:20;70:15;
96:12;106:11;115:2
**waited (5)**
47:19,20,21;48:4,13
**walked (1)**
28:16
**war (1)**
111:20
**warning (2)**
27:1;83:25
**warnings (1)**
103:11
**Washington (2)**
89:2;127:25
**waste (1)**
67:2
**watch (3)**
97:23;129:19;135:10
**watching (1)**
129:11
**water (2)**
29:8;113:13
**way (11)**
6:10;22:16;37:16;
44:8;45:24;57:23;
59:16;60:4;69:4;74:6;
138:24
**ways (2)**
94:17;104:4
**weapons (3)**
111:3,4,4
**weather (1)**
104:4
**website (1)**
127:21
**week (3)**
15:8;128:13,14
**weekday (2)**
61:12,16
**weekend (3)**

61:11,13,24
**weekends (1)**
14:6
**weekly (3)**
15:6,8,17
**weren't (1)**
60:14
**what's (8)**
19:8;31:8;32:9;40:2;
57:19;92:12;116:7;
132:4
**When's (1)**
8:4
**Whereupon (6)**
29:12;49:21;59:19;
70:18;108:12;117:18
**wherever (1)**
50:18
**White (1)**
122:21
**whoa (4)**
53:12,12,12,13
**whole (1)**
116:9
**who's (1)**
72:2
**wife (1)**
131:19
**window (1)**
100:13
**withdraw (2)**
54:6;106:9
**within (3)**
38:21;39:5;40:16;
132:18
**without (2)**
92:10;129:10
**witness (14)**
8:1;25:1,5;41:9;
53:22;59:22,25;72:18,
22;77:20;116:11;
121:2;135:16;139:13
**witnesses (1)**
135:7
**won (1)**
129:23
**wondering (1)**
22:16
**Woodbridge (2)**
46:25;97:10
**word (8)**
23:17;24:14,15;26:8;
27:11,12,17;72:4
**words (6)**
23:8;24:7;27:10;
57:16;69:23;70:12
**work (16)**
7:19;10:17;11:1,3;
85:16;116:4;118:9;
121:25;122:13;123:19;
126:5,18,18;127:19;
128:18,24
**worked (18)**

7:14,20,21;9:8;
14:11,16;88:25;89:1,2;
122:15,19,21;123:2,14;
124:6;126:21;129:24;
137:2
**working (7)**
11:6;15:10;17:17;
111:20;121:8;122:25;
123:3
**workplace (14)**
66:7;67:11,14,20;
68:6,8,20,24;69:12;
75:12;93:2,4;94:16;
117:2
**works (1)**
130:16
**world (1)**
63:22
**write (1)**
19:5
**writer (1)**
122:21
**written (2)**
124:25;134:6
**wrong (5)**
28:5;39:2;43:15;
70:4;71:6
**wrote (1)**
81:14

**Y**

**yards (1)**
138:8
**year (2)**
104:3;119:4
**years (18)**
13:8;16:11;52:12;
85:15;89:3,4,5,6;
95:20;96:3;102:18;
103:4,12;105:25;
106:7;119:15;123:3;
137:3
**yellow (2)**
24:20;106:23
**yielded (1)**
16:15
**York (16)**
5:3;9:4;10:7;15:10,
13,20;87:13,16;122:6,
14;123:16;124:8;
126:5,19,24;131:6

**Z**

**Zapel (2)**
21:20;26:7
**Zappelli (13)**
21:25;22:1,3;23:10;
26:3,11;27:21,25;
30:15;35:18;58:16;
76:9;134:23
**Zappelli's (5)**

Case 2:14-cv-05706-ES-MAH    Document 124-17    Filed 02/26/21    Page 54 of 54
PageID: 3736

TRAMONTANO, et als. vs
NEW JERSEY TRANSIT RAIL OPERATIONS, et als.

