RUPRECHT HART RICCIARDULLI & SHERMAN, LLP
COUNSELLORS AT LAW
53 Cardinal Drive- Suite 1
Westfield, New Jersey 07090

Telephone (908) 232-4800
Fax (908) 232-4801

LOUIS A. RUPRECHT*
THOMAS C. HART*
MICHAEL R. RICCIARDULLI*
RENEE J. SHERMAN*
JUDITH A. WAHRENBERGER*
BRION D. McGLINN
JOHN W. GREGOREK

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
OF COUNSEL:
JESSICA M. ANDERSON
DAVID PARKER WEEKS*
GRAIG R. AVINO

JESSICA J. MAHONY
KRISTIN J. BRUMMER
MATTHEW E. BLACKMAN
PATRICIA E. VOORHIS
MICHAEL J. DI LEO
ALEXANDER B. STOCKDALE
FRANCIS D. ENGRACIA
RICHARD M. FORZANI
LOUIS A. DI LEO
WENDY A. JENNINGS
ANDREW C. SMEDBERG

June 10, 2024

**VIA E-FILING**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re: Tramontano, et al v. New Jersey Transit Rail Operations, Inc.**
**Civil Action No.: 2:14-cv-05706**
**Our File No.: 3240**

Dear Magistrate Hammer:

Please accept this as the Parties' joint status letter regarding progress on their meet-and-confer efforts. The Parties recently met to discuss evidentiary objections and trial logistics. Defendant has agreed to withdraw many proposed motions *in limine* motions and several objections to Plaintiffs' medical record exhibits. Additionally, the Parties have agreed that the narrative expert reports will not be admissible but may be used for other purposes such as to refresh recollection and cross examination. The Parties intend to meet again to further narrow the scope of disputed exhibits.

The Parties also discussed a confidentiality order pertaining to the release of neuropsychological testing and data from Plaintiff's expert, Joely Esposito, Psy.D. Plaintiff's counsel is conferring with his expert about the exact protocol that will need to be followed to release the information, and the undersigned will

prepare a proposed order accordingly and forward to Your Honor for execution.

Should Your Honor require additional information, please let us know.

Respectfully submitted,

/s/ Alexander B. Stockdale

Alexander B. Stockdale

ABS/amm