COFFEY KAYE MYERS & OLLEY
ATTORNEYS AT LAW
SUITE 718
TWO BALA PLAZA
BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
RUDOLPH V. DE GEORGE, II

www.ckmo.com
610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

July 11, 2025

U.S.M.J. Michael Hammer
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

***Via Electronic filing***

**RE: Danielle Tramontano, et al vs. NJT**
**U.S.D.C. District of New Jersey, Civil Action No.: 14-cv-05706-ES-MAH**

Dear Judge Hammer:

Please be advised that the Mediation in the above captioned matter will take place before retired Judge Thomas Moore on September 24, 2205 at 10:00 a.m. We will certainly advise you as to the outcome of the Mediation once it is completed.

Thank you for your kind consideration in this matter.

Respectfully yours,
COFFEY KAYE MYERS & OLLEY

/s/ Robert E. Myers
ROBERT E. MYERS

REM/am
cc: Thomas Hart, Esquire
Alexander Stockdale, Esquire