COFFEY KAYE MYERS & OLLEY
ATTORNEYS AT LAW
SUITE 718
TWO BALA PLAZA
BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
RUDOLPH V. DE GEORGE, II

www.ckmo.com
610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

June 15, 2026

U.S.M.J. Michael Hammer
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

***Via Electronic filing***

**RE: Danielle Tramontano, et al vs. NJT**
**U.S.D.C. District of New Jersey, Civil Action No.: 14-cv-05706-ES-MAH**

Dear Judge Hammer:

I wanted to update your Honor on the status of the above matter. With regard to the Final Pretrial document, you requested counsel to edit the Final Pretrial document after your Honor's last conference. I have attempted to discuss not only the Final Pretrial document but settlement of the case as well with Mr. Hart but to no avail. The current status of settlement is as follows:

| | | |
|---|---|---|
| Daniel Gilmartin | Demand | $2,500,000.00 |
| | Latest offer: | $1,500,000.00 |

Danielle Tramantano: Demand: I recommended a negotiating range between $2,500,000.00 and $4,500,000.00
Last offer was $1,000,000.00

I am sending a copy of this letter to Mr. Hart for his review.

Respectfully submitted,
COFFEY KAYE MYERS & OLLEY

/s/ Robert E. Myers

ROBERT E. MYERS

REM/am

cc: Thomas Hart, Esquire