COFFEY KAYE MYERS & OLLEY
ATTORNEYS AT LAW
SUITE 718
TWO BALA PLAZA
BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
RUDOLPH V. DE GEORGE, II

www.ckmo.com
610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

July 29, 2026

U.S.M.J. Michael Hammer *Via Electronic filing*
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

**RE: Danielle Tramontano, et al vs. NJT**
**U.S.D.C. District of New Jersey, Civil Action No.: 14-cv-05706-ES-MAH**

Dear Judge Hammer:

Please be advised that Thomas Hart, Esquire, attorney for the defendant, NJT and I have agreed to resubmit this case to Mediation before the retired Judge Thomas Moore. I have spoken with Judge Moore and I am waiting for available dates to coordinate with Mr. Hart.

Thank you for your consideration in and attention to this matter.

Respectfully submitted,
COFFEY KAYE MYERS & OLLEY

/s/ Robert E. Myers

ROBERT E. MYERS

REM/am

cc: Thomas Hart, Esquire