COFFEY KAYE MYERS & OLLEY
ATTORNEYS AT LAW
SUITE 718
TWO BALA PLAZA
BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
RUDOLPH V. DE GEORGE, II

www.ckmo.com
610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

August 13, 2026

U.S.M.J. Michael Hammer
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

***Via Electronic filing***

**RE: Danielle Tramontano, et al vs. NJT**
**U.S.D.C. District of New Jersey, Civil Action No.: 14-cv-05706-ES-MAH**

Dear Judge Hammer:

Please be advised that the parties have agreed to mediate the above captioned matter before the Honor Thomas Moore. The parties have agreed to hold this Mediation on October 5, 2026.

Thank you for your kind attention to this matter.

Respectfully submitted,
COFFEY KAYE MYERS & OLLEY

/s/ Robert E. Myers

ROBERT E. MYERS

REM/am

cc: Thomas Hart, Esquire