COFFEY KAYE MYERS & OLLEY
ATTORNEYS AT LAW
SUITE 718
TWO BALA PLAZA
BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
RUDOLPH V. DE GEORGE, II

www.ckmo.com
610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

October 7, 2026

Honorable Alex D. Silagi *Via Electronic filing*
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE: Danielle Tramontano, et al vs. NJT**
**U.S.D.C. District of New Jersey, Civil Action No.: 14-cv-05706-ES-MAH**

Dear Judge Silagi:

Please be advised that defense counsel and I were able to settle Mr. Gilmartin's matter against New Jersey Transit. Unfortunately, we were unable to settlement Daniellie Tramantano's case.

Therefore, I respectfully request that your Honor scheduled a Final Pretrial Conference which retried Magistrate Judge Hammer was unable to complete during our last listing.

Thank you for your kind consideration in this matter.

Respectfully submitted,
COFFEY KAYE MYERS & OLLEY

/s/ Robert E. Myers

ROBERT E. MYERS

REM/am

cc: Thomas Hart, Esquire