November 30, 2020

22:13;34:12;48:15;
114:5,10
**Zappille (1)**
21:16
**Z-a-p-p-i-l-l-e (1)**
21:21
**Zero (2)**
85:4;103:21
**Zoom (1)**
5:25

---

**0**

**013 (1)**
118:25
**03 (1)**
118:25

---

**1**

**10 (11)**
45:20;51:13;84:22;
90:3;95:20;96:3,11,12;
99:4;102:18;133:5
**100 (5)**
71:18,22,22;104:21;
130:25
**100,000 (2)**
61:14,15
**103 (1)**
119:21
**11 (4)**
26:23;45:11;100:20;
114:4
**11:40 (1)**
133:4
**11955 (1)**
5:3
**12 (9)**
45:20;72:3,11,19;
90:3;95:20;96:3;
102:18;117:11
**12:17 (1)**
139:14
**13 (2)**
16:25;123:11
**13034574 (1)**
133:7
**14 (2)**
45:8;123:11
**15 (5)**
28:25;89:3,5;123:11;
137:2
**16 (1)**
123:11
**160 (2)**
137:19;138:15
**170 (1)**
84:21
**19 (1)**
46:9
**1975 (1)**
16:1

**1987 (1)**
6:23

---

**2**

**2 (5)**
18:19;45:20;64:22;
67:10;68:22
**20/20 (1)**
43:10
**20:32 (1)**
39:1
**20:32:08 (9)**
32:21,21,21;33:5,5,
5;38:17;40:3,3
**2003 (1)**
119:8
**2010 (1)**
105:17
**2011 (1)**
105:15
**2012 (2)**
103:25;105:13
**2013 (20)**
10:13,15;11:1;13:12;
16:11;26:3;64:14;
72:24;73:19;81:22;
86:25;88:20;89:9;
95:17;106:7;107:7;
134:9;137:7,16;138:2
**2014 (2)**
119:9,20
**2017 (2)**
12:4,14
**2019 (1)**
119:10
**202 (1)**
68:22
**2020 (1)**
8:15
**21 (1)**
39:1
**21:09:40 (2)**
43:14;47:20
**21st (1)**
134:9
**23 (5)**
64:14;72:24;132:25;
133:13,22
**239 (1)**
5:2
**23rd (6)**
10:10;26:3;73:19;
81:22;86:25;88:20
**24 (1)**
65:11
**25 (3)**
40:11;51:11;58:7
**250 (1)**
93:22
**250,000 (1)**
61:14
**26 (1)**

18:23
**27 (1)**
19:2
**2870 (1)**
44:24
**299 (1)**
68:22

---

**3**

**3,000 (1)**
61:16
**30 (4)**
51:8,14;104:22;
121:12
**30th (2)**
12:4,14
**31 (1)**
119:20
**31st (1)**
119:9
**33 (3)**
22:10;23:23;85:2
**35 (4)**
51:5,16;58:8,19
**39 (4)**
47:21;48:9;51:5;
57:22

---

**4**

**4 (2)**
42:18;44:19
**40 (6)**
32:1;47:21;51:12,14,
16;58:19
**400 (1)**
51:12
**47 (1)**
134:6
**49CFR (1)**
68:22
**4th (1)**
119:10

---

**5**

**5 (10)**
19:20;74:12,20;
75:19;82:24;91:11;
107:9;111:23;115:19;
116:15
**50 (2)**
5:19;123:3
**550,000 (1)**
129:19
**5500 (9)**
84:8,10,20;85:1;
129:18;130:7,8;
137:19;138:15

---

**6**

**62 (1)**
134:13

---

**7**

**7/21/2013 (1)**
40:3
**70 (1)**
93:23
**70s (2)**
123:3;128:25
**7226 (1)**
133:5
**7263 (1)**
26:24
**7273 (11)**
20:9;59:8,8,9;74:23;
83:12;91:16;95:13;
107:14;112:3;134:10

---

**8**

**8 (1)**
18:20
**8:11 (1)**
94:19
**8:30 (11)**
20:8;21:4,8,11;26:2;
47:19;58:15,22;59:6;
94:19;98:15
**8:32 (2)**
55:16;58:23
**8:32:08 (5)**
30:5,25;32:4,6;51:6
**80s (1)**
16:2
**86 (3)**
77:15,20,22
**88 (1)**
77:23

---

**9**

**9 (3)**
45:20;48:22,23
**9:09 (1)**
43:17
**9:09:40 (1)**
48:22
**9:12:07 (1)**
48:23
**9:15 (1)**
46:8
**9:30 (1)**
20:10
**911 (2)**
34:4,